

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
        JESSIE J. BARNES
                PLAINTIFF

        -VS-

U.S. DISTRICT COURT  N.D. OF N.Y.
            FILED
        JAN 2 8 2019
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

9:19-cv-109

ANTHONY J. ANNUCCI, ACTING STATE OF NEW YORK DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION; KEVIN P. BRUEN, DEPUTY COMMISSIONER
AND COUNSEL STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION; CHARLES J. QUACKENBUSH, DEPUTY
COMMISSIONER AND COUNSEL STATE OF NEW YORK DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION; SAMANTHA KLODER, DEPUTY COMMISSIONER
AND COUNSEL STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION; KEVIN C. HOOTRIGHT, DEPUTY COMMISSIONER AND COUNSEL STATE
OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION;
ORIANNA L. CHARAYETTA, DEPUTY COMMISSIONER AND COUNSEL STATE OF NEW
YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION;
MICHELLE LIBERTY FREEDOM OF INFORMATION APPEALS OFFICER
AND (FORMER COMMISSIONER'S HEARING OFFICER) STATE OF NEW
YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION;
DON VENETTOZZI, DIRECTOR OF SPECIAL HOUSING UNITS STATE OF NEW
YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION;
ANTHONY RODRIGUEZ, ACTING DIRECTOR OF SPECIAL HOUSING STATE
OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION;
DOE CARRIGAN, INVESTIGATOR OFFICE OF SPECIAL INVESTIGATIONS OF
STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION; J.R. BLAIR, INVESTIGATOR OFFICE OF SPECIAL INVESTIGATIONS
STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION;
DONALD UHLER, SUPERINTENDENT OF UPSTATE CORRECTIONAL FACILITY; PAUL
WOODRUFF, DEPUTY SUPERINTENDENT OF SECURITY UPSTATE CORRECTIONAL FACILITY;
DONALD QUINN, FIRST DEPUTY SUPERINTENDENT OF UPSTATE CORRECTIONAL FACILITY;
SANDRA DANFORTH, DEPUTY SUPERINTENDENT OF ADMINISTRATION OF UPSTATE
CORRECTIONAL FACILITY; JOANNE ATCHELTE, DEPUTY SUPERINTENDENT
OF PROGRAMS OF UPSTATE CORRECTIONAL FACILITY; MATTHEW KELSH,
CAPTAIN OF UPSTATE CORRECTIONAL FACILITY;

VERIFIED COMPLAINT

STACY DOMINIC, CAPTAIN UPSTATE CORRECTIONAL FACILITY;
ALBERT C. GRAVLIN, CAPTAIN UPSTATE CORRECTIONAL FACILITY;
JOHN TAROS, LIEUTENANT UPSTATE CORRECTIONAL FACILITY;
STEVEN SALLS, LIEUTENANT UPSTATE CORRECTIONAL FACILITY;
JOHN DOE, LIEUTENANT 6/21-22/18 INCIDENT UPSTATE CORRECTIONAL FACILITY;
TRACY NELSON, FREEDOM OF INFORMATION OFFICER AND SENIOR REHABILITATION
COORDINATOR OF UPSTATE CORRECTIONAL FACILITY;
DENISE BERNIER (FORMER) FREEDOM OF INFORMATION OFFICER AND SENIOR
OFFENDER REHABILITATION COORDINATOR UPSTATE CORRECTIONAL FACILITY);
DENIS SAUTHER, ASSISTANT DEPUTY SUPERINTENDENT PRISON RAPE ELIMINATION ACT
OF UPSTATE CORRECTIONAL FACILITY;
CATHLEEN COOK, SUPERVISING OFFENDER REHABILITATION COORDINATOR OF
UPSTATE CORRECTIONAL FACILITY; SHERRI DeBYAH, INMATE GRIEVANCE
PROGRAM SUPERVISOR OF UPSTATE CORRECTIONAL FACILITY;
ERIKA MARSHALL, OFFENDER REHABILITATION COORDINATOR OF UPSTATE
CORRECTIONAL FACILITY;
VIJAY KUMAR S. MANDALAYWALA, CLINICAL PHYSICIAN OF UPSTATE CORRECTIONAL FACILITY
MARY KOWALCHUK, PHYSICIAN ASSISTANT
GERALDINE M. WILSON, REGISTERED NURSE OF UPSTATE CORRECTIONAL FACILITY;
ELIZABETH WHITE, REGISTERED NURSE OF UPSTATE CORRECTIONAL FACILITY;
CANDY ATKINSON, REGISTERED NURSE OF UPSTATE CORRECTIONAL FACILITY;
CHRISTY L. CONKLIN, REGISTERED NURSE OF UPSTATE CORRECTIONAL FACILITY;
HEATH BAKER, REGISTERED NURSE OF UPSTATE CORRECTIONAL FACILITY;
GEORGE WATERSON, REGISTERED NURSE OF UPSTATE CORRECTIONAL FACILITY;
▬▬▬▬▬▬▬▬▬, PAUL FLETCHER, SERGEANT OF UPSTATE CORRECTIONAL FACILITY;
BRETT J. DEROUCHIE, SERGEANT OF UPSTATE CORRECTIONAL FACILITY;
BRUCE TAVAY, SERGEANT OF UPSTATE CORRECTIONAL FACILITY;
SCOTT SANTAMORE, SERGEANT UPSTATE CORRECTIONAL FACILITY;
RANDAL J. SMITH, SERGEANT OF UPSTATE CORRECTIONAL FACILITY;
RICHARD SCOTT, SERGEANT OF UPSTATE CORRECTIONAL FACILITY;
WILLIAM HUFFNALLE, SERGEANT OF UPSTATE CORRECTIONAL FACILITY;
THOMAS J. SMITH, SERGEANT OF UPSTATE CORRECTIONAL FACILITY;
MARSHALL BUSH, SERGEANT OF UPSTATE CORRECTIONAL FACILITY;
LISA A. STICKNEY, EDUCATION SUPERVISOR OF UPSTATE CORRECTIONAL FACILITY;
TODD DEBYAH, CORRECTION OFFICER UPSTATE CORRECTIONAL FACILITY;

DUSTIN HOLLENBECK, correction officer of Upstate correctional facility;
JUSTIN RUSSELL, correction officer of Upstate correctional facility;
JONATHON HOWELL, correction officer of Upstate correctional facility;
KRISTI PREVE, correction officer Upstate correctional facility;
AUSTIN HELMS, correction officer Upstate correctional facility;
MARK BAILY, correction officer Upstate correctional facility;
JESSICA PAGE correction officer Upstate correctional facility;
BENJAMIN PAGE, correction officer Upstate correctional facility;
ROBERT L. PAIGE, JR, correction officer Upstate correctional facility;
ELIAS GUMAIN III, correction officer Upstate correctional facility;
DEBORAH MARSHALL, correction officer Upstate correctional facility;
ERIC MARSHALL, correction officer Upstate correctional facility;
JARROD COOK correction officer Upstate correctional facility;
WES LINCOLN, correction officer Upstate correctional facility;
JAMES TROMBLEY correction officer Upstate correctional facility;
JON AYERS, correction officer ~~Upstate correction~~ Upstate correctional facility;
ROBERT LAMICIA II, correction officer Upstate correctional facility;
ERIC W. LABOMBARD, correction officer Upstate correctional facility;
NATHAN LOCKE, correction officer Upstate correctional facility;
RONALD PRYCE, correction officer Upstate correctional facility;
BRIAN GARY, correction officer Upstate correctional facility;
CORY LAW correction officer Upstate correctional facility;
JEFFERY CLEMO correction officer Upstate correctional facility;
JAMES HEALY, correction officer Upstate correctional facility;
CHALES CHAMPAGNE, correction officer Upstate correctional facility;
KENNETH ELLSWORTH correction officer Upstate correctional facility;
JOHN DOE, correction officer 6/22/18 incident Upstate correctional facility;
JOHN DOE, correction officer 6/22/18 incident Upstate correctional facility;
JOHN DOE, correction officer 6/22/18 incident Upstate correctional facility;
NANCY SMITH, Nurse Administrator of Upstate correctional facility;
JANIE G. HARRIGAN, Registered Nurse, Upstate correctional facility;
CYNTHIA M. FISH, correspondence unit mail clerk Upstate correctional facility;
LISA M. BARSE, correspondence unit supervisor Upstate correctional facility;
TAMMY FEBI, secretary in superintendent executive office of Upstate correctional facility;
CHERYL A. DUMAS, inmate accounts clerk Upstate correctional facility;

JESSICA DUMAS, MENTAL HEALTH COUNSELOR UPSTATE CORRECTIONAL FACILITY;
JOANNE M. WALDRON, OFFICE OF MENTAL HEALTH UNIT CHIEF OF UPSTATE CORRECTIONAL FACILITY;
RACHEL A. BRYANT, OFFICE OF MENTAL HEALTH REGISTERED NURSE OF CLINTON CORRECTIONAL FACILITY;
JEANLUC B. FORTIN, OFFICE OF MENTAL HEALTH COUNSELOR OF CLINTON CORRECTIONAL FACILITY;
JOHN DOE OR JANE DOE OFFICE OF MENTAL HEALTH COUNSELOR OF CLINTON CORRECTIONAL FACILITY 6/29/18;
JOHN DOE DOCTOR OR PSYCHOLOGIST OFFICE OF MENTAL HEALTH OF CLINTON CORRECTIONAL FACILITY ON 7/2/18;
JANE DOE, REGISTERED NURSES OF MEDICATION DELIVERY OF CLINTON CORRECTIONAL FACILITY 6/27-7/2/18;
COURTNEY L. MALARK, REGISTERED MEDICAL NURSE OF CLINTON CORRECTIONAL FACILITY;
DAVID VIAU, LAW LIBRARY OFFICER OF UPSTATE CORRECTIONAL FACILITY;
LAWRENCE FATOT, SENIOR OFFENDER REHABILITATION COORDINATOR OF FIVE POINTS
CORRECTIONAL FACILITY;
EVA M. TRAHS, CORRECTION OFFICER OF FIVE POINTS CORRECTIONAL FACILITY;
THEODORE C. ZERNIAK, DEPUTY SUPERINTENDENT OF SECURITY OF CLINTON
CORRECTIONAL FACILITY;
CARL J. KOENIGSMANN, DOCTOR/CHIEF MEDICAL OFFICER OF STATE OF NEW YORK
DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION;
VERNON BALDWIN, REGIONAL HEALTH SERVICES ADMINISTRATOR STATE OF NEW
YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION;
DOUGLAS BOTSFORD DIRECTOR CLASSIFICATION INMATE MOVEMENT AND
CONTROLS STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION;
JEFF MCKOY DEPUTY COMMISSIONER OF INMATE PROGRAMS;
JOSEPH BELLNIER, DIRECTOR OF FACILITIES MANAGEMENT AND OPERATIONS
STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
ROXANNE LECLERC, SENIOR OFFENDER REHABILITATION COORDINATOR ALTONA
CORRECTIONAL FACILITY;
TATYANA ROTENFELD, MA RISK MANAGEMENT SPECIALIST AT CENTRAL NEW
YORK PSYCHIATRIC CENTER A FACILITY OF THE OFFICE OF MENTAL HEALTH;
MICHELLE LABARE STATE SHOP CIVILIAN OF UPSTATE CORRECTIONAL FACILITY;
JESSICA SEAMAN, CORRECTION OFFICER OF UPSTATE CORRECTIONAL FACILITY;
TANYA L. BROWN, CORRECTION OFFICER OF UPSTATE CORRECTIONAL FACILITY;
MELISA MORRIS, CORRECTION OFFICER OF UPSTATE CORRECTIONAL FACILITY;
K. BURWELL, CORRECTION OFFICER OF UPSTATE CORRECTIONAL FACILITY;

THE VERIFIED COMPLAINT OF JESSIE J BARNES, PRO SE PLAINTIFF RESPECTFULLY ALLEGES AS FOLLOWS:

## INTRODUCTION

1. IN THIS CASE, PLAINTIFF JESSIE J BARNES, WHO WAS FOR DURATION OF THIS LAWSUIT A PRISONER HELD AT UPSTATE CORRECTIONAL FACILITY, AND HELD AT FIVE POINTS CORRECTIONAL FACILITY FOR A TEMPORARY PERIOD OF TIME CONSISTING OF ONE (1) OR TWO (2) WEEKS IN JULY OR AUGUST 2016 AS WELL AS HELD AT CLINTON CORRECTIONAL FACILITY OBSERVATION MENTAL HEALTH UNIT FOR SEVEN (7) DAYS FROM JUNE 26, 2018 – JULY 2, 2018, SEEKS TO RECOVER FOR THE INJURIES THAT THE DEFENDANTS CAUSED HIM WHEN THEY:

(i) USED EXCESSIVE FORCE UPON THE PLAINTIFF MALICIOUSLY WANTONLY AND UNNECESSARILY IN RETALIATION SOLELY ON BASIS OF HIS BEING AN INDIGENT AFRICAN-AMERICAN MAN CHALLENGING ARBITRARY AND MALICIOUS DEFACTO GOVERNMENTAL SYSTEMATIC POLICIES OF ALL CAUCASIAN OR PREDOMINANTLY WHITE MEN AND WOMEN OWN INDIVIDUAL SELF-RIGHTEOUS IDEALISTIC APPLICATION OR IMPLEMENTATION OF PRISON-REFORM;

(ii) DENIED THE PLAINTIFF OF ADEQUATE MEDICAL CARE WITH A WANTON AND RECKLESS CULPABLE STATE OF MIND DISREGARD FOR MY WELLBEING, LIFE, HEALTH, SAFETY OR PAIN AND SUFFERING HEARTLESSLY AND CALCULATEDLY FALSIFYING AMBULATORY HEALTH RECORD PROGRESS NOTE ENTRIES DELIBERATELY AND INDIFFERENTLY WITH SHOCKINGLY SHAMEFUL INVIDIOUSLY DEGRADING CHARACTER COMMENTS REFERENCE OF MY DEMEANOR AND OVERALL CONDITION DOWN-PLAYING OR WILLFULLY MINIMALIZING ALL SWELLING, AND DESCRIPTION OF EXTERNAL WOUNDS OR TOTALITY OF INJURIES SUSTAINED TO HIS FACE, HEAD, NECK, SHOULDERS, ARMS, ELBOWS, WRISTS, HANDS, FINGERS, BACK, HIPS, KNEES, LEGS, ANKLE, FEET OR TOES AS AN AFRICAN AMERICAN AT HANDS OF THEIR ALL WHITE MEN AND WOMEN CONSISTING OF HUSBANDS, WIVES, SONS, DAUGHTERS, RELATIVES, FRIENDS AND ASSOCIATES, CORRECTION OFFICERS, SERGEANTS OR OTHER SECURITY AGENT DEFENDANTS;

5

(iii) UPSTATE CORRECTIONAL FACILITY ("UPSTATE") STAFF AND
ADMINISTRATION PROMOTED OTHER INMATE VIOLENT MENTAL,
PHYSICAL AND EMOTIONAL ~~MORE~~ ATTACKS UPON PLAINTIFF
WITH A SHOCKING AND UNCONSCIONABLE CULPABLE STATE
OF MIND REPREHENSIBLE DISREGARD TO HIM AS A
HUMAN-BEING OR OF HIS LIFE HEALTH SAFETY AND
WELLBEING IN PRISON INVIDIOUSLY CALLING HIM
"A RAT MONKEY" OR "A RAT NIGGER" ("TO INMATES")
AND GIVING INMATES COPIES OF GRIEVANCES THAT THE
PLAINTIFF SUBMITTED NAMING INDIVIDUAL MALE OR
FEMALE FOR INAPPROPRIATE BEHAVIOR OR CONDUCT WITH
AN INMATE OR INMATES IN RETALIATION FOR PLAINTIFF BEING
A POOR BLACK PRISONER CHALLENGING ALL WHITE MEN AND
WOMEN ARBITRARY AND MALICIOUS DEFACTO SYSTEMATIC
POLICIES IN BOTH ADMINISTRATIVE AND JUDICIAL FORUMS;

(iv) THE STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION (DOCCS) CENTRAL OFFICE EXECUTIVE OFFICIALS WANTON
AND RECKLESS CULPABLE STATE OF MIND DISREGARD FOR PLAINTIFF
LIFE, HEALTH SAFETY AND WELLBEING FAILURE TO PROTECT HIM FROM THE
REMNANTS OF THE PERPETUAL REVOLVING DOOR HOSTILITIES OF SUCH
A TOXIC SITUATION WITH HIM HERE AT UPSTATE AS A RESOURCELESS
BLACK PRISONER CHALLENGING THE ALL ENTIRELY PREDOMINATELY
WHITE STAFF EMPLOYEES DEFACTO SYSTEMATIC POLICIES FOR TEN (10)
YEARS AND COUNTING DESPITE OR IN THE LIGHT OF FOLLOWING
FACTS:

  (a) PLAINTIFF HAVING ACCUMMULATED OVER TWENTY (20) YEARS
  IN SPECIAL HOUSING UNIT (SHU) SANCTIONS AFTER HAVING
  HAD NINE (9) MONTHS (SHU) TIME ON DECEMBER 27, 2009;

  (b) PLAINTIFF HAVING COMMENCED OVER THIRTY (30) STATE AND
  FEDERAL COURT LITIGATIONS AGAINST DONALD UHLER
  AND HIS DESIGNEES HERE AT UPSTATE FOR MUCH OF THE
  SAME OR SIMILAR ISSUES CIRCUMSTANCES OR ALLEGATIONS
  SET FORTH HEREIN;

(C) THE PLAINTIFF HAS BEEN SUBJECT OF OVER THIRTEEN (13) BEATINGS HE HAS SUSTAINED PERMANENT INJURIES INVOLVING HORRIFIC ALLEGATIONS OF ABUSE OVER COURSE OF MANY YEARS THAT INVOLVE MANY OF SAME CORRECTION OFFICERS, SERGEANTS, LIEUTENANTS AND CAPTAINS ARE PARTIES TO MULTIPLE USE OF FORCE INCIDENTS ALL UNDER WATCHFUL EYE OF DONALD UHLER, ADMINISTRATIONS.

(V) WERE DELIBERATE AND INDIFFERENT TO THE PLAINTIFF'S SUBSTANTIVE DUE PROCESS WITH A CULPABLE STATE OF MIND CALLOUS DISREGARD ENFORCEMENT OF ARBITRARY AND MALICIOUS FIXED PROTECTIVE HATCH COVER AND RETENTION STRAP ORDERS FOR MANY YEARS UNRELATED TO ANY JUSTIFIABLE LEGITIMATE INSTITUTION SAFETY AND SECURITY RELATE REASONS BEYOND PRISON AUTHORITIES INVIDIOUS CHARACTER REFERENCE OF HIM IN REGARDS IN RETALIATION AGAINST HIM AS AN INDIGENT BLACK PRISONER IN CUSTODY, CARE AND CONTROLS OF ALL CAUCASIAN EMPLOYEES HERE AT UPSTATE IN NORTHERN NEW YORK IN ▓▓▓▓ PREDOMINANTLY WHITE POPULATED FRANKLIN COUNTY CHALLENGING THEIR DEFAULT GOVERNMENTAL OR SYSTEMATIC POLICIES IN BOTH FEDERAL AND STATE COURTS;

(VI) DELIBERATELY AND INDIFFERENTLY COMPLETELY DENIED THE PLAINTIFF ACCESS TO ((a) ALL COPIES OF OFFICIAL LEGAL DOCUMENTS RELEVANT TO A PENDING COURT PROCEEDING MOTIONS FILINGS OR TO MEET A FILING DEADLINE; (b) ALL LEGAL POSTAGE NEEDED TO MAIL OUT LEGAL DOCUMENTS TO A PENDING COURT CASE BEYOND $2.50 POSTAGE A WEEK AVAILABLE OR TO MEET A PENDING COURT ORDERED DEADLINE OR FILE AN AMENDED PLEADING; (C) ALL POSTAGE NEEDED BEYOND $2.50 WEEKLY POSTAGE BASED ON MY INDIGENCY OR NO COURT ORDER) WITH A CULPABLE STATE OF MIND DISREGARD COMPLETE DENIAL OF THE PLAINTIFF'S SUBSTANTIVE DUE PROCESS LIBERTY INTEREST RIGHTS OF ACCESS TO COURTS ENTIRELY MALEVOLENTLY IN RETALIATION TO PREVENT THE INDIGENT AFRICAN AMERICAN PRISONER IN CUSTODY, CARE, CONTROLS AND JURISDICTION OF 'DOCCS' FROM PROSECUTING THE MANY LITIGATIONS HE HAS PENDING IN STATE AND FEDERAL COURTS CHALLENGING ALL WHITE MEN AND WOMAN PRISON AUTHORITIES UNCONSTITUTIONAL CUSTOMS, POLICIES, PRACTICES OR CONDITIONS.

2. IN PARTICULAR, THIS COMPLAINT SEEKS DAMAGES AGAINST THE DEFENDANTS FOR THEY CAUSED PLAINTIFF IN THEIR (i) UNNECESSARY AND WANTON USE OF EXCESSIVE FORCE AGAINST HIM ON FEBRUARY 8, 2016, MARCH 23 AND 26, 2016, JANUARY 15, 2017, FEBRUARY 13, 2017, JUNE 21 AND 22, 2018; (ii) DELIBERATE AND INDIFFERENCE TO HIS SERIOUS MEDICAL NEEDS; (iii) 'UPSTATE' STAFF AND ADMINISTRATION INVIDIOUS PROMOTION OF INMATE GANG MEMBERS VIOLENCE AGAINST HIM; (iv) 'DOCCS' CENTRAL OFFICE OFFICIALS FAILURE TO PROTECT HIM FROM REMNANTS OF HOSTILITIES OF TOXIC SITUATION WITH STAFF AND ADMINISTRATION HERE AT 'UPSTATE'; (v) DELIBERATE AND INDIFFERENCE TO HIS SUBSTANTIVE DUE PROCESS WITH ENFORCEMENT OF ARB-ITRARY AND MALICIOUS FAKED PROTECTIVE HATCH COVER (FPHC) AND RETENTION STRAP RESTRAINT ORDERS AND; (vi) DELIBERATE AND INDIFFERENT COMPLETE DENIAL IN RETALIATION OF ACCESS TO ALL COPIES FROM LAW LIBRARY OR LEGAL POSTAGE BEYOND $2.50 WEEKLY POSTAGE AVAILABLE TO MEET COURT ORDERED DEADLINES AND POSTAGE BEYOND $2.50 WEEKLY POSTAGE AVAILABLE TO COM-MENCE ANY FEDERAL AND STATE LAWSUIT OR POST-TRIAL MOTION ON BASIS OF INDIGENCY.

3. IN ADDITION THE FEBRUARY 8, 2016, MARCH 23 AND 26, 2016, JANUARY 15, 2017, FEBRUARY 13, 2017, JUNE 21 AND 22, 2018 BEATINGS WERE INSTIGATED BY DEFENDANT'S DUSTIN HOLLENBECK, MARK BAILY, NATHAN LOCKE, ERIC MAR-SHALL, STEVE SALLS JR., ALBERT GRAVLIN, DONALD UHLER AND OTHERS, FOR THE PURPOSE OF RETALIATING AGAINST PLAINTIFF'S EXERCISE OF HIS CONSTITUTIONAL RIGHTS TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES IN BOTH ADMINISTRATIVE AND JUDICIAL FORUMS (SEE DIRECTORY (DIRCTRY) 2, 3, 4, 5, 6, 7, 8, 9, 10, 71, 72, 73, 74, 75, 76, 77, 109, 110, 112, 115, 118, 119, 135, 136, 142, 158, 161, 162, 163, 164, 283, 284, 285-286)

4. FURTHERMORE THE BRUNT OF THE MOVING FORCE BEHIND THE INMATE VIOLENCE AND THREATS ON PLAINTIFF'S LIFE WAS MOTIVATED BY INSTIGATION OF THE UNSAVORY AND MANIPULATIVE WOMEN AND HOST OF TRANSGENDER WOMEN MICHELLE LADONE MELLISA MORRIS (TRANSGENDER) ROXANNE LEGERE, JESSICA PAGE (TRANSGENDER), KRISTY DREVE, JESSICA DUMAS (TRANSGENDER), TANYAL BROWN (TRANSGENDER) ERIKA MARSHAL, AND SHEARY DEAVAY IN RETALIATION WHICH TOOK ON A METAMORPHOSIS OF A MASSIVE INVIDIOUS CONSPIRACY WITH ALL UPSTATE AND ADMINISTRATIVE OFFICIALS OPE-NLY LABELING OF PLAINTIFF AS A "PROTECTIVE CUSTODY (PC) RAT HIDING OUT IN UPSTATE"

THAT EXPLODED INTO A STATE-WIDE PROPAGANDIZING STIGMATISM OF AFOREMENTIONED LABEL OF PLAINTIFF WITH INMATES THROUGHOUT DOCCS PRISON SYSTEM (SEE DECLTY 4,5,6,7,10,11,14,15,16,19,20,21,22,23,25,26,27,28,30,32,33,34,35,37,38,39,40,43,45,47, 49,53,54,55,57,63,65,71,96,97,99,100,101,102,103,104,105,106,107,108,109,110,113,114,141, 195,196,197,198,199,200,201,202,203,204,205,277,282,284,285,286,288,289,290, 291,293,294,295,296,297,298,299,300,301,302,303,304,306,308,309,310,312,315,316 317,318,319,320,321,322,324,325,326-327)

5. MOREOVER, THE TOXICITY OF MEDICAL STAFF DEFENDANTS CHRISTY CONKLIN, GEORGE WATERSON, HEATH BAKER, ELIZABETH WHITE, AND GERALDINE WILSON HOSTILITIES AND RESENTMENT FOR OR TOWARD PLAINTIFF IS DEEP-SEATED WITH MALEVOLENT RETALIATORY MOTIVES FROM PREVIOUS LITIGATION (SEE DECLTY 134,135,347).

6. THE PLAINTIFF SEEKS SANCTIONS FOR SPOLIATION OF EVIDENCE PURSUANT TO FRCP 11(C), INJUNCTIVE TO CEASE AND DESIST FROM EXISTING DEFENDANTS OFFICE OF COUNSEL DISCRIMINATORY PRACTICE DENIAL OF COPIES OF OFFICIAL LEGAL DOCUMENTS FROM LAW LIBRARY PERTINENT TO PENDING LITIGATIONS OR LEGAL POSTAGE NECESSARY TO SUBMIT PAPERS FOR FILING IN ANY STATE OR FEDERAL COURTS PURSUANT TO FRCP 65(b)(1)(A) AND DAMAGES UNDER 42 U.S.C § 1983 AND § 1985(3) FOR DEFENDANTS' VIOLATIONS OF HIS RIGHTS UNDER THE FIRST, FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION. (SEE DECLTY 16, 195,196,197-198,199,200,201,202,203,204,205, 208,209,210,211,212,216,217,218,219,220,221,222,223,224,225,226,227,228,229,230 231,330,331,332,333,334,335,336,337,338,339,340,341,343,344,345-346)

## PARTIES

7. AT ALL TIMES RELEVANT HEREIN, PLAINTIFF, JESSIE J. BARNES WAS A PRISONER IN CUSTODY, CARE AND CONTROLS OF THE STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (HEREINAFTER REFERRED DOCCS) AND PERMANENTLY HOUSED AT UPSTATE CORRECTIONAL FACILITY (HEREINAFTER REFERRED 'UPSTATE'), BUT BRIEFLY OR TEMPORARILY HOUSED AT FIVE POINTS CORRECTIONAL FACILITY (HEREINAFTER REFERRED 'FIVE PTS') IN AUGUST OR LATE JULY OF 2016 AND CLINTON CORRECTIONAL FACILITY (HEREINAFTER REFERRED 'CLINTON') FROM JUNE 26, 2018 - JULY 2, 2018.

8. AT ALL TIMES RELEVANT HEREIN DEFENDANTS ANTHONY J. ANNUCCI, KEVIN P. BRUEN, CHARLES QUACKENBUSH, SAMANTHA KOOLEN, KEVIN KORTRIGHT, DR. DANNA L. CARRAVE III, MICHELLE LIBERTY, DON VENETTOZZI, ANTHONY RODRIGUEZ, DOE CARRIGAN, J.R. BLAIR, CARL J. KOENIGSMANN, VERNON BALDWIN, DOUGLAS BOTSFORD, JEFF McKOY AND JOSEPH BELLINIER WERE EMPLOYED BY 'DOCCS' AND WAS ASSIGNED TO THE DOCCS' CENTRAL OFFICE AS ACTING COMMISSIONER AND DEPUTY COMMISSIONERS UNDER HIS OR HER RESPECTIVE TITLE OR POSITION OF EMPLOYMENT. THEY ARE ALL SUED IN HIS OR HER INDIVIDUAL CAPACITIES.

9. AT ALL TIMES RELEVANT HEREIN DONALD UHLER, PAUL WOODRUFF, DONALD QUINN, SANDRA DANFORTH, JOANNE FETCHETTE, MATTHEW KELSH, STACY DOMINIC, ALBERT GRAVLIN, JOHN TATRO, STEVEN SALLS JR., JOHN DOE, TRACY NELSON, DENISE BERNIER, DENISE SAWTHER, CATHLEEN COOK, SHERRI DeBYAH, ERIKA MARSHALL, VIJAY KUMARS S. MANDALAYWALA, MARY KOWALCHUCK, GERALDINE M. WILSON, ELIZABETH WHITE, CANDY ATKINSON, CHRISTY L. CONKLIN, HEATH BAKER, GEORGE WATERSON, PAUL FLETCHER, BRETT DeROULCHIE, BRUCE TRUAX, SCOTT SANTAMORE, RANDAL J. SMITH, RICHARD SCOTT, WILLIAM HOFFNAGLE, THOMAS J. SMITH, MARSHALL BUSH, LISA A. STICKNEY, TODD DeBYAH, DUSTIN HOLLENBECK, JUSTIN RUSSELL, JONATHAN HOWELL, KRISTI DREVE, AUSTIN HELMS, MARK BAILY, JESSICA PAGE, BENJAMIN PAGE, ROBERT L. PAIGE, JR., ELIAS GUARIN III, DEBORAH MARSHALL, ERIC MARSHALL, JARROD COOK, WES LINCOLN, JAMES TROMBLEY, JON AYERS, ROBERT LAMILE IA II, ERIC W. LaBOMBARD, NATHAN LOCKE, RONALD MYCE, BRIAN GARY, CORY LANE, JEFFERY CLEMO, JAMES HEALY, CHARLES CHAMPAGNE, KENNETH ELLSWORTH, JOHN DOE, JOHN DOE, JOHN DOE, NANCY SMITH, TANIE G. HARTLIGAN, CYNTHIA M. FISH, LISA M. BARSE, TAMMY FEBT, CHERYL A. DUMAS, DAVID L. VIALY, MICHELLE LaBARE, JESSICA SEAMAN, TANYIA L. BROWN, MELISSA MORRIS AND K. BARWELL DEFENDANTS WERE EMPLOYED BY 'DOCCS' AND WERE ASSIGNED TO "UPSTATE" AS SUPERINTENDENT AND HIS DESIGNEES UNDER HIS OR HER RESPECTIVE TITLE OR POSITION OF EMPLOYMENT. THEY ARE ALL SUED IN HIS OR HER INDIVIDUAL CAPACITIES.

10. AT ALL TIMES RELEVANT HEREIN DEFENDANT ROYANNE LECLERC IS A FORMER REHABILITATION OFFENDER COORDINATOR EMPLOYEE HERE AT "UPSTATE" AND IS CURRENTLY EMPLOYED BY 'DOCCS' AS A SENIOR OFFENDER REHABILITATION COORDINATOR AND ASSIGNED TO ALTONA CORRECTIONAL FACILITY. SHE IS SUED IN HER INDIVIDUAL CAPACITY.

11. AT ALL TIMES RELEVANT HEREIN DEFENDANT THEODORE ZERNIAK, IS A FORMER CAPTAIN OF SECURITY HERE AT 'UPSTATE' AND IS CURRENTLY EMPLOYED BY 'DOCS' AS A DEPUTY SUPERINTENDENT OF SECURITY (DSS), AND ASSIGNED TO CLINTON CORRECTIONAL FACILITY. HE IS SUED IN HIS INDIVIDUAL CAPACITY.

12. AT ALL TIMES RELEVANT HEREIN DEFENDANTS COURTNEY MALARK, JANE DOE, JANE DOE, JANE DOE, JANE DOE, JOHN DOE AND JOHN DOE WERE EMPLOYED BY 'DOCS' AS REGISTERED MEDICAL CARE NURSES AND WERE ASSIGNED TO CLINTON CORRECTIONAL FACILITY. THEY ARE ALL SUED IN HIS OR HER INDIVIDUAL CAPACITIES.

13. AT ALL TIMES RELEVANT HEREIN DEFENDANTS LAWRENCE FADOT WAS A SENIOR OFFENDER REHABILITATION COORDINATOR AND EVA M. TANIS, WAS A CORRECTION OFFICER WERE BOTH EMPLOYED BY DOCS AND WERE ASSIGNED TO FIVE POINTS CORRECTIONAL FACILITY. THEY ARE BOTH SUED IN HIS OR HER INDIVIDUAL INDIVIDUAL CAPACITIES.

14. AT ALL TIMES RELEVANT HEREIN DEFENDANTS JOANNE M. WALDRON, IS AN OFFICE OF MENTAL HEALTH UNIT CHIEF AND JESSICA DUMAS IS AN OFFICE OF MENTAL HEALTH COUNSELOR BOTH EMPLOYED BY CENTRAL NEW YORK PSYCHIATRIC CENTER A FACILITY OF THE OFFICE OF MENTAL HEALTH AND WERE ASSIGNED TO UPSTATE CORRECTIONAL FACILITY. THEY ARE BOTH SUED IN THEIR INDIVIDUAL CAPACITIES.

15. AT ALL TIMES RELEVANT HEREIN DEFENDANTS JOHN DOE, DOCTOR OR PSYCHOLOGIST OFFICE OF MENTAL HEALTH, RACHEL A. BRYANT OFFICE OF MENTAL HEALTH REGISTERED NURSE, JEANLUC B. FORTIN, OFFICE OF MENTAL HEALTH COUNSELOR AND JANE DOE OR JOHN DOE, OFFICE OF MENTAL HEALTH COUNSELOR WERE ALL EMPLOYED BY CENTRAL NEW YORK PSYCHIATRIC CENTER A FACILITY OF THE OFFICE OF MENTAL HEALTH AND WERE ASSIGNED TO CLINTON CORRECTIONAL FACILITY THEY ARE SUED IN HIS OR HER INDIVIDUAL CAPACITIES.

16. AT ALL TIMES RELEVANT HEREIN DEFENDANT TATYANA ROZENFELD IS A MA RISK MANAGEMENT SPECIALIST OF THE OFFICE OF MENTAL HEALTH WERE EMPLOYED BY CENTRAL NEW YORK PSYCHIATRIC CENTER A FACILITY OF THE OFFICE OF MENTAL HEALTH AND WAS ASSIGNED TO CENTRAL NEW YORK PSYCHIATRIC CENTER A FACILITY OF THE OFFICE OF MENTAL HEALTH IN MARCY NEW YORK. SHE IS SUED IN HER INDIVIDUAL CAPACITY.

17. AT ALL TIMES RELEVANT HEREIN, ALL DEFENDANTS WERE ACTING UNDER COLOR OF STATE LAW FOR PURPOSES 42 U.S.C § 1983, AND ARE ALL SUED IN THEIR INDIVIDUAL CAPACITIES.

## JURISDICTION AND VENUE

18. THIS COURT HAS SUBJECT MATTER JURISDICTION OVER THIS MATTER UNDER 28 U.S.C § 1331 BECAUSE THIS COMPLAINT RAISES FEDERAL QUESTIONS AND UNDER 28 U.S.C § 1341(a) BECAUSE THIS COMPLAINT ALLEGES THE DEPRIVATION OF FEDERAL RIGHTS UNDER COLOR OF STATE LAW.

19. VENUE IS PROPER IN THIS COURT UNDER 28 U.S.C. § 1391(b)(2), BECAUSE A SUBSTANTIAL PART OF THE EVENTS OR OMISSIONS GIVING RISE TO THE CLAIMS ALLEGED HEREIN OCCURRED IN THE NORTHERN DISTRICT OF NEW YORK.

## PROCEDURAL HISTORY

20. PLAINTIFF COMMENCED THIS ACTION PRO SE FILING A ONE-PAGE LETTER TO COURT IN ABSENTIA OF ACTUAL COMPLAINT INFORMING COURT OF THE SHEAR VOLUME OF EXHIBITS AND REQUESTING AN OPPORTUNITY TO SERVICE THE LAWSUIT IN A SPECIFIED MANNER TO LEVITATE BURDEN AND COSTS. BY LETTER DATED FEBRUARY 25, 2018 AND FILED ON MARCH 19, 2018 IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK WITH 'A "NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS" THAT WAS DECIDED BY HON. DAVID N. HURD UNITED STATES DISTRICT JUDGE REQUIRING THE PLAINTIFF TO FILE THE COMPLAINT IN THIRTY (30) DAYS FROM MARCH 19, 2018 DECISION AND ORDER.

21. THE PLAINTIFF HAS REQUESTED SEVERAL EXTENSIONS OF TIME TO SUBMIT THIS COMPLAINT ALL RELATED TO PRISON OBSTACLES MUCH OF IT ALL SET FORTH HEREIN WHICH HAS PLAYED A PART IN THE SUBSTANTIAL DELAY IN MY SUBMISSION OF THIS COMPLAINT INCLUDING THE COMPLETE EVISCERATION AND ANNIHILATION OF THE 50,000 TO 100,000 LEGAL DOCUMENTS ON A BASELESS "REIGN OF TERROR" BRUTE CELL SEARCH IN RETALIATION DEFENDANTS DONALD UHLER, STEVEN SALLS JR., ALBERT GRAVLIN, DUSTIN HOLLENBECK AND JUSTIN RUSSELL. (SEE DECL.¶¶ 158-164). THE SUM AND SUBSTANCE OF BARNES V. FISCHER 9:13 CV-164 IS PREDICATED ON BRUTALITY OF PLAINTIFF ON NUMEROUS CELL SEARCHES BY MOST NOTABLEY DEFENDANT STEVEN SALLS SETTING STAGE

FOR THESE CONSCIENCELESS, REPULSIVE AND DEHUMANIZING ATTACKS REPEATEDLY
OVER YEARS UPON THE AFRICAN AMERICAN PLAINTIFF BY THE ALL WHITE MEN AND
WOMEN EMPLOYEES HERE AT 'UPSTATE' SEE BARNES V. FISCHER 2018 U.S. DIST LEXIS
44503, AT *1-*4, *20-*27, *41-*47, *56-*60 (N.D.N.Y MAR 16,2018). (ORGINAL 159)

## FACTS

22. PLAINTIFF (HEREINAFTER REFERRED 'PLT') ARRIVED AT 'UPSTATE' ON DECEMBER 27,2009
TO SERVE NINE (9) MONTHS IN SPECIAL HOUSING UNIT (HEREINAFTER REFERRED
'SHU').

23. THE PLAINTIFF (HEREINAFTER 'PLT') TEN (10) YEARS AND COUNTING CONTINUATION HERE
AT 'UPSTATE' HAS TAKEN A TAXING TOLL LABORING IN PERPETUAL ANGUISH UNDER
RULE OF DONALD UHLER ADMINISTRATION AND HIS DESIGNEES CLOSED DOOR CUSTOMS,
POLICIES OR PRACTICES WHICH;

(i) PLT HAS ACCUMMULATED AN ACCESS OF OVER TWENTY (20) YEARS
IN 'SHU' PENALTIES;

(ii) PLT HAS BEEN SUBJECTED TO MORE THAN THIRTEEN (13)
INCIDENT WITH ALLEGATIONS OF EXCESSIVE USE OF FORCE,
INCLUDING THE SHOCKING AND REPULSIVE 8/23/11 ACCU-
SATIONS OF STAFF HAVING PLACED A PLASTIC BAG OVER HIS
HEAD AND HIS HAVING SUSTAINED SOME REPUGNANT TO THE
CONSCIENCE OF MODERN DAY MANKIND CONTEMPORARY STAN-
DARDS OF CIVILIZED DECENCY INJURIES OF AMPUTATION OF
HIS LEFT RING FINGER TIP ON 9/9/11 AND A FRACTURED
FIBULA BONE ON 8/23/11 AS WELL AS NOW THE INJURY
TO MY RIGHT RING FINGER THAT IS CONSTANTLY PAINFUL
SWOLLEN AND DEFORMED IN MIDDLE WITH A LARGE LUMP
PROTRUDING ON LEFT-SIDE IN MIDDLE OF FINGER FROM
6/22/18 OCCURRENCES;

(iii) PLT. HAS COMMENCED OVER (30) THIRTY LITIGATIONS AGAINST DONALD
UHLER AND HIS DESIGNEES FOR PHYSICAL ABUSE AND OTHER
MISTREATMENTS BY MOST NOTABLE IS DONALD UHLER

HIMSELF, ALBERT GRAYLIN, THEODORE ZEANIAK, STEVEN SALLS JR., BRETT DEROUCHIE, HEATH BAKER, CHRISTY CONKLIN, ELIZABETH WHITE, CANDY ATKINSON, GEORGE WATERSON, GERALDINE WILSON, AND NANCY SMITH FOR PURPOSE OF LONG STANDING HOSTILITIES OR THEIR RETALIATORY MOTIVES AGAINST PLT (SEE DKT RY 134 (2B) (50) (85) (100), 135, 136, 137 (60) (61) (69) (146), 159, 161, 162, 163, 164, 191, 264, 265, 266, 267, 268, 269, 270, 271, 272, 356, 358, 359, 360, 361-362).

24. THE DOCCS CENTRAL OFFICE EXECUTIVE AND ADMINISTRATIVE OFFICIAL DEFENDANTS ANTHONY J. ANNUCCI, JOSEPH BELLNIER, DOUGLAS BOTSFORD, JEFF MCKOY J.R. BLAIR, DOE CARRIGAN AND ANNE MARIE MCGRATH ARE AWARE OF THE LONG-STANDING TOXIC SITUATION OF MINORITY PLT WITH NORTHERN NEW YORK ADIRONDACK MOUNTAINS ALL WHITE MEN AND WOMEN CONSISTING OF CLOSE KNIT IMMEDIATE FAMILY, RELATIVES, FRIENDS AND LOVERS STAFF PRISON AUTHORITIES HERE AT UPSTATE AND HAVE FAIL WITH A CULPABLE STATE OF MIND DISREGARD FAILURE OF THEIR DUTY OF CARE OWED TO PROTECT HIM FOR A DECADE AND COUNTING FROM CONTINUATION OF THE REMNANTS OF REOCCURRING MALEVOLENT RACIAL ANIMUS OR RETALIATORY MOTIVE RANDOM ACT BRUTAL PHYSICAL ATTACK THAT HAS PERSISTED OVER COURS OF MANY MANY YEARS WITH STAFF UPON PLT HERE AT UPSTATE WHICH HAS TAKEN ON A LETHAL METAMORPHOSE OF GRAVE THREAT OF DANGER TO PLAINTIFF'S LIFE, HEALTH, SAFETY AND WELLBEING WITH UPSTATE STAFF WIDESPREAD PRACTICE OF PROMOTION OF INVIDIOUSLY LABELING THE PLT AS A "RAT" WITH INMATES THAT HAS BALLOONED OUT-OF-CONTROL INTO A STATE WIDE THREATS OF PHYSICAL VIOLENCE ON PLT'S LIFE BY BLOODS, CRIPS, RAT-HUNTERS, MS-13, RASTAFARIANS, LATIN KINGS, AFRARIAN BROTHERHOOD, BLACK MOBB, DOMINICANS AND OTHERS. (SEE DKT RY 14, 15, 137 (64) (65) (66) (67) (71) (72) (77) (145) (147), 185, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 300, 332, 357)

25. IN LIGHT OF THE TOTALITY OF OVERALL CIRCUMSTANCES SURROUNDING THE SITUATION OF PRO-LIFE LITIGANT MINORITY PLT CHALLENGING DE FACTO GOVERNMENTAL POLICY MAKING IN STATE AND FEDERAL COURTS OF VERY WHITE MEN AND WOMEN HE HAS CONTINUE TO REMAIN UNDER UNBRIDLE, UNCONTESTED OR UNQUESTIONED AUTHORITY, CONTROL AND JURISDICTION OF HIS SEEMINGLY PERPETUAL CONFINEMENT AT "UPSTATE" BY A SLEW OF FEDERAL JUDGES IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK NEARLY A DECADE DESPITE THE PLT. HAVING SUFFERED SOME SHOCKING, PERMANENT INJURIES AT HANDS OF STAFF DURING USE OF FORCE INSTANCES OF AMPUTATION

14.

OF HIS LEFT RING FINGER TIP, FRACTURING HIS RIGHT FIBULA BONE, AND NOW MY RIGHT RING FINGER WHILE AND HIS DESIGNEES HAVE ENGAGED IN A COMPLEX COVER-UP OF AND THE ALL CONSTANT MENTAL ANGUISH FROM THOUGHTS OF DREADED GRAVE FEAR OF KNOWING UPSTATE STAFF ARE MALEVOLENTLY BENT ON PLOTTING A VICIOUS VIOLENT ATTACK ON ME BY INMATES UPON COMMENCEMENT OF FOUR (4) MAN OUTSIDE RECREATION PEN EXERCISE OPERATION BASED ON MANY OF DEFENDANT'S PAUL FLETCHER, BRETT. J. DEROUCHIE, SCOTT SANTAMORE, RANDAL J. SMITH, WILLIAM HOFFNAGLE, THOMAS J. SMITH, TODD BEBVAH, DUSTIN HOLLENBECK, JUSTIN RUSSELL, JONATHAN HOWELL, AUSTIN HELMS, MARK BAILY, JESSICA PAIGE, ROBERT AAIGE JR, ELIAS (WARIN III, DEBRAH MARSHALL, JARROD COOK, ERIC MARSHALL, WES LINCOLN, JAMES TROMBLY, JON AYERS, ROBERT LAMICA II, ERIC W LABOMBARD, NATHAN LOCKE, JEFFERY CLEMO, JOHN TATRO, KRISTI PREVE, JESSICA SEAMAN, MELISA MORRIS, TANYA BROWN, TYLER E PARENT AND K. BURWELL BRAGG ADDED THREAT STATEMENTS HOW THEY WOULD LOVE TO SEE PLT GET HIS OLD ASS KICKED AND OR HOW THEY WOULD ALLOW THE INMATES TO PUMMEL THE IN EXERCISE PENS. (SEE DIR.TRY 15, 19, 20, 21, 22, 24, 25, 26, 31, 32, 33, 34, 35, 36, 37, 38, 39 40, 43, 44, 45, 46, 47, 49, 51, 53, 55, 56, 64, 65, 71, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 113, 114, 115, 116, 141, 142, 162, 191, 198, 203, 270, 271, 288, 289, 294, 298, 300, 302, 303, 306, 310, 317, 354)

26. UPON INFORMATION AND BELIEF DONALD UHLER HAS BEEN EMPLOYED BY DOCCS SINCE 1984 AND HE IS NO SAINT BECAUSE WHEN HE WAS A CORRECTION OFFICER ASSIGNED TO WORK AT CLINTON HE WAS PARTY OF SEVERAL QUESTIONABLE INCIDENTS WHICH INMATES SOMEHOW EXPIRED AT HANDS OF HIM AND OTHERS DURING THESE SKIRMISHS AND WAS STABBED BY A PRISONER IN HIS ARM OR SHOULDER AREA FOR THE LAWLESS OR CORRUPT ACTS HE PERPETRATED AGAINST THE PRISONERS AS A CORRE-CTION OFFICER IN 1987, 1988 OR 1989.

27. IN CASE AT BAR, DONALD UHLER EXECUTIVE AND ADMINISTRATIVE 'HAVE IT HIS OWN WAY' RULE OF UPSTATE HAS BEEN WITH 'A HEAVY HAND OF:

　　(a) THREATS TO PLT HE WOULD DIE RIGHT HERE IN UPSTATE (SEE DIR.TRY 134 (28)(29), 136, 137 (61));

　　(b) ARBITRARY AND MALICIOUS ENFORCEMENT OF HARSH AND EXCESSIVE FIXED PROTECTIVE HATCH COVER (FPHC) AND RETENTION STRAP

ORDERS UNRELATED TO ANY LEGITIMATE PENOLOGICAL INTEREST
OR INSTITUTION SAFETY AND SECURITY REASON ACCORD UPSTATE
'SHU' MANUAL REVISED DECEMBER 2009 §§ 7-4, 7-5 FOR
PURPOSE OF RETALIATION OR DISCRIMINATION TO DELIBERATLY
AND INDIFFERENTLY KEEP PLT HOUSED ON LEVEL I TWO (2)
CELLS FROM RAZELL REEDER 94A6388 WHOM CONSTANTLY BANGS
ALL TIMES OF DAY AND ON STEEL DOOR, STAINLESS STEEL SHOWER
METAL DESK, STOOL OR STEEL BED FROM JANUARY 27, 2016 -
JUNE 22, 2018 AS WELL AS DEPRIVE HIM OF ACCESS TO PHONE,
EXERCISE AND EXTRA SHOWER PRIVILEGES AFFORDED TO
OTHER 'SHU' PRISONERS NOT UNDER A RESTRAINT ORDER
(SEE DKT/IN 77, 85, 138, ▓▓ 139, 165-185, 358);

(C) COVERING UP ALL STAFF SHOCKING REPULSIVE CONDUCT MISTREATMENT
ABUSE OF PLT SYSTEMATICALLY VEHEMENTLY CLAIMING THAT THE ENTIRE
WHITE EMPLOYEE STAFF WORKFORCE HERE AT UPSTATE ARE ALL INNO-
CENT PEOPLE NOT CAPABLE OF BEING RACIST OR EXERCISING RACISM
OR ARE NOT CAPABLE OF CARRYING OUT RETALIATORY MOTIVATED ACTS
AGAINST THE MINORITY PLT AT NO POINT IN TIME DURING A
SINGLE OCCURRENCE OR INSTANCE NO MATTER HOW OBVIOUSLY IMPL-
AUSIBLE OR QUESTIONABLE HIS INDIVIDUAL STAFF ASSERTIONS
MAY BE AND CLAIMING ALL STAFF IS INNOCENT OF THE ALLEGE
▓▓▓ ACCUSATIONS OF ABUSE BY PLT OVER COURSE OF A DECADE
NOW AND COUNTING "ACCORDING TO DONALD UHLER COURT SUBMISSIONS
IN LAWSUITS OVER YEARS" (SEE DKT/IN 1, 12, 25, 118, 119, 137(42)(43)(44)
(45)(46)(47)(48)(49)(91)(94)(103)(126)(131)(132)(133X134)(135X136)(142)(143)(144)
157, 159, 160, 161, 162, 163, 164, 190, 191, 197, 198, 199, 200, 201, 202, 203, 204, 205, 287,
314, 315, 358); AND

(d) IN FACT DONALD UHLER HAS TAKEN PART IN PROMOTION OF INMATE WIDESPREAD
STATEWIDE VIOLENCE WITH THIS 'RAT HUNTER' INMATE 'MACHO' WHOM STAFF
IS USING BECAUSE HE HAS A FEW STABBINGS ON HIS DISCIPLINARY RECORD
AND IS ON STAFF PAYROLL FLOODING HIS CELL WITH TOBACCO DAILY TO MAKE IT
APPEAR THAT THIS LOWELY INMATE THEY ARE USING IS IMPORTANT BECAUSE
HE IS 'ONLY' INMATE GETTING TOBACCO FROM 11-BUILDING STAFF AND THIS

JAMAICAN CADRE IN THAT BUILDING FOR LIKE 7 OR 8 YEARS NOW AS WELL AS THIS CHARACTER 'MACHO' THAT WAS HOUSED IN 11-B1-5 IN LATE MARCH OR APRIL 2018 BEING OUTSIDE FOR RECREATION BRAGGING THAT:
"YAH MAN JESSIE BARNES IS A 'RAT' EVEN THE SUPER-INTENDENT DONALD UHLER CAME TO MY CELL AND SAID HE IS SNITCHING LIKE ALL THE OTHER STAFF TELL ME ABOUT THAT RAT BITCH." (SEE DKT.RY 92, 94).

28. THE EXECUTIVE UNFETTERED CONTROL AND ADMINISTRATIVE RULE HERE AT 'UPSTATE' BY SUPERINTENDENT DONALD UHLER AND HIS ALL WHITE-MEN AND WOMEN DESIGNEE STAFF EMPLOYEES OVER THE MINORITY PLT. IS NO LONGER SUSTAINABLE AND HAS SIMPLY RUN OUT AS WELL AS RUN-A-FOUL OF THE LAW TO DETRIMENT OF PLT.'S LIFE, HEALTH, SAFETY OR WELLBEING (SEE DKT.RY 118, 119, 134(6B) (7A), 135, 136, ⊕ 137(1A)-(14S) 158-164, 184, 190, 191, 210, 211, 212, 358) SEE BARNES V. FISCHER 2018-WL-4660380 AT * 4 FOOTNOTE 7 (N.D. N.Y SEPT 28, 2018)

29. THE PLAINTIFF AFTER BEING UNDER RESTRAINT RETENTION STRAP AND (FPHC) ORDERS FOR (6) SIX CONSECUTIVE YEARS, EVEN DESPITE NOT A SINGLE MISBEHAVIOR REPORT OVER EIGHTEEN (18) MONTHS FROM JULY 4, 2014 - JANUARY 27, 2016 BOTH THE RESTRAINT ORDERS REMAINED IN PLACE. THE PLT. ON NOVEMBER 30, 2015 SUBMITTED AN APPEAL TO DEFENDANT UHLER AND HIS DESIGNEES SEEKING REMOVAL OF THESE ORDERS (SEE DKT.RY 165).

30. ON OR ABOUT 12/11/15 THE PLT WAS MOVED FROM 08-A1-23 TO 11-A1-20 CELL WHERE I REMAINED WITH THE (FPHC) AFFIXED TO MY DOOR TIL ON OR ABOUT 12/21/15 WHEN I WAS MOVED FROM 11-A1-20 TO ⊞ 11-B1-7 ON A LEVEL III GALLERY UNDER MOBILE PROTECTIVE HATCH COVER (MPHC) AND SAFE DISTANCE ORDERS AT BEHEST OR PURSUANT TO THEODORE ZERNIAK ORDERS (SEE DKT.RY 1, 2, 3, 4, 165)

FOOTNOTE 7 DEFENDANTS' TIGHT HANDCUFFING CASES, (DKT. NO 600 AT 4-5), ARE UNAVAILING BECAUSE AT ISSUE IS "THE POSSIBILITY THAT THE (DEFENDANTS) WERE MANIPULATING OR TWISTING THE HAND CUFFS TO INFLICT PAIN AND DISCOMFORT UPON (BARNES)" (DKT NO. 590 AT 36), AND NOT THAT THEY MERELY HANDCUFFED HIM TIGHTLY.

31. FROM THE TIME OF THE PLT VERY ARRIVAL IN 11-BUILDING (11-BLDG) DUSTIN HOLLENBECK WAS OVERLY AGGRESSIVE TOWARD PLT AND CONSTANTLY BEING CONFRONTATIONAL AND CONTROL FREAKISH WITH SIZABLE INFLUENCE ~~AND~~ CONTROL OVER ALL OF 11-BLDG. STAFF AS THEE MOST IMPOSING EMPLOYEE STAFF FIGURE SIZE WISE IN BLOCK LITE-RALLY AND ALL THE STAFF SEEMED TO BE WRAPPED AROUND HIS FINGER BECAUSE EVERYBODY WAS UNDER HIS CONTROL AND DID EVERYTHING TO ME TO APPEASE HIM ACCORDING TO HIS COMMAND AS IF THEY ACTUALLY INTIMIDATED BY HOLLENBECK (SEE DKTRY 2,3,4)

32. THE BLOCK STAFF WAS MISHANDLING MAIL BADLY I WAS THREATENED BY DUSTIN HOLLENBECK ON MAIL PICK ON MORNINGS OF JANUARY 25-26, 2018 FOLLOWING CLOSE PROXIMITY OF INVESTIGATIONS OF GRIEVANCES (SEE DKTRY 2,3-4).

33. THE PLT AFTER HAVING ENGAGED IN SUBSTANTIAL LITIGATION IN MATTER OF BARNS V. FISCHER 9:13 CV-164 A DECISION WAS ENTERED ON DECEMBER 8, 2015 PREDICATED ON UPSTATE PRISON AUTHORITIES SPOLIATION OF ORIGINAL (FPHE) USED AS A CUTTING INSTRUMENT TO PROXIMATE CAUSE AMPUTATION OF HIS LEFT-INDEX FINGER TIP ON SEPTEMBER 9, 2011 AND HIS SUBMISSION OF MANY GRIEVANCES AND RESTRAINT ORDER APPEALS RELATED TO SAFE DISTANCE (MPHC) AND (FPHE) ORDERS REMOVAL BY D.UHLER THEODORE ZERNIAK AND PAUL WOODRUFF THAT ALL OF THE AFORESAID RESTRAINT ORD-ERS WERE FINALLY LIFTED ON JANUARY 25, 2016 BY EITHER THEODORE ZERNIAK OR PAUL WO-ODRUFF (SEE DKTRY 1,4,138,139,165).

34. THE PLT INFORMED DONALD UHLER AT HIS CELL 11-B1-7 ON HIS ROUNDS IN 11-BLDG. ON 1-25-16 OR 1-26-16 WHILE HE WAS ACCOMPANIED ON ROUNDS BY PRESENCE OF ONE (1) ESCORT OF DU-STIN HOLLENBECK. ~~████████████~~ I STOPPED D.UHLER AND EXPLAINED TO HIM HOW D.HOLLENBECK WAS REPEATEDLY THREATENING ME AND BEING OVERLY CONFRONTAT-IONAL. UHLER STATED "I DONOT BELIEVE YOU MY STAFF WOULD NOT THREATEN OR HARASS YOU" (SEE DKTRY 5); (SEE ALSO DKTRY 278)

35. THE PLT FROM HIS DECEMBER 2015 MOVE FROM 11-A1-20 TO 11-B1-7 WERE ALIENATED AND TREATED WITH VERY MUCH DIFFERENTIATION BY JESSICA PAGE AND ROXANNE LECLERC AND EVEN OPENLY CALLED A 'RAT' ON GALLERY BY MICHELLE LABARE ALL BECAUSE THEIR RELATIONSHIP WITH INMATE (MACRO '11-B1-2 'RAT HUNTER' ~~████~~ BETWEEN 12-8-15 THRU 1-27-16). (RAT HUNTER 11-B2-26 FROM 12-8-15 THRU 1-27-16),

( ALJ MALIK BLOOD GANG LEADER HOUSED IN #1-B1-11 FROM 12-8-15 TO 1-27-16 ) AND THIS ( ALTON HUTCHINSON 11-B1-10 FROM 12/8/15 TO 1-27-16 ) ALL WITH A GOAL TO GET PLT MOVED OFF 11-BLDG, B-1-LEVEL III GALLERY AS WELL AS ALL OF 11-BLDG. STAFF HAVING HOSTILE RESENTMENT FOR OR AGAINST PLT ON BASIS OF HIS REPUTATION AS A PROLIFIC WRITER OF GRIEVANCES, COMPLAINTS AND LAWSUITS AGAINST STAFF. ( SEE DR CTRY #1, 2,3, 4, 5,6, 277, 279, 280 ).

36. UPON INFORMATION AND BELIEF, HOWEVER, ROXANNE LECLERC SEVENTEEN (17) YEARS TENURE AS COUNSELOR IN 11-BLDG. DID NOT REPORT ANY INMATES OR PLT FOR SEXUALLY EXPLICIT OR INAPPROPRIATE LETTERS TO HER ATTENTION PRIOR TO PLT REPORTING TO HER THAT HE HAD BEEN SEXUALLY HARASSED BY DUSTIN HOLLENBECK ON FEBRUARY 1 2016. (SEE DRCTRY 286).

37. ON MORNING OF JANUARY 27, 2016 THIS MANIPULATIVE, RACIST, FASTIDIOUS, VILE MOUTH, ARROG- ANT, EGOTISTICAL, SYSTEMATIC OPPORTUNIST AND SHADY CYNICAL SINISTER JEFFERY CLEMO WAS ASSIGNED TO WORK #1 11-BLDG. BLOCK ALL OF A SUDDEN, WHO IS A STAFF POINTMAN TO CREATE CHAOS AND MISHAPPENING CHANCE HAPPENING CIRCUMSTAN- CES AND SITUATION OCCURRENCES WITH A TARGETED INMATE THAT SUBJECT OF STAFF FOCUS ( DRCTRY 5, 6).

38. IN CASE AT BAR, ON MORNING OF JANUARY 27, 2016 THE ESCORT OF THIS CHARACTER ALTON HUTCH- INSON FIRST AND THE PLT SECONDLY TO A PHYSICIAN CALLOUT ON BLOCK OR HOUSING UNIT BY TWO (2) BLOCK GALLERY OFFICERS HERE AT "UPSTATE" AS WAS ON THIS DATE WITH JEFFERY CLEMO 11-BLDG. B-BLOCK HOUSING UNIT GALLERY OFFICER AND DUSTIN HOLLENBECK 11-BLDG. A-BLOCK HOUSING UNIT GALLERY OFFICER. THEY ARE SIMPLY NOT ESCORT OFFICERS AND I HAVE NOT EVER SEEN ON ANY OCCASION ANY OTHER INMATES OR HAVE I PERSONALLY BEEN ESCORTED TO A PHYSICIAN CALLOUT IN THIS BLOCK HOUSING UNIT NOR ANY OTHER BLOCK HOUSING UNIT FOR THAT MATTER BY A BLOCK HOUSING UNIT GALLERY OFFICER MORE LESS TWO (2) BLOCK GALLERY OFFICERS. JUST DON'T HAPPEN AND IS A RARE STRA- NGE ANOMALY ( SEE DRCTRY 2-6 ).

39. ON 1/27/16 INMATE ALTON HUTCHINSON REMAINED ON HIS MEDICAL CALLOUT THAT HE HAD BEEN ESCORTED TO FOR AN EXTEND PERIOD OF TIME PRIOR TO RETURNING TO HIS CELL 11-B1-10 WITH ESCORT OFFICERS CLEMO AND HOLLENBECK ( DRCTRY 5).

40. ON 1/27/16 THE PLT WAS REMOVED FROM HIS ▇▇ CELL AND ESCORTED TO HIS MEDICAL CALLOUT TO SEE PHYSICIAN IN EXAMINATION ROOM OF 11 BLDG. HOUSING UNIT FOLLOWING THE COMPLET- ION OF EXAMINATION OF PLT AS HE WAS BEING ESCORTED BACK TO HIS CELL MATTHEW KELSH WAS ON 11-CI-GALLERY AND INSTRUCTED OFFICERS HOLLENBECK AND CLEMO TO HOLD-UP SO HE CAN INFORM THE PLT THAT HE WOULD HAVE TO SPEAK TO HIM WITH REGARD TO A PENDING GRIEVANCE INVESTIGATION. THE PLT WAS THEN ESCORTED BACK TO HIS CELL 11-B1-7 AND SECURED. (DR.INJY 5)

41. ON 1/27/16 THE PLT. AFTER BEING PLACED BACK IN HIS CELL ▇ 11-B1-7 FOLLOWING PHYSICIAN CALLOUT RETURN SOMETIME LATER THIS CHARACTER ALTON HUTCHINSON ASKED ME TO COME OUTSIDE SO HE CAN SEND ME SOME MAGAZINES BECAUSE HE KNEW BLOCK STAFF WOULD NOT OPEN MY RECREATION PEN DOOR. THE PLT ASKED THIS NO-GOOD 'SHADE-TREE' CHARACTER ALTON HUTCHINSON WAS HIS RECREATION PEN DOOR OPEN AND ALTON HUTCHINSON STATED "OH YEAH MY REC DOOR IS OPEN."

42. THE PLT THEN ON THIS 1/27/16 DATE PROCEEDED TO REPEATEDLY CALL OUT TO CONSOLE OFFICER ELIAS GUARIN III REQUESTING THAT MY RECREATION PEN DOOR BE OPENED FOR LIKE TWENTY (20) OR THIRTY (30) MINUTES WHICH WAS OF NO AVAIL, SO I HAD TO KICK ON CELL DOOR AND THE DEFECTIVE LOCK ON BOTTOM HATCH PORTAL DOOR TO COME OPEN.

43. DURING THIS 1/27/16 FIASCO SEVERAL INMATES WAS ANTAGONIZING THE PLAINTIFF THROUGHOUT AND EVEN MORE STRANGELY MY RECREATION PEN DOOR WAS NEVER OPENED BY ELIAS GUARIN III WHOM SUPPOSEDLY INFORMED HOLLENBECK AND CLEMO THAT BOTTOM HATCH PORTAL DOOR OF MY CELL DOOR WAS OPEN AND BOTH CLEMO AND HOLLENBECK CAME RUSHING THROUGH CENTER DOOR OF GALLERY AND SLAMMED BOTTOM HATCH PORTAL DOOR CLOSED AND TAPED SHUT. (SEE DR.INJY 5, 281).

44. ON 1/27/16, THOUGH THE PLT REQUESTED THAT CLEMO AND HOLLENBECK RADIO CONSOLE AND ▇▇ ASK ELIAS GUARIN III TO OPEN HIS RECREATION PEN DOOR BE OPENED, DESPITE MY REQUESTS MY DOOR REMAINED CLOSED AND JEFFERY CLEMO PROCEEDED TO INMATES CELL INCITING THEM TO ▇▇▇▇ ANTAGONIZE ME RELENTLESSLY FOR AN EXTRA TRAY REWARD.

45. ON 1/27/16 DUSTIN HOLLENBECK WROTE A FALSE MISBEHAVIOR REPORT IN RETALIA- TION AND A "REIGN OF TERROR" CELL EXTRACTION MOVE PROCESS WAS IMPLEMENTED BY PAUL

FLETCHER, MATTHEW KELSH, DONALD UHLER AND PAUL WOODRUFF. (DKT.INV 203(12)-(17))

46. ON 1/27/16 AT APPROXIMATELY 1:20 pm THE PLT WAS PURPOSEFULLY BY SYSTEMATIC DESIGN
CELL LOCATION PLACEMENT OF MATTHEW KELSH, PAUL FLETCHER AND DUSTIN
HOLLENBECK WHOM SKIPPED ATLEAST 4 OR MORE EMPTY CELLS ON 11-A1-GALLERY
CELLS 14-25 TO MONSTROUSLY PLACE PLT IN 11-A1-16 NEXT-DOOR TO RAZELL
REEDER 94A6388 WHOM HAS BEEN KICKING ON CELL DOORS AND BANGING ON
EVERYTHING IN CELL DAY AND NIGHT IN 'SHU' FOR OVER 22 YEARS CON-
SECUTIVELY THAT ALL STAFF AND ADMINISTRATIVE OFFICIALS KNOW OF IN
EVERY JAIL HE HAS BEEN TO AND WILL REWARD REEDER WITH EXTRA FOOD
TO BE MORE RELENTLESS WITH BANGING ON A TARGETED NEIGHBOR'S
CELL OCCUPANT WALL. (DKT.INV 5, 203(18)(19)(20), 206).

47. UPON THE PLT 1/27/16 PLACEMENT AND HIS PROPERTY IN 11-A1-16 THE PRISONER IN
11-A1-18 EQUAN WHITE 08A2234 INFORMED PLT THAT D. HOLLENBECK, P. FLETCHER,
AND M. KELSH HAD ALL ON SEPARATE OCCASIONS APPROACHED INMATE R. REEDER
CELL AND TOLD HIM TO QUOTE: "TAKE CARE OF BARNES WHEN HE COMES TO CELL AND
THEY WILL LOOK OUT FOR HIM." RAZELL REEDER BEAT AND BANGED ON SHOWER AND
DESK FAITHFULLY AND RELENTLESSLY AT BEHEST OR SYNONYMOUS WITH THIS
SYNDICATE GROUP OF STAFF. (DKT.INV 203● (19)-(20))

48. ON 1/28/16 IN EARLY MORNING HOURS AFTER BEATING AND BANGING ALL DAY AND
NIGHT INMATE RAZELL REEDER WAS MOVED FROM 11-A1-17 TO 11-A1-14 CELL.

49. DUSTIN HOLLENBECK PERSISTED ON HIS DETERMINED QUESTFUL GOALS BY ANY
MEANS NECESSARY OF BELITTLING, DEGRADING, BULLYING, ASSAILING WITH RACIALLY
CHANGED COMMENTS, SEXUALLY CHANGED DEROGATORY COMMENTS, INCITING INMATES TO
ACCOST PLT AND RETALIATORY MOTIVE ABUSES OF PLT. (DKT.INV 8,9,10, 283,284,285,
286, 203 (25)-(28).

50. ON FEBRAURY 1,2016 THE PLT SUBMITTED SEXUAL HARASSMENT COMPLAINTS
TO DENISE SMITHERS AND DONALD UHLER AGAINST DUSTIN HOLLENBECK AS
WELL AS TO ROXANNE LECLERE ON HER QUARTERLY CUSTOM FIELDS INTERVI-
EW REPORT CONDUCTED UPON PLT. (DKT.INV 8,10, 203(55),286,287)

51. ON 2/8/16 DURING MAIL PICK-UP DUSTIN HOLLENBECK CONTINUED TO CALL PLT "JESSICA THE RAT BITCH" AND I THREATEN ME HOW HE IS GOING TO GET ME AND SOMETIME LATER I WAS REMOVED FROM MY CELL 11-A1-16 BY AUSTIN HELMS AND DUSTIN HOLLENBECK AND AS USUAL BY CUSTOM OF STATE OF THIS FACILITY THE PLT WAS HANDLED BY PRIMARY AGGRESSOR ABUSER HOLLENBECK UPON REMOVAL OF PLT FROM HIS CELL [illegible] HE WAS PLACED ON WALL TO BE PAT-FRISKED WHERE DUSTIN HOLLENBECK PURPOSELY GRABBED MY GENITALS AND BUTTOCKS VERY ROUGHLY TO PROVOK A CONFRONTATION IN RETALIATION FOR PLT'S ENG-AGEMENT IN CONSTITUTIONALLY PROTECTED CONDUCT OR MOTIVATED BY RACIAL ANI-MUS OR MALEVOLENT REVENGE AGAINST PLT PRIOR TO ESCORTING HIS TO 11-BUILDING (11-BLDG) HOLDING PEN BETWEEN 8:45AM - 9:40AM SO MAINTENANCE WORK CAN BE COMPLETED ON MY RECREATION PEN DOOR CONSISTING OF WEATHER-STRIPPING BEING PUT ON DOOR FRAME OF RECREATION (REC) PEN DOOR AND LOCK ON REC' PEN DOOR CAN BE ADJUSTED. (SEE DKT/AY 2,3,5,8,9,10,11,140,141,142,143,203(9)-(30), 281,283,284,285,286).

52. ON 2/8/16 AT APPROXIMATELY 9:55AM UPON PLT BEING RETURNED TO HIS CELL AND DOOR CLOSED HE PUT HIS HANDS OUT TRAY SLOT FOR HANDCUFF RESTRAINTS TO BE REMOVED AND DUSTIN HOLLENBECK [illegible] BEGAN TO SINISTERLY BEND MY FINGERS BACK INFLICTING SHOCK OF EXTREME PAIN WAS DONE WITHOUT ANY PROB-ABLE CAUSE OR JUSTIFICATION BEHOND HOLLENBECK CHILLING MOTIVES TO IMPEDE OR DETER PLT'S ENGAGEMENT IN REDRESS OF GRV'S IN BOTH ADMIN-ISTRATIVE AND JUDICIAL FORUMS OR HIS PERSONAL MALEVOLENCE OR RACIAL ANIMUS AGAINST PLT. THE EXCRUCIATING PAIN INSTINCTIVELY CAUSED PLT TO PULL HIS HANDS AND DESPITE PLT NOT PULLING DUSTIN HOLLENBECK, AUSTIN HELMS BOTH OF WHOM WEIGH AN EXCESS OF 260 POUND EACH EXCESSIVELY PULLED THE PLT OUT OF TRAY-SLOT IN A NEEDLESS SENSELESS APPLICATION OF USE OF EXCESSIVE FORCE WITH RONALD PRYCE WHOM HAD NOW JOINED IN ON THIS PHYSICAL USE OF FORCE FIASCO. (DKT/AY 203(30)-(32)).

53. ON 2/8/16 OVER A HOUR AFTER INCIDENT RANDAL J. SMITH APPROACHED THE PLT'S CELL 11-A1-16 GEORGE WATERSON WHOM WAS CLUELESS IN HIS DENIAL OR DISREGARD OF PLT'S MEDICAL CARE OR NEEDS APPROACHING MY CELL BEING RUDE NASTY AND IRRATIONAL ABRUPTLY WALKING AWAY AFTER RANDAL SMITH TOOK TWO (2) PHOTOGRAPHS AND STARTED LAUGHING (SEE DKT/AY 203 (33))

22.

54. ON 2/8/16 AT APPROXIMATELY (APPROX.) 11:15AM DURING MEAL DELIVERY BY BRIAN GARY AND MATTHEW KING THE PLT HELD HIS HANDS OUT OF TRAY SLOT INSIDE OF (MPHC) PLEADING WITH THEM TO PROVIDE HIM WITH ADEQUATE MEDICAL CARE BY ~~XXXX~~ MEDICAL STAFF THROUGH THEM FOR MY HANDS AND WRISTS THAT HAD A STINGING OR BURNING SENSATION AND AT APPROX: 11:42AM RANDAL SMITH RETURNED WITH GEORGE WATERSON AND INSTRUCTED ME TO TAKE MY HANDS IN RANDAL SMITH CLOSED IT AND WATERSON WHOM HAD NO PEN, PAPER OR MEDICAL RECORDS LOOKED AT ME WITH A SMIRK ON HIS FACE AND NO SOONER THAN I OPENED MY MOUTH TO SPEAK G. WATERSON ABRUPTLY WALKED AWAY WITH R.J.SMITH IN TOW. (DRCTRY 203(34)).

55. ON 2/8/16 BETWEEN 11:30AM -6:00PM WHILE PLT HAD HIS HAD OUT OF BOTTOM HATCH DOOR OF CELL DOOR 11-A-16 OR NOT THROUGHOUT DAY FOR LIKE SIX (6) HOURS (6HRS) BEGGING AND PLEADING TO BE PROVIDED WITH ADEQUATE MEDICAL CARE BY OR FROM MEDICAL STAFF THROUGH THEM AS LAW ENFORCEMENT OFFICERS AND SUPERVISORS BRIAN GARY, CHARLES J. CHAMPAGNE, KENNETH P. ELLSWORTH, JAMES P. HEALY, NICHOLAS C. TATRO OR CRAIG TATRO (WHICH EVER TATRO IS PERSON PRESENT), RANDAL J. SMITH, JOHN TATRO, STEVEN SALLS JR., AND MATTHEW KELSH JOINTLY AT SOME POINT ~~XXX~~ IN TIME OR ANOTHER ALTOGETHER AND THEY ALL ACTED IN COOPERATION OR IN CONFORMANCE THEREWITH ONE COMMON GOAL TO MUTU-ALLY DEPRIVE PLT OF ADEQUATE MEDICAL CARE TO COVER UP EXTENT OF INJ-URIES HE SUSTAINED TO HIS WRISTS AND HANDS AS A RESULT OF EXCESSIVE USE OF FORCE INCIDENT. (DRCTRY 203(35) -(41)).

56. THE PLT PLEADED WITH THOMAS J. SMITH GRIEVANCE OFFICER TO SEE TO IT THAT HE BE PROVIDED WITH MEDICAL CARE FROM MEDICAL STAFF (DRCTRY 203 (38).

57. ON MORNING OF 2/9/16 THE PLT WAS THREATENED FOR NEARLY A HOUR BY RANDAL SMITH BETWEEN 9:40AM-10:40AM (DRCTRY 12,203(43)) AFTER BEING DENIED ALL BY CONSOL OFFICER

58. THE PLT BETWEEN 12NOON -1:15PM PERSONALLY VERBALLY SPOKE WITH EXECUTIVE TEAM OFFICIALS DONALD UHLER, PAUL WOODRUFF, SANDRA WOODRUFF AND SECURITY TEAM SUPERVISORS MATTH-EW KELSH AND THEODORE ZERNIAK WHOM WERE ALL ACCOMPANIED BY RANDAL J. SMITH INFORMING THEM OF THE PLT BEING COMPLETELY DENIED MEDICAL CARE BY 11-BLDG.

MEDICAL PERSONNEL AND OFFICERS TO COVER-UP INJURIES TO MY HANDS AND WRISTS HE SUSTAINED DURING 2/8/16 SENSELESS EXCESSIVE USE OF FORCE INCIDENT AND ALL OFF-ICALS WAS CULPABLE IN HIS OR HER STATE OF MIND DISREGARD FOR PLT THE INJURIES HE SUSTAINED, HIS PAIN AND SUFFERING OR SERIOUS NEED FOR MEDICAL CARE TREATMENT. (DKT/RY 12, 203(44)).

59. THE PLT SEEKS A PRELIMINARY INJUNCTION PURSUANT TO FRCP RULE 65(a)(1) PROH-IBITING THE DEFENDANTS FROM USE OF ANY OR ALL REFERENCE OF 2/8/16 AT 9:55AM USE OF FORCE (U.O.F.) OR UNUSUAL INCIDENT (U.I.) REPORTS FOR NEGATIVE OR OFFENSIVE APPLICATION USAGE AGAINST PLT FOR ANY NON-DISPOSITIVE OR DISPOSITIVE MOTIONS AN ANY OTHER REASONS DURING PROCEEDINGS OF THIS ACTION. (SEE DKT/RY 186-189).

60. ON 2/9/16 THE PLT WAS PLACED ON BOTH RETENTION STATUS AND (PHD) COVER ORDERS PER RECOMMENDATION OF RANDAL J. SMITH BASED ON FALSE MISB-EHAVIOR REPORT ISSUED IN RETALIATION BY DUSTIN HOLLENBECK THAT WAS ENFORCED BY PAUL WOODRUFF OR THEODORE IZANIAR AS ACTING DEPUTY SUPERINTENDENT OF SECURITY. (DKT/RY 1, 4, 12, 15); (SEE ALSO DKT/RY 203(50)-(52)).

61. THE ACTIONS OR CONDUCT OF ROXANNE LECLERC ON 2/8/16 SHOWS JUST HOW WICKED AND EVIL SHE CAN TRULY BE WITH HER PREMEDITATED VENGEFUL FILING OF FALSE INVIDIOUS SEXUAL HARASSMENT MISBEHAVIOR REPORT IN RETALIATION DUE TO FACT PRIOR TO PLT REPORTING THAT HE WAS SEXUALLY HARASSED BY DUSTIN HOLLENBECK ON 2/1/16 ROXANNE LECLERC DIDN'T LODGE A MISBEHAVIOR REPORT AGAINST THE PLT OR ANY OTHER INMATES FOR INAPPROPRIATE BEHAVIORS TOWARD HER ON ROUNDS ON GALLERIES AT OUR CELLS ALONE AS COUNSELOR IN 11 BLOG. FOR EIGHTEEN YEARS OR WRITING HER SEXUALLY EXPLICIT LETTERS BECAUSE SHE ROXANNE LECLERC IS SIMPLY "A QUEEN BEE OF INDECENCY" AN "A MASTER MANIPULATOR OF DECEIT AND UNSAVORINESS" USER OF INMATES FOR MANY, MANY, MANY YEARS TO SATISFY HER SEXUAL FANTASIES AND DESIRES OR APPETITE (:2 97-36) (DKT/RY 4, 5, 6, 11, 14, 15, 16, 22, 25, 27, 28, 31, 33, 37, 45, 55, 141, 142, 195, 196, 197, 198, 202, 203(53)-(63), 204, 205, 288, 289, 291, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303-304).

62. THE PLT PURSUANT TO FRCP RULE 11(C)(1) REQUEST SANCTIONS BE IMPOSED UPON DEFENDANT'S DONALD UHLER, PAUL WOODRUFF, TRACY NELSON, DENISE BERNIER,

SANDRA DANFORTH, DENISE SAUTHER AND STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE FOR CULPABLE STATE OF MIND SOCIALIZATION OF GRAVAMEN VIDEO TAPE EVIDENCE REQUESTED UNDER FOLL REQUESTS UST-16-059, UST-16-0472, UST-16-0473, UST-16-0474, UST-16-0475, UST-16-0658 AND UST-0659 TANTAMOUNT TO PU.'S PRESENTATION OF CLAIMS ● id ¶¶-¶¶ 24,35,36 AGAINST JESSICA PAGE AND ROXANINE LECLERC IN APPROPRIATE CONDUCT WITH INMATES AND THEIR GIVING GRIE-VANCES TO INMATE GANG MEMBERS WHICH WERE MOTIVATING IMPETUS BEH-IND NOW INMATE STATE-WIDE LABEL ON PU AS A 'RAT' AND PHYSICAL VIOLENCE OF THREATS ON MY LIFE (SEE DRCIRY 2,4,6,11,14,15,16,17,19,20,21, 22,23,25,26,27,28,30,31,33,35,37,39,45,46,47,49,53,55,57,59,195,196,197,198,199, 200, 201(67) -(93),202,203,204,205,288-289)

63. ROXANNE LECLERC IS OLD OVER THE HILL VILE AND FOUL 'USER' CAPABLE OF BEING VERY CRUEL AND DOWNRIGHT ROTTEN REPEATEDLY WRITING ME DUPLICITIOUS 'COPYCAT' FALSE INVIDIOUS MISBEHAVIOR REPORTS FEBRUARY 8,2016, FEBRUARY 24,2016, FEBRUARY 25,2016 AND MARCH 23,2016 IN CHILLINGLY CLOSE PROXIMITY WITHIN DAYS OF HER RECEIPT OF COPY OF GRIEVANCE FROM UPSTATE ADMINISTRATION OR WITHIN A CLOSE PROXIMITY OF TIME OF HER RECEIPT OF GRIEVANCE FROM THE ADMINISTRATION SUFFICIENTLY SUPPORT HER CULPABLE STATE OF MIND RETALIATORY MOTIVE AND INTENT TO CAUSE PU HARM BY ANY MEANS NECESSARY (DRCIRY 4, 6,11,● 14,15,16,286,373).

64. ROXANNE LECLERC IS A TREACHEROUS AND RUTHLESS LADY BECAUSE SHE WAS REALLY WOMEN OF THIS TWISTED MANIPULATIVE SERIAL RAPIST SOCIOPATH (INMATE ALTON HUTCHINSON) BUT TO KEEP FROM BEING SHAMED BY OTHER INMATES AND PREVENT THEM GETTING MAD OR JEALOUS HUTCHIN-SON HAD ROXANNE TAKE CARE OF EVERYBODY HOUSED AROUND HIM, INCLUDING DICTATING HER USING THE WASTED-40, BROKE, DUSTY, DUD BLOOD GANG LEADER ALI MALIK WHOM IS IN PRISON FOR ROBBERY OF A BROOKLYN BODEGA AND SHOOTING THE MAN WITH A .44 MAGNUM FOR $20 THAT ROXANNE HAS NEVER DID ANYTHING BENEFICIAL FOR THIS BUSTER ALI MALIK SHE USED TO GET HER ROCKS OFF EXCEPT LET HIM MASTURBATE AND FONDLE HER EVERY NOW AND AGAIN SOMETIME OR GIVE A PIECE OF HALLS VAPOR CANDY AND HAVE DONE NOTHING WORTHY OR BENEFICIAL FOR BLOOD GANG AS A WHOLE SAVE FOR ROXANNE LECLERC ▬▬▬▬ ARMED WITH KNOWLEDGE AS HIS COUNSELOR OF ALI MALIK BEING A BLOOD GANG LEADER' AND ROXANNE GIVING COPIES OF GRIEVANCE UST-57792-16 ON MARCH 11,2016 TO ALI MALIK AS A BLOOD GANG LEADER IS CATALYST BEHIND PROFOUND BOUNTY ON MY LIFE THROUGHOUT NEW YORK STATE PRISON SYSTEM THAT HAS

THAT HAS PERSISTED TO SPIRAL OUT-OF-CONTROL WITH ALL UPSTATE STAFF MEN AND
WOMEN ALIKE WIDESPREAD PROMOTION OF VIOLENCE WITH INMATES ON MY LIFE id
¶¶-¶¶ 24,35-36. (SEE DR.CTAY 11,14,195,196,197,198,199,200,201,202,203(53)-(63),204,205)

65. DUSTIN HOLLENBECK, JOSHUA WALRATH, NATHAN LOCKE, JAMIE BURROUGHS
AND JESSICA PAIGE (TRANSGENDER PERSON DISCRIMINATOR) WHERE ALL TAKEN
COMPLAINTS OUT OF MAIL BOX OR NOT EVEN PUTTING MAIL IN BOX AND
GIVING MAIL TO INMATES. PLEASE DO NOT DISCOUNT THIS VILE RACIST CHARACT-
ER AUSTIN HELMS. (DR.CTRY 3,6, ☐ 7,290,

66. THE PL WAS BEING THREATEND DAILY BY HOLLENBECK EACH TIME HE WORKS
EVEN ON MORNING OF 3/23/16. THIS JESSICA PAIGE (TRANSGENDER PERSON) AND
THIS JAMAICIAN INMATE SHE WAS SEXUALLY INVOLVED WITH WAS THREATENING ME
ON A WEEKLY BASIS IN RETALIZATION LEADING UP TO 3/23/16 AND 3/26/16
USE OF FORCE (U.O.F.) INCIDENTS (DR.CTRY 2,3,5,8,9,13,15,17,141,142,203(59-63),281,
283,284,285,286,287,288,289,290,291,292-293)

67. ON MARCH 23,2016 SCOTT SANTAMORE, A SEREGANT APPROACHED PLT'S CELL AFTER LUNCH
AND INFORMED THE PLT THAT HE WILL BE RETURNING TO PULL HIM OUT TO SPEAK TO AN
INVESTIGATOR FROM INSPECTOR GENERALS OFFICE AND TO GET DRESSED IF HE WANTED
TO GO TO INTERVIEW SCOTT SANTAMORE HAS HOSTILITIES AGAINST PLT BAD BLOOD,
ANIMUS OR RETALIATORY MOTIVES (DR.CTRY 203(64), 159 BARNES V. FISCHER 2018 U.S.
DIST. LEXIS 44503 AT *38 (N.D.N.Y MARCH 16,2018)).

68. SOMETIME LATER ON MARCH 23,2016 AT APPROXIMATELY 1:15AM SCOTT SANTAMORE
RETURNED TO PLT'S CELL 11 A1 16 ACCOMPANIED BY DUSTIN HOLLENBECK AND JOSEPH
J. RUSSELL ESCORT OFFICERS TO ESCORT PLT TO INSPECTOR GENERAL (I.G.) INVESTIGATOR
'S INTERVIEW. HOLLENBECK WAS PRIMARY HANDLER OF PLT AND HE PLACED HAND-
CUFF MECHANICAL RESTRAINTS EXTREMELY TIGHT. THE PLT COMPLAINED TO SANTAMORE
PRIOR TO BEING REMOVE FROM CELL SANTAMORE STATED "I WILL CHECK CUFFS WHEN
YOU COME OUT." UPON PLT BEING REMOVED FROM HIS CELL WITH RETENTION STRAP
ATTACHED TO HAND CUFFS AND PLACED ON WALL TO BE PAT-FRISKED HOLLENBECK
ROUGH HOUSE PAT-FRISKED ME GRABBING MY PENIS AND TESTICALS AS WELL AS
JABBING HIS HAND BETWEEN BUTTOCKS AND WHEN I COMPLAINED SANTAMORE ABR-
UPTLY STATED " OH PUT HIM BACK IN HIS CELL NOW."

69. UPON SANTAMORE ORDERING THAT THE PLT BE PLACED BACK IN HIS CELL. THE PLT ENTERED HIS CELL AND DUSTIN HOLLENBECK PROCEEDED TO SENSELESSLY BEND FINGERS AND WITH JUSTIFICATION UNNECESSARILY PULL RETENTION STRAP WITH JOSEPH RUSSULL AS SCOTT SANTAMORE INTENTLY WATCHED MENACINGLY. (SEE DR. CLRY 17, 203(65-68), 272-273).

70. ON MARCH 26, 2016 DUSTIN HOLLENBECK AND BENJAMIN PAGE INITIALLY WALKED BY MY CELL AND LIKE 10 MINUTES LATER RICHARD SCOTT APPROACHED CLAIMANT'S CELL ACCOMPANIED BY HOLLENBECK AS PRIMARY HANDLER WITH A PAIR OF HANDCUFFS ATTACHED TO RETENTION-STRAP WITH BRUCE DIMICK IN TOW. THE PLT ASKED RICHARD SCOTT WHY DUSTIN HOLLENBECK WAS CONTINUOUSLY BEING HAND PICKED TO PRIMARY HANDLE ME AND HE IS CONSTANTLY AND INSISTENTLY ABUSEN ME REPEATEDLY. (SEE DR. CLRY 18, 203(69)).

71. THEN HOLLENBECK, SCOTT AND DIMICK ABRUPTLY WALKED AWAY FROM PLT'S CELL 11-A1-16 AND RICHARD SCOTT RETURNED WITH JON AYERS AND BRUCE DIMICK AND AYERS AND DIMICK PLACED RESTRAINTS UPON PLT, REMOVED ME FROM MY CELL PLACED ME ON WALL FRISKED ME AND THEN ESCORTED ME TO 11-BLDG. LOWER HOLDING PEN IN OCTAGON AREA WHERE I NOTICED THAT HOLLENBECK AND BENJAMIN PAGE WAS DESIGNATED TO CONDUCT SEARCH OF MY CELL.

72. THE PLT WATCHED FROM 11-BLDG. AS SERGEANT R. SCOTT, JON AYERS AND CORY LAW WALKED TOWARD 11-A1-GALLERY TOGETHER LAUGHING TO JOIN IN ON THE RANSACKING OF MY CELL ALREADY COMMENCED BY BENJAMIN PAGE AND DUSTIN HOLLENBECK THE CELL SEARCH SHEET ONLY HAD (1) OFFICERS NAME C. LAW AND THE VIDEO TAPES OF THESE PEOPLE CONDUCTING THESE RULE CELL SEARCHES DEPICTING THE NUMEROUS STAFF ENTERING EXITING DISCARDING ITEMS IN TRASH ARE ALWAYS WITHHELD BY PRISON AUTHORITIES. (DR. CLRY 203(70))

73. WHILE BE HOUSED IN 11-BLDG. LOWER HOLDING PEN I CALLED A DIRTY NO GOOD RAT BY JESSICA PAGE (TRANSGENDER PERSON) WITH HER INMATE JAMAICAN ONLINE LOVER WHOM TOLD ME "YOU DL PUNK YOU ARE LUCKY I CANNOT GET MY HANDS ON YOUR PUNK ASS RIGHT NOW BITCH I DL RING YOUR FAGGOT ASS NECK" JESSICA PAGE WAS 'ONLY' URGED ON HER INMATE JAMAICAN LOVER THREATS ON MY LIFE. (SEE DR. CLRY 203(87))

74. HOLLENBECK APPROACHED 11 BLDG. HOLDING PEN AS PRIMARY HANDLER OF PLT AGAIN LAUGHING TOGETHER WITH HOST OR LEGION OF BENJAMIN PAGE, JON AYERS, CORY LAW, BRUCE DIMICK AND RICHARD SCOTT FOLLOWING THEIR DISCOMBOBULATION OF MY PROPERTY AND THE 80,000 - 100,000 LEGAL DOCUMENTS IN MY CELL.

75. UPON APPROACHING HOLDING PEN HOLLENBECK STATED "OH JESSE-BOY COME-ON AND GET FINISHING TOUCH OF WHAT I GOT FOR YOU OL BOY." THE PLT ASKED SERGEANT SCOTT WHY HOLLENBECK IS CONTINUOUSLY BEING CHOSEN TO HANDLE ME AND SCOTT STATED "SHUT UP STUPID BECAUSE YOU ARE AN INMATE AND YOU HAVE NO RIGHT TO QUESTION ANYTHING STAFF DOES TO YOU SPOOK SO PUT YOUR BACK UP TO DOOR NOW SO WE CAN TAKE YOU BACK TO YOUR CELL OR ELSE WE COMMING IN TO GET YOU AND YOU DONUT WANT THAT CAUSE ALL YOU GONNA DO IS BITCH-OUT AND COME OUT WHEN WE SUIT-UP TO COME IN TO GET YOU.

76. THE PLT PUT HIS BACK TO 11-BLDG. LOWER HOLDING PEN DOOR AND WAS REMOVED FROM PEN CUFFED BEHIND HIS BACK WITH JON AYERS AS HIS PRIMARY HANDLER AND ESCORTED TO HIS CELL WHERE RETENTION STRAP WAS APPLIED TO HANDCUFFS AS PLT FACED WALL AND THEN INSTRUCTED TO TURN AND ENTER MY CELL AND WITHOUT ANY JUSTIFICATION JON AYERS, BRUCE DIMICK, CORY LAW, DUSTIN HOLLENBECK BENJAMIN PAGE AND RICHARD SCOTT USED EXCESSIVE FORCE ON THE PLT PULLING MY CUFFED HANDS NEEDLESSLY WITH RETENTION STRAP(DR.TRY 18).

77. THE PLT FURTHER PURSUANT TO FRCP 65(0)(1) SEEKS A PRELIMINARY INJUNCTION PROHIBITING THE DEFENDANTS FROM USE OF ARV OR PLL REFERENCE OF ~~U.O.F~~ 3/26/16 AT APPROXIMATELY 6.35PM (U.O.F) OR (U.I) REPORTS FOR NEGATIVE OR OFFENSIVE APPLICATION USAGE AGAINST PLT FOR ANY NON-DISPOSITIVE OR DISPOSITIVE MOTIONS AN ANY OTHER REASONS DURING PROCEEDINGS OF THIS ACTION (SEE DR.TRY #188).

78. BY EARLY APRIL 2016 THE INMATES THREATS ON PLT'S LIFE WAS AT ITS HEIGHT CONCERNING GRIEVANCE LIST 57,792,16 IDENTIFYING NAMES OF INMATES R. LECLER LICES REGULARLY SEXUALLY INVOLVED WITH ESPECIALY IN THE LIGHT OF CHARACTERS LIKE DUSTIN HOLLENBECK JESSICA PAGE, NATHAN LOCKE, DEBORAH MARSHALL, JON AYERS, AUSTIN HELMS, MARK BAILY, MICHELLE LABARE, JESSICA SEAMAN, ELIAS GARDIN III, ERIC LABOMBARD ~~AND~~ ROXANNE LECLERC AND OTHER PROMOTING VIOLENCE WITH INMATES AGAINST ME (DR.TRY 1-19, 280 -294).

79. DENISE BEANIER AND TRACY NELSON WERE BOTH SENIOR COUNSELORS AND FREEDOM OF INFORMATION LAW (FOIL) WHOM: (i) DID CONDUCT SEVERAL INVESTIGATIONS ON PLT'S GRIEVANCE PREMISED ON ROXANNE LEGEAR INAPPROPRIATE CONDUCT WITH INMATES AND GIVING INMATE BLOOD GANG LEADER NAMED IN GRIEVANCE AS HER SEX PARTNER ON HER CASE-LOAD A COPY OF GRIEVANCE LIST-57792-16 WAS GRASS ROOTS OF INMATES THREATS OF VIOLENCE ON MY LIFE; (ii) DID FAIL TO PRESERVE VIDEO TAPES DEPICTING "INMATES THREATS ON MY LIFE" OR "ROXANNE LEGEAR INAPPROPRIATE CONDUCT WITH INMATES; (iii) DID CONDUCT INVESTIGATIONS AT THE PLT'S CELL 11-A1-16 AND WERE PRESENT ON GALLERY DURING TIME WHEN INMATES THREATS ON MY BASED ON GRIEVANCE R. LEGEAR GAVE TO THEM WAS AT ITS HEIGHT id ¶-¶ 1(iii), 2(iii) 24, 35, 36, 50, 61, 62, 63-67. (SEE DR. TRAY 11, 14, 15, 16, 19, 22, 25, 27, 28, 30, 31, 33, 35, 45, 46, 53, 57, 60, 195-203(53-63), 204, 205, 289-298)

80. ON APRIL 12 2016 BETWEEN 5:30PM-6:15PM THE PLT WAS REMOVED FROM HIS CELL IN MECHANICAL HAND CUFF RESTRAINTS BEHIND THE BACK PLACED ON WALL AND PAT-FRISKED BY                    FLEURY AN ESCORTED TO CONSOLE OR OCTAGON AREA BY OFFICERS                    FLEURY AND GARTH STEPHENS UNDER SUPERVISION OF BRUCE-A. TRUAX TO HAVE MY HAIR-CUT BY THIS JAMAICAN CADRE id ¶-73 WHOM IS BARBER.

81. UPON PLT SITTING IN CHAIR THE BARBER CLOTH WAS PLACED SO TIGHT ON ME IT WAS PRACTICALLY CHO- KING ME AND THE JAMAICAN CADRE USED ONE HAND TO LITERALLY CHOKE ME WITH HIS FINGERS IN MY NECK CUTTING OFF MY AIR CIRCULATION COMPLETELY AS BRUCE TRUAX INITIALLY ALONG WITH AUSTIN HELMS;            FLEURY, GARTH STEPHENS, RONALD BRYCE, JAMES LORD                    AND                    ALL INTENTLY WATCHED LAUGHING HILARIOUSLY TO DISMAY OF ME BEING CHOKED WHILE DEFENSELESSLY INNOCUOUS IN HANDCUFF RESTRAINTS BEHIND THE BACK. (SEE DR. TRAY 21, 203(88), 299).

82. THE JAMAICAN CADRE MUST HAVE BEEN GALVANIZED OR EXHILARATED BY HUMOROUS RESPONSE AFOREMENTIONED OFFICERS id ¶-81 DISPLAYED FROM RASTA CHOKING OF THE DEFENSELESS PLT. BECAUSE THE JAMAICAN THEN ABRUPTLY TOOK HIS HAND OFF MY NECK AND PUT HIS HAND IN A ROUND VICE-GRIP C-CUP AND SLAMMED PALM OF HIS HAND INTO MY THROAT AND GRIPPED MY NECK WITH HIS FINGER TIPS SQUEEZING MADLY CHOKING ME RELENTLESSLY AS ALL OF THE OFFICERS PERSISTED TO INTENTLY WATCH WHILE LAUGH- ING HYSTERICALLY AND SERGEANT TRUAX FINALLY STEPPED UP AND STATED "IF YOU DON'T STOP CHOKING HIM RIGHT NOW RASTA-I WILL HAVE TO TAKE YOU DOWN BECAUSE YOU ARE CHOKING HIM TO MUCH AND TO HARD."

83. JESSICA PAGE (TRANSGENDER PERSON) CONTINUOUSLY, PERSISTENTLY AND INSISTENTLY PROMOTED VIOLENCE AGAINST ME WITH HER JAMAICAN CADRE BOY FRIEND AND "RAT HUNTER" COVER IN 11-B2-26 CELL FOR MANY MONTHS TO NUMEROUS TO IDENTIFY INDIVIDUALLY (SEE DIRECTRY 17, 20, 21, 22, 23, 25, 26, 28, 31, 39, 43, 45, 47, 49, 175, 176, 177, 178, 179, 210, 201, 202, 203 (59, 60, ⬛ 61, 87, 88, 90, 91, 92, 96), 288, 289, 290, 291, 293, 298, 303, 304, 309)

84. THE PLT WAS VERBALLY THREATEND FOR ENTIRE YEAR OF 2016, FOR TWO, OR THREE SOMETIMES FOUR FULL HOURS A DAY AT TIMES BY FIVE OR TEN INMATES UPSTAIRS OR OTHERSIDE OF WALL ON A1-GALLERY CELLS 1-13 OR B1-B2 GALLERIES UPSTAIRS AND DOWNSTAIRS ESPECIALLY GALLERY I WAS HOUSED ON 11-A1-CELL 14-25 BECAUSE BLOOD GANG MEMBERS MY NEIGHBOR 14A0206 AND SCOTT 08B0445 ALL MEDICATED ON 11-BUILDING STAFF HOLLENBECK, JEFFERY CLEMO, AUSTIN HELMS, JAMIE BURROUGH, JOSEPH RUSSELL, ERIK LABONDANO, MAUL BALLY, RANDAL SMITH, PAUL FLETCHER, JONATHAN HOWELL, JON AYERS, ELIAS GUARANTII AND NATHAN LOCKE INVIDIOUS STATEMENT TO ALL OF THE INMATES IN 11-BUILDING A-B AND C BLOCKS THAT "JESSIE JOHNS IS A RAT SNITCHING ON FEMALES IN GRIEVANCES" OR GIVING THEM EXTRA TRAYS, ORANGE, APPLES, BANANA'S, PEANUTBUTTER, JELLY AND GRIEVANCES OR COMPLAINTS (SEE DIRCTRY 10, 11, 13, 15, 19, 21, 23, 24, 25, 28, 30, 31, 32, 33, 34, 36, 37, 38, 41, 43, 44, 45, 50, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 66, 67, 68, 69, 70, 71, 72, 73, 198, 202, 203 (91(9, 2)(94)(96)(97)(98)(99)(100)(101)(102)(103), 204, 205, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 303, 309)", (id 77-25).

85. THE CREW OF UNSAVORY WOMEN LEAD BY ROXANNE LEGERE id 77-77, 1(iii), 2(iii), 24, 35, 36, 50, 61, 62, 63-69, 73, 82, 83. DEBORAH MARSHALL, JESSICA SEAMAN, JENNIFER RABIDEAU, MICHELLE LABARE, ERIKA MARSHALL AND SYNDICATE GROUP OF LESBIAN, GAY, BISEXUAL AND TRANSGENDER (LGBT) COMMUNITY TRANSGENDER OFFICERS WORKING 11-BUILDING (BLDG) ASSIGN TO B-BLOCK CONSISTING OF RING LEADER JESSICA BALL, TANYA BROWN, KRISTI PREVE, MELISSA MORRIS, FEULING THE FLEAV OF INMATES THREAT ON MY LIFE WITH THEIR INAPPROPRIATE CONDUCT MINIPULATION CONTROL OVER THE WASHED UP WOMENLESS GANG LEADERS "ALL MALIK of BLOODS" AND "MACHO of RAT HUNTERS" AS WELL AS OTHER INMATES DUPED WITH INVIDIOUS STATEMENT, GRATUITIES OR CIRCULATION OF GRIEVANCES AND COMPLAINTS WITH INMATES id 77-84 (SEE DIRCTRY 4, 6, 7, 34, 55, 38, 39, 40, 45, 47, 49, 61, 63, 65, 71, 277, 278, 279-280, 58)

86. RANDAL SMITH WAS RUTHLESS WITH HIS RETALIZATORY MOTIVES INVIDIOUS PROMOTION OF VIOLENCE AGAINST PLT WITH INMATES id 77-84 SHOWING THEM GRIEVANCES I SUBMITTED NAMING FEMALE STAFF FOR INAPPROPRIATE CONDUCT OR VOYEURISM

WITH INMATES ON (A) OR (B) BLOCKS IN 11-BLDG. AND WRITING ME A SERIES OF SEXUALLY EXPLICIT MALICIOUSLY FALSE DUPLICITOUS MISBEHAVIOR REPORTS ON GRIEVANCE INVESTIGATIONS THEN PROCEED TO THIS 31 LAWRENCE COUNTY WHILE INMATE IN 11-A1-19 CELL JOSEPH BELILE WHOM R. SMITH MOVED FROM 11-A1-19 TO 11-B1-7 EARLY TO GIVE A LEVEL II COMMISSARY BUY TO VERBALLY HARASS ME AND THREAT MY LIFE DAILY (SEE DRCTRY 43,46, 45, 51, 53, 54, 55, 56, 57, 58, 59, 60, 61, 64, 65, 66, 374)

87. DESPITE THE PLAINTIFF ████████ PLEA WITH DOE CARRIGAN, INVESTIGATOR CONCERNING HIS ████ FEARS FOR HIS SAFELY AND WELBEING, THERE AT UPSTATE BASED ON R. LECLERC, J. PAGE AND OTHER FEMALE STAFF id 97-85 PROMOTION OF VIOLENCE AGAINST ME WITH INMATES AND DOE CARRIGAN TOOK NO ACTIONS TO PROTECT PLT OR RELOCATE ME FROM WITHIN ████████████████ JURISDICTION, CUSTODY, CARE AND CONTROLS OF UPSTATE AUTHORITIES WITH A CULPABLE STATE OF MIND DISREGARD TO MY LIFE HEALTH SAFETY OR WELBEING (DRCTRY 65)

88. DENISE SAUTHER, ASSISTANT DEPUTY SUPERINTENDENT PRISON RAPE ELIMINATION ACT (ADS/PREA) IS A TEDIOUS POINTLESS MIDDLEMAN OR INTERMEDIARY USELESS ADMINISTRATIVE POSITION WHO DOES NOTHING PERIOD FOR ANY REMEDIAL CHANGE OF AN INMATE SITUATION SAVE FOR REFERRAL OF COMPLAINT, OTHERWISE SHE DOESN'T PRESERVE ANY EVIDENCE AND 'ONLY' RATIFY ALL MISCONDUCT OF STAFF OR ABUSE OF PLT, BY THEM. SAUTHER'S IS AWARE OF ALL STAFF LEVELS OR FACETS OF ABUSE OF PLT WITH INMATES BY MALES AND FEMALES ALIKE. IN FACT D. SAUTHER'S HAVE BEEN PRESENT ON GALLERY ON COUNTLESS OCCASION'S WHEN DROVES OF INMATES WERE THREATING MY LIFE ABOUT BEING A 'RATE' AND SNITCHING ON FEMALE STAFF WITH INMATES IN GRIEVANCES AND HAVE ENGAGED IN A COMPLEX SYSTEMATIC COVER-UP id 77-79, I (i-i), 2(iii) 24, 36, 38, 50, 61, 62, 63, 64, 66, 73, 78, 79, 82, 83, 84, 85, 86-87 OF ALL FACETS OR LEVELS OF ALL THREATS ON PLT'S LIFE BY INMATES OR OTHERWISE PREDICATED ON THEE ALL WHILE MEN AND WOMEN STAFF SEXUAL ABUSE, VOYEURISM OR OTHERWISE SAUTHER'S IS AWARE OF IS ALL TOUTED OR BALLY HOOED AS HUMDRUM, BLAH, BLAH. (SEE DRCTRY 10, 65, 195, 196, 197, 198, 199, 200, 201, 202, 203(1-104), 204, 205, 206, 277, 279, 280, 282, 285, 286, 287, 288, 289, 293, 294, 295, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 308, 309, 310).

89. ON JULY 19, 2016 THE PLT WAS TAKEN ON A VAN RIDE UNDER SUPERVISION OF SCOTT SANTAMORE 'A DEFENDANT' IN MATTER OF BARNES V. FISCHER 9:13-CV-164 (SEE DRCTRY 36, 137(37, 38-39█, 123)) TO FIVE POINTS CORRECTIONAL FACILITY (FIVE PTS) WHERE SCOTT SANTAMORE LEFT WORD WITH (FIVE PTS) SECURITY STAFF

IN DRAFT ROOM TO PASS ON TO OTHER "FIVE D5's STAFF FOLLOWING MESSAGE: "BARNES IS A RAT WHO LIKES TO FILE GRIEVANCES AND LAWSUITS ON STAFF AND ALL THE BLOODS AND OTHER INMATES WANT TO KILL BARNES FOR SNITCHING ON FEMALES AT UPSTATE IN GRIEVANCES".

90. ON OR ABOUT AUGUST 15, 2016 ROBERT PAIGE JR. OPENED UP MY OUTGOING MAIL WITHOUT ANY LEGITIMATE REASON BEHIND HIS RETALIATORY MOTIVE FOR REVENGE FOR BEING PARTY TO MATTER OF BARNES V. FISCHER 2018 U.S. DIST. LEXIS 40453 (N.D.N.Y MAR. 16, 2018).

91. ON SEPTEMBER 14, 2016 J. BLAIR WAS AUTHOR OF A MISBEHAVIOR REPORT ALLEGING THE PLT ATTEMPTED TO SOLICIT A CERAMIC SCALPEL BLADE THROUGH MAIL ON AUGUST 15, 2016 OPENED BY ROBERT PAIGE JR. HERE AT UPSTATE CORRECTIONAL FACILITY (UPSTATE). HOWEVER THE CONTENTS IN THE ENVELOPE WAS WITHHELD THAT HAD LANGUAGE RELEVANT TO R. LECLERC GIVING INMATES GRIEVANCE AND BEING THE FOUNDATION OF THE INMATE GANG MEMBERS THREATS ON MY LIFE. (DIRECTLY 62)

92. THE PLT SUBMITTED GRIEVANCES UST-59635-16, UST-5890-16, UST-59871-16, UST-60027-18, UST-60041-17, UST-60071-17 IN TOPICS OF C. LABOMBARD AND MARK BAILY MISTREATMENT OF ME AND MORESO PERTAINING TO BAILY ON THESE RUDE LAWLESS CELL SEARCHES. (SEE DIRECTLY 63, 67, 68, 71, 72-73)

93. ON 1/15/17 UPON RETURNING TO MY CELL I NOTICE THAT ALL OF MY CELL PROPERTY OR CONTENTS AND LEGAL DOCUMENTS WHERE IN TOTAL DISARRAY IN ABSOLUTE DISCORD OF POLICY 4910, WHICH REQUIRE THAT OFFICERS CONDUCT CELL SEARCHES IN A PROFESSIONAL MANNER AND PLACE OUR PAPERS BACK IN ENVELOPES OR LEAVE OUR CELLS IN CONDITION IT WAS PRIOR TO BEING SEARCHED AND NOT RANSACKED AS MARK BAILY AND A SYNDICATE GROUP OF OFFICERS HAD DONE PLT'S PROPERTY ON THIS 1/15/17 DATE.

94. THE PLT DID NOT MOVE I STAYED FACING WALL AND REQUESTED TO SEE A SERGEANT ON DUTY FOR 11-BUILDING (BLDG).

95. WITHOUT JUSTIFICATION MARK BAILY HELD TRUE AND STEADFASTLY TO HIS PROMISE OF A THREAT HE MADE TO THE PLT SOMETIME EARLIER

AT THE PLT'S CELL 11-A1-16 HE BAILY HAD STATED: "HEY YOU RAT NIGGER ALWAYS SNITCHING ON STAFF IN GRIEVANCES I GOT SOMETHING SPECIAL FOR YOU TONIGHT WHEN YOU COME OUT." BY BAILY ABRUPTLY UNNECESSARILY STRIKING THE PLT IN THE FACE WITH A CLOSED FIST WHILE I WAS DEFENSELESS AND INNOCUOUS IN MECHANICAL RESTRAINTS IN RETAL-IZATION (SEE DIARY 67,68, 71,72,73-74)

96. ON 1/15/17 AFTER OR FOLLOWING M. BAILY UNPROVOKED SENSELESS STRIKING OF MECHANICALLY RESTRAIN-ED PLT IN THE FACE WITH A CLOSE FIST A NEEDLESS EXCESSIVE USE OF FORCE ENSUED UPON ME BEING SLAMMED TO FLOOR SLAPPED, KICKED, PUNCHED AND STOMPED BY MARK BAILY, CHAD LABOMBARD, ELIAS GUARIN III AND BAILY AS INSTIGATOR OF THIS SKIRMISH WERE LEADER OF "SNOW JOB" ASSERTION STATEMENT WITHIN REPORTS OF ("INMATE BARNES THEN TURNED AGGRESSIVELY TOWARD STAFF"), WITHOUT ANY REFERENCE WITHIN A SINGLE OF THE REPORTS GENERATED RELATED TO USE OF FORCE INCIDENT EXACTLY WHICH OF THE INITIAL THREE (3) OFFICERS BAILY, LABOMBARD OR GAURIN III WHOM ALL WEIGH 210 POUNDS OR MORE THE MECHANICALLY RESTRAINED FIFTY (50) YEARS OLD NO MORE THAN 165 ('LBS) IN WEIGHT PLT HAD OR WERE SPECIFICALLY DIRECTING HIS ALLEGED AGGRESSION AT IS SIMPLY CRAZY AND BIZARRE COCKAMAMIE.

97. IN THIS CASE, THERE IS NO SECRET OR COINCIDENCE THAT WHAT TOOK PLACE ON 2/13/17 IS "CLEAR AND CONVINCING PROOF" THE PLT WAS TARGETED FOR MISTREATMENT BY MARK BAILY AND NATHAN LOCKE AMONG OTHERS ;N ¶¶-¶¶ I (i)(iv)(a)(b)(c), 3, 23(i)-(iii), 25,27(c), 92-96) BASED ON HIS FILING OF GRIEVANCE UST-601 76 17 UST-601-92-17, UST-60381 17 BASED ON CELL SEARCHES AND EXCESSIVE USE OF FORCE ON 1/15/17 AND DRLYN OFFICIALS SHOCKING AND CHILLING ACTIONS PREDICATED ON SAME SYSTEMATIC DEBACLE CONDUCT PATTERN BEHAVIOR OF STAFF TOWARD OR DIRECTED AT ME WAS "ONLY" IN PLACE TO DETER OR SUPPRESS ME FROM CHA-LLENGING MY ALL WHITE MEN AND WOMEN MASTER CONTROLLERS SELF RIGHTEOUS DEFACTO POLICY MAKING IN ADMINISTRATIVE FORUM [SEE DIARY 74, 75-76).

98. ON 2/13/17 THE PLT WAS ASLEEP IN HIS CELL 11-A1-16 AND AWAKEN BY NATHAN LOCKE AND JAMES TROMBLEY FOR PURPOSE OF ATTENDING A TIER III HEARING BEING HELD BY JOANNE FITCHETTE, DEPUTY SUPERINTENDENT OF PROGRAMS ('DSP') PREDICATED ON 1/15/17 OCCUR-RENCES AND WHILE GETTING DRESSED I NOTICED THAT LOCKE AND TROMBLEY WERE WHISP-ERING WITH DEVIOUS SMIRKS ON THEIR FACE AND WERE ACTING PECULIARLY ODD UPON MY REMOVAL FROM CELL TO BE PLACED ON WALL AND PAT FRISKED FOR ESCORT TO HEARING.

99. ON 2/13/17 AFTER I WAS PAT-FRISKED I THEN PROCEEDED UNDER ESCORT OF N. LOCKE AND J. TROMBLEY TOWARD FRONT GATE TO EXIT GALLERY AND I NOTICED MARK BAILY, JARROD R. COOK, WES LINCOLN AND ROBERT J. LAMICA III ALL STANDING TOGETHER IN OCTAGON AREA BY CONSOLE WITH SINISTER OR MENACING SMIRKS ON THEIR FACES GAZING INTENTLY AT ME MISCHIEVOUSLY AS I APPROACHED GATE EXITED GALLERY AND WENT IN HEARING ROOM.

100. ON 2/13/17 I REQUESTED TO BE RETURNED TO MY CELL BECAUSE JOANNE FETCHETTE WAS BEING RUDE NASTY AND DOWN RIGHT SARCASTIC AND SNOBBY TO ME.

101. AS I WAS BEING ESCORTED BACK LOCKE STATED "OH THEY NOT FINISH YET SO WE GOT TO PUT HIM IN HOLDING PEN." I ASKED LOCKE WAS THEY SEARCHING MY CELL AGAIN.

102. MARK BAILY WENT DOWN GALLERY AND JOINED THE OTHERS [redacted] JARROD COOK WES LINCOLN AND ROBERT J. LAMICA II ALREADY IN MY CELL 11-A1-16 AND ALL FOUR (4) OFFICERS PARTICIPATED IN THE RANSACKING OF MY CELL, HOWEVER THE CELL SEARCH SHEET 'ONLY' HAD WES LINCOLN NAME ON IT.

103. THE PLT REMAINED IN LOWER HOLDING PEN FOR QUITE SOMETIME AS I OBSERVED THE FOUR (4) OFFICERS id 9T-102 EXIT GALLERY AFTER THEIR ANNIHILATION OF MY CELL AND ITS CONTENTS ALL LAUGHING.

104. ON THIS 2/13/17 DATE I WAS REMOVED FROM LOWER HOLDING PEN BY NATHAN LOCKE AND JAMES TROMBLEY AND ESCORTED DOWN 11-A1-16 GALLERY TO MY CELL 11-A1-16 WHERE I NOTICED MY CELL WAS TOTALLY RAVAGED. THE PLT, ONCE AGAIN 'ONLY' REPEATEDLY REQUESTED TO SPEAK WITH SERGEANT ON DUTY.

105. DESPITE THE DEFENSELESS PLT INNOCUOUS IN MECHANICAL RESTRAINTS 'ONLY' REQUESTONS TO SPEAK WITH THE SERGEANT ON DUTY NATHAN LOCKE IN AN UNNECESSARY ABUSE OF AUTHORITY ACT OF AGGRESSION IN RETALIATION id 9T-97 UNJUSTIABLY SCREAMED "TAKE HIM DOWN" TO JAMES TROMBLEY AND BOTH LOCKE AND TROMBLEY SLAMMED THE PLAINTIFF TO FLOOR WHERE LOCKE STRUCK ME SEVERAL TIMES WITH A CLOSED FIST WHILE TROMBLEY HEARTLESSLY TOOK HIS FIST WITH A FINGER BENT KNUCKLE STICKING OUT AND VICIOUSLY JABBED HIS FINGER IN MY TEMPLE

REPEATEDLY AND TWISTING IT TO INTENSIFY PAIN AND SUFFERING AS WELL AS JABBING ME IN NECK AND CHOKING ME.

106. I WAS THEN PICKED UP OFF THE FLOOR AND ESCORTED TO THE LOWER HOLDING PEN IN 11-BUILDING (BLDG) WHERE I WAS HELD FACING WALL IN CORNER WITH JARROD COOK ON MY LEFT-SIDE AND ROBERT J. LAMICA II AND LAMICA WHOM IS NOT A DAY OVER TWENTY-SEVEN (27) YEARS OLD STANDING ABOUT SIX-FEET-TWO-INCHES (6FT 2IN) TALL AND WEIGHTING ABOUT 230 LBS PROCEEDED TO EXERCISE COLD BLOODED UNJUSTIFIABLE BULLYING SYSTEMATIC DEBACLE APPLICATION OF SINISTER CONSCIENCELESS USE OF REPULSIVELY EXCESSIVE FORCE UPON THE DEFENSELESS AND INNOCUOUS WITH HANDS BOUND TO MY WAIST IN HANDCUFFS AND WAIST-CHAIN MECHANICAL RESTRAINTS FIFTY-ONE (51) YEARS OLD 162 LBS PLT BY CHOKING ME COWARDLY WITH MY SHIRT AND STRIKING ME WITH A CLOSE FIST AS JARROD COOK INTENTLY WATCHED THIS FIASCO FOR AN ACCESS BETWEEN SEVEN - FIFTEEN MINUTES (7 MIN. - 15 MIN.) WITHOUT ATTEMPTING TO INTERCEDE ON THIS SYSTEMATIC DEBACLE THAT DID NOT STOP UNTIL I COMPLAINED TO BRETT DEROUCHE, SERGEANT WHOM STATED "JESSIE YOU ARE DELUSIONAL HE IS NOT DOING THAT TO YOU" WHEN DEROUCHE APPROACHED THE HOLDING PEN GATE.

107. THE SECOND USE OF FORCE IN HOLDING PEN OCCURRED WHEN THE LEFT HANDCUFF RESTRAINT WAS REMOVED AS JARROD COOK HELD PLT.'S HANDCUFFED RIGHT HAND, ROBERT J. LAMICA II STRUCK THE PLT IN THE EYE WITH A BONE SHAKING OVER HAND RIGHT AND I WAS THEN SLAMMED TO FLOOR BY JARROD COOK, ROBERT J. LAMICA II AND JON AYERS AS MARK BAILY, JAMES TROMBLEY AND WES LINCOLN ALL OF WHOM STOOD OUTSIDE HOLDING PEN AROUND THE CORNER OUT OF PLT'S VISUAL SIGHT ALL CAME CHARGING IN FROM AROUND CORNER INTO PEN AND POUNCED ON PLT. WITH OTHER THREE OFFICERS AND ALL SIX (6) ALL REPEATEDLY KICKED, STOMPED AND PUNCHED ME AS THIS HEARTLESS AND CRUEL MAN WILLIAM HOFFNAGLE WALKED OVER AND KICKED ME IN FACE TWICE WHILE I LAYED ON FLOOR WITH THE (6) OFFICERS ON TOP OF ME PUMMELLING ME AS I SCREAMED "OH MY FINGER THEY ARE GOING TO BREAK IT I AM NOT RESISTING."

108. AS NOTED BY 2/13/17 AT 2:48PM MISBEHAVIOR REPORT BY R. LAMICA II "INMATE BARNES WAS RETURNED TO HIS CELL WITHOUT FURTHER INCIDENT" (SEE DOC.TRY 377).

109. THE BEATING OF PLT ON JANUARY 15, 2017 AND FEBRUARY 13, 2017 WAS INITIATED BY NATHAN LOCKE, MARK BAILY, CHAD LABUMBARD AND OTHERS BASED ON LONGSTANDING WIDESPREAD MALEVOLENCE OR ANIMUS FOR OR TOWARD ME AS A MINORITY IN THEIR SOLE CUSTODY, CARE AND UNBRIDLED CONTROL CHALLENGING IN BOTH STATE AND FEDERAL JUDICIAL FORUMS DONALD UHLER AND HIS DESIGNEES CONSISTING OF SAME FAMILY MEMBERS, FRIENDS AND ASSOCIATES "INSTITUTION OF DECEIT AND CORRUPTION" id 97-97 1(i)(ii)(iii) (iv)(a)(b)(c)(V), 3, 4, 5, 6, 23(i)(ii)(iii), 24, 25, 26, 27(a)(b)(c)(d), 28-108 BY ANY MEANS NECESSARY ABUSE, MISTREATMENT OR DEHUMANIZATION OF PLT IS ALL JUSTIFIED, RATIFIED OR COVERED UP.

110. THE PLT WERE SUBJECTED TO RETENTION STRAP AND OR FIXED PROTECTIVE HATCH COVER (FPHC) ORDERS id 97-97 1(V), 27(b), 29, 30 I WAS REMOVED FROM LAST OF SUCH ORDERS ON JANUARY 25, 2016 AND ON FEBRUARY 8, 2016 BOTH ORDERS WERE RE-IMPLEMENTED OR RE-ENFORCED ARBITRARILY AND MALICIOUSLY ON BASIS OF DISMISSED AND EXPANGED CHARGES BY THIS CRUEL AND RUTHLESS MAN, PAUL WOODRUFF ABUSE OF DISCRETIONARY AUTHORY FOR NEARLY A FULL YEAR TO JANUARY 6, 2017 WHEN RETENTION STRAP AND FEBRUARY 9, 2017 ('FPHC) ORDERS WERE RESCINDED OR WITHDRAWN RESPECTIVELY. (SEE DRCTRY 165-184)

111. ON FEBRUARY 13, 2018 BRETT DEROUCHE MADE A RECOMMENDATION FOR THE PLT TO BE PLACED ON BOTH RETENTION STRAP AND 'FPHC' RESTRAINT ORDERS CITING A LAUNDRY LIST OF OLD RULE VIOLATIONS UNRELATED TO ACTUAL OCCURRENCES OUTSIDE OF MY CELL ON GALLERY AND BULL-PEN OR RATHER LOWER HOLDING PEN IN 11-BLDG. OR SECTIONS 7-4 AND 7-5 OF USTATE CORRECTIONAL FACILITY (UPSTATE) REVISED DECEMBER 2009 SPECIAL HOUSING UNIT 'SHU' MANUAL CRITERA OF RULE VIOLATIONS INVOLVING AN INCIDENT AT A PRISONERS CELL OF WITHHOLDING RESTRAINTS OR ATTEMPTING TO PULL HAND CUFFS IN CELL OR A PRISONERS THREATS OF PROJECTILE OR ACTUALLY HURLING ANY ITEM OR SUBSTANCE FROM WITHIN CELL OR A PRISONER REFUSING TO REMOVE HIS HANDS AND PREVENTING CLOSING OF TRAPS SLOT WHICH APPLICABLE FOR IMPLEMENTATION OF THESE RESTRAINT ORDERS BEYOND MR. DEROUCHE RETALIATORY MOTIVES FOR PREVIOUS LITIGATION BASED ON SAME ISSUES OR CONDUCT (see BARNES V. PRACK 2012 WL 7761905 AT *2 (N.D.N.Y. SPT 7, 2012)) TO ARBITRARILY AND MALICIOUSLY DIFFERENTIATE TREATMENT OF ME HARSH AND EXCESSIVELY DENYING ME OF ALL ACCESS TO ANY PRIVILEGES READILY AVAILABLE TO OTHER PRISONERS HERE AT UPSTATE NOT THESE RESTRAINT ORDERS id 97-97 1(V), 27(b), 29, 30, 108. (SEE DRCTRY 77, 78, 134(3)(X49) (64), 135, 169, 170, 171, *172, 173, 174, 183, 184, 185, 362, 377-378)

36.

112. PAUL WOODRUFF IS A RUTHLESS AND TYRANNICAL MAN WHOM HAS NO REGARDS FOR 'DOCCS' OWN POLICIES, EVEN LESS FOR STATE AND FEDERAL REGULATIONS OR MORELESS SO THE CONSTITUTIONAL RIGHTS OF THE MINORITY PLT IN THE CUSTODY, CARE AND UNBAIDLED CONTROL OF HIM AND HIS ALL WHITE MEN AND WOMEN STAFF DES-IGNEES HERE AT 'UPSTATE' CHALLENGING LAWLESSNESS IN BOTH ADMINISTR-ATIVE AND JUDICIAL FORUMS, id 97-97 I(i)(ii)(iii)(iv)(a)(c)(vi), 2,3,4,5, 622-111 AND WOODRUFF CHIEF AND 'ONLY' CONCERN IS THE SANCTIMONIOUS HOLIER-THAN-THOU ALL PREDOMINANTLY WHITE UPSTATE EMPLOYEES MAKING OF THEIR OWN SELF-RIGHTEOUS RULES BY EACH INDIVIDUAL MADE AS THEY GO, NO MATTER HOW WRONG, VILE OR REPUL-SIVE STAFF MISCONDUCT IS, WOODRUFF HAS FAITHFULLY SUPPORTED ALL STAFF MISTREAT-MENT OF PLT NO MATTER HOW EGREGIOUS AND SHOCKING THAT ABUSE MAY BE (SEE DACTRY 12,15, 22,28,31,32,33,35,49,51,53,54,55,59, 61,62,68,70,77, 78 82,85, 165,166,167,168,169,170,171, 172,173, ■■ 174,175,176,177,178,179, 180,181,182,183,184,185, 195,196,197,198, 199,200,201, 202, 203, 204, 205, 206, 235, 292)

113. IN ADDITION AS COGENTLY DEMONSTRATED HEREIN EXACTLY HOW VINDICTIVE AND HEARTLESS THIS TYRANNICAL MAN PAUL WOODRUFF IS NOT 'ONLY' ENFORCING RETENTION STRAP ORDER ARBITRARILY AND MALICIOUSLY UNDER FALSE-PRETENSE CUSTOM, POLICY OR PRACTICE OF UPSTATE EXECUTIVE OFFICIAL■ DONALD UHLER (DACTRY 174, 379) HARSHLY AND EXCESSIVELY OVER EIGHTEEN (18) MONTH (MOS.) (SEE DACTRY 181) BUT MORESO KEEPING ME UNDER A (FPHC) FOR OVER (20) CONS-ECUTIVE 'MOS' WITHOUT ANY LEGITIMATE JUSTIFIABLE PENOLOGICAL INTEREST OR ANY REASONABLE INSTITUTIONAL SAFETY AND SECURITY CONCERN BASIS FOR ENFORCEMENT OF THESE RESTRAINT ORDERS UPON PLT OTHER THAN THEIR RUTHLESSNESS AND DISREGARD FOR LAW AS WELL AS ME id 97-97 I(v), 27(b),29,30, 110, 111-112. (SEE DACTRY 22,28, 35, 53,54,64, 70,77,78, 85,173,174,175,181,182, 377,378 ■■■ 379-380)

114. FURTHERMORE, AS DEMONSTRATED HEREIN HOW CRUEL AND COLD HEARTED THIS TYRANNICAL MAN DONALD UHLER NOT 'ONLY' FOSTERING 2/13/17 ARBITRARY AND MALICIOUS ENFORCE-MENT OF RETENTION STRAP ORDER ISSUED UPON PLT UNDER HIS FALSE-PRETENSE CUSTOM, POLICY OR PRACTICE HARSHLY AND EXCESSIVELY FROM 2/13/17 TO 8/6/18, BUT MORESO CONDONING THE ENFORCEMENT OF 'FPHC' FROM 2/13/17 TO 9/20/18 UNRELATED TO ANY LEG-ITIMATE PENOLOGICAL INTEREST OR CORRECTIONAL GOALS INSTITUTIONAL SAFETY AND SEC-URITY REASONS BEHIND HIS MALEVOLENCE AND LAWLESSNESS id 97-97 I(v), 27(b),29,30, 108,110-113 (SEE DACTRY 35,53,54, 77,78,82,85,136,137(73)(74)(76)(183)(104)(105)(145)(146),138,139,165, 166,167,168,168,170,171,172,173,174,175,176,177,178, 179,180-185,191, 358,191, 377,378-379)

115. THERE IS A GROSS NEGLIGENT MANAGEMENT OF SUBORDINATES D. UHLER AND D. WOODRUFF NO MATTER HOW ILL GOTTEN, REPREHENSIBLE OR SHOCKINGLY REPULSIVE THEIR CONDUCT MAYBE AS HEREIN ¶¶ 1(V), 23(iii), 24, 27(b)(c), 28, 29, 59, 60, 108, 110, 111, 112, 113-114 WITH THE BLATANT ILLEGAL AND UNRELATED TO ANY LEGITIMATE PENOLOGICAL INTER-EST, CORRECTIONAL GOALS INSTITUTION SAFETY OR SECURITY JUSTIFICATION FOR ENFORCEMENT OF RETENTION STIGMA AND "FAKE" RESTRAINT ORDERS UPON ALT HARSH AND EXCESS-IVELY ON MULTIPLE OCCASIONS THAT ALL WRITTEN COMPLAINTS OR APPEALS ARE MONOPOLIZED UNDER SYSTEMATIC RATIFICATION CUSTOM, POLICY OR PRACTICE CUL-PABLE STATE OF MIND DISREGARD REPUDIATION, REJECTION OR BRUSHING OFF EVERY-THING AS SLIGHT "OH WELL MORE HUM DRUM" BY CENTRAL OFFICE EXECUTIVE OF-FICIALS ANTHONY J. ANNUCCI, JOSEPH BELLNIER, KEVIN BRUEN, JEFF McKOY, DON VENETTOZZI AND CHARLES QUACKENBUSH THAT THIS COURT CANNOT CONTINUE TO ABS-OLVE THESE OFFICIALS OF THEIR KNOWLEDGE OF THEIR UNCONSTITUTIONAL VIOLATIONS AND THEIR FAILURE TO TAKE ANY REMEDIAL ACTION AND THERE NOT BE ANY ACCOUN-TABILITY ON ANY OF THESE OFFICIALS BY COURT IT WOULD BE A JUDICIARY MISCARRIAGE OF JUSTICE OR DEBACLE (SEE ONCTRY 136, 137, 138, 139, 165-189, 357).

116. MOREOVER JOSEPH BELLNIER AS OF FEBRUARY 2, 2017 WAS DEPUTY COMMISSIONER FOR CORRECTI-ONAL FACILITIES IN CHARGE OF OVERALL OPERATIONAL AND SECURITY MANAGEMENT WHICH THERE IS SIGNIFICANT EVIDENTIARY PROOF DEMONSTRATING BELLNIER PERSONAL KNOWLEDGE; d ¶¶ 1(i)(iv)(a)(b)(c)(V), 3, 23(i)(ii)(iii), 24, 27(a)(b)(c), 28, 29, 33, 59, 60, 108, 110, 111, 112, 113, 114-115 OF SUBORDINATE DONALD UHLER AND UPSTATE EMPLOY-EES LONG STANDING TOXIC AND VOLATILE UNSUSTAINABLE SITUATION WITH PLT THAT BELLNIER CONTENTIOUSNESS AND PUGNACIOUSNESS DISREGARD FOR MY CONSTITUTIONAL RIGHTS, LIFE, HEALTH, SAFETY OR WELBEING HAS INSIST TO PERSIST WITH A CULPABLE STATE OF MIND WANTON AND RECKLESS FAILURE TO PROTECT ME FROM REOCCURRING RANDOM ACTS OF VIOLENCE AT HANDS OF STAFF HERE AT UPSTATE FOR MANY, MANY YEARS AND COUNTING (SEE ONCTRY 136, 137(65)(66)(67) (71)(72)(145)(146)(147), 138, 139, 167, 175, 183, 184, 185, 191, 357)

117. THIS K. BURWELL (TRANSGENDER) PERSON IS SICK SHE WAS CALLING PLT "RAT SNITCH "AND ENCOURAGING OTHER INMATES ON GALLERY TO CALL ME "SNITCH RATS" AND THREATEN MY LIFE. K. BURWELL INVOLVED IN AN INAPPROPRIATE RELATIONSHIP WITH AN OLD DRIED UP SPANISH GANG LEADER INMATE DEANABE ENCARNACION 91B0943. SHE

WAS SMUGGLING CONTRABAND TOBACCO TO SO HE CAN RECRUIT OTHER 11-BLOCK INMATES TO TEARORIZE ME WITH "RAT SNITCH" LABEL THREATS ON MY LIFE. THAT K. BURWELL WAS EVENTUALLY CAUGHT ENGAGING IN INAPPROPRIATE SEXUAL CONDUCT AT CELL WITH THIS OLD DRIED UP GANG-LEADER SHE USED TO TAKE A CONTRACT OUT ON MY LIFE WITH OTHER SPANISH GANG MEMBERS TOO (SEE DRCTRY 310).

118. THIS CHARACTER DUSTIN HOLLENBECK IS A PERVERSE CUNNING AND MANIPULATIVE OPPORTUNIST OF AN INDIVIDUAL WHOM HAS USED HIS POSITION OF AUTHORITY OVER PLT AS A VANTAGE OR INSIDE-TRACK TO PERPETUATE MASSIVE MISTREATMENT, OPPRESSION MENTAL PHYSICAL AND EMOTIONALLY FIGHTING ME AS A MINORITY SYSTEMATICALLY WITH THE ALL ENTIRELY WHITE EMPLOYEES HERE AT UPSTATE ON CELL SEARCHES OR OTHERWISE WITH INMATES BY ANY MEANS NECESSARY TO BELITTLE AND DISPARAGE OR UNDERMINE ME id ¶¶ 77-77 3, 25, 28, 31, 32, 45, 49, 50, 51, 52, 59, 60. (SEE DRCTRY 2, 3, 5, 8, 9, 10, 13, 15, 18, 19, 17, 24, 25, 28, 29, 30, 32, 33, 37, 38, 44, 45, 53, 67, 68, 69, 70, 82, 88, 89, 91, 92, 93).

119. THIS RUTHLESS TYRANN PAUL WOODRUFF HAD THE NERVE OR AUDACITY TO APPROACH MY CELL ON NUMEROUS OCCASIONS 11-A1-13 AND 11-A1-6 CELLS EXPRESSING HIS TENTATIVE RELIANCE ON REMOVAL OF THESE ILL-GOTTEN RETENTION STRAP AND "FAHC" ORDERS WILL HINGE ON THE APPROVAL OF THIS ABHORRENT LISTLESS CHARACTER DUSTIN HOLLENBECK (SEE DRCTRY 85, 87, 88, 89, 90, 91, 82, 93, 109, 118-119).

120. THIS JUSTIN RUSSELL WITH RACIST NEO-NAZI TATTOO'S ON HIS ARM CONTINUED THE HIDEOUS PATTERN ON FEBRUARY 13, 2018 OF USE OF THESE RUDE SYSTEMATIC DEBASE CELL SEARCHES WITH THE DUSTIN HOLLENBECK TO DEHUMANIZE PLT AND PERPETUATE OTHER ABUSES. (SEE DRCTRY 67, 68, 88, 89, 90, 91, 92, 93, 96, 99, 101, 102, 104, 106, 107, 109, 110, 112, 119, 120).

121. ON 3/11/18 AT APPROXIMATELY 1:30PM I SPOKE TO DONALD UHLER AS HE WAS BEING ESCORTED BY THIS LOW DOWN SNEAKY DIRTY RACIST PUNK JONATHAN D. HOWELL, I SPOKE TO D. UHLER ABOUT HOWELL, J. RUSSELL AND HOLLENBECK GIVING INMATES ON GALLERY EXTRA FOOD TO HARASS ME AND THREATEN MY LIFE CALLING ME RATS, LATER THAT DAY HOLLENBECK CAME TO MY CELL ABOUT 6:30PM ON 3/11/18 SCREAMING "EVERYBODY KNOWS YOU ARE NOTHING BUT A RAT JESSICA DRAKES

WHY DID YOU RAT US OUT TO SUPERINTENDENT UHLER TODAY." (SEE DIR. TRY 92, 207, 354)

122. THE INSISTANCE AND PERSISTANCE OF D. HOLLENBECK, JONATHAN HOWELL AND JUSTIN RUSSELL CRUELTY OF GIVING INMATES IN CELLS 7, 8, 9-10 ON #11-A1 GALLERY EXTRA FOOD FOR MANY MANY MONTHS AS PAYMENT TO TALK ABOUT MY DECEASED MOTHER FOR MANY MANY HOURS EVERYDAY OR CALL ME RATS ALL DAY AND PAUL FLETCHER EVEN BRINGING GRIEVANCES ON GALLERY SHOWING THESE SAME INMATES AS WELL AS OTHERS (DIR. TRY 92-93)

123. DONALD UHLER AND PAUL WOODRUFF BOTH AWARE OF RASELL REEDER 94A6388 COMPULSORY FOR BEATING AND BANGING ON DOORS, SHOWER, BED, DESK AND STOOL'S OF DESK ALL DAY AND NIGHT EVERY DAY. REEDER HAS BEEN IN BOX FOR OVER (23) TWENTY-THREE CONSECUTIVE AND HE JUST BANGS BUT STAFF ENCOURAGES HIS COMPULSION BY PUTTING PEOPLE THEY DON'T PARTICULARLY LIKE OR ANGRE WITH AND ALL THE STAFF GIVE HIM EXTRA FOOD TO BANG MORE, THEY UHLER AND WOODRUFF KEPT ME UNDER ILL-GOTTEN RETENTION STRONG AND (FOHC) ORDERS FOR A FULL YEAR FROM FEBRUARY 8, 2016 - JANURY 6, 2017 AND FEBRUARY 9, 2017 RESPECTIVELY WHERE I REMAINED HOUSED IN 11-A1-16 ONE CELL FROM RASELL REEDER 94A6358 IN 11-A1-14 UNTIL I WAS MOVED TO 11-A1-13 CELL IN EARLY JULY 2017 ¶¶ 77 I(v), 23(iii), 27(b), 28, 29, 46, 47, 48, 59, 60, 108, 110, 111, 112, 113, 114, 115-116. (SEE DIR. TRY 1, 4, 53, 54, 69, 70, 77, 78, 82, 85, 87, 88, 92, 94, 136, 137(65)(66)(67)(73)(74)(75)(76)(70)(145)(146), 138, 139, 165, 166, 168, 169, 170, 171, 172, 173, 174, 175, 181, 182, 183, 184, 185, 186, 187, 188, 189, 191, 203(78)(79), 206, 358, 377, 378, 379-380)

124. I, ALL CANNOT RECALL THE SPECIFIC DATES, BUT I KNEW INMATE RASELL REEDER 94A6358 WAS MOVED FROM 11-A1-14 TO 11-B1-13 FOR SEVERAL WEEKS BEFORE BEING MOVED BACK ON 11-A1-GALLWAY TO 11-A1-11 CELL WHERE REEDER REMAINED BANGING DAILY AND NIGHTLY UNTIL MARCH 2017 WITH EXTRA MEAL INCENTIVES FROM REGULARS DUSTIN HOLLENBECK, JUSTIN RUSSELL, JESSICA PAGE, NATHAN LOCKE, JONATHAN HOWELL AND MARK BAZLY.

125. BETWEEN MARCH 5-10, 2018 PAUL WOODRUFF WAS AT REEDER'S CELL AND STATED: "REEDER I CAN SEE ALL OF THE SHIT COMMING FROM YOUR CELL TOWARD 10 CELL AND I SEE THE BIG SHIT TURDS ALL OVER 10 CELL RECREATION PEN, REEDER STOP THROWING SHIT AT THE INMATES." DURING THIS 3/5-10/18 TIME PERIOD INMATE REEDER

RECEIVED A MISBEHAVIOR REPORT FOR SLINGING FECES IN 11-A1-10 RECRE-ATION PEN (DKT.IV 94), (SEE ALSO DKT.IV 314-315)

126. PAUL FLETCHER STATED "I GOT SOMETHING FOR YOU."

127. THE PLT AFTER HAVING HELD ON LEVEL I 11-A1-GALLERY ONE CELL FROM RASUL REEDER BANGING ALL DAY AND NIGHT FOR OVER TWO (2) FULL CONSECUTIVE YEARS DONALD UHLER, PAUL WOODRUFF, STACY L. DOMINIC STEVEN SALLS JR. AND PAUL FLETCHER CRUELLY IN A CULPABLE STATE OF MIND DISREGARD RETALIATION FOR ME A MINORITY ENGAGEMENT IN CONSTITUTIONALLY PROTECTED CONDUCT IN BOTH ADM-INISTRATIVE AND JUDICIAL FORUMS ~~ CHALLENGING THE ALL WHITE MEN AND WOMEN STAFF RULERS OR POSSESSORS, SELF-SERVING POLICY MAKING BY EACH INDIVIDUAL AS THEY GO ALONG DURING DAILY ROUTINE FACILITY OPERATIONS DE-FACTO GOVERNMENTAL POLICIES REPUGNANTLY MOVED REEDER 94A6388 NEXT DOOR TO ME WITH AN UNCONSCIONABLE "REIGN OF TERROR" CELL SEARCH THR-EAT OF BRUTE FORCE IF I DO NOT VOLUNTARILY ACCEPT THEIR BY SYSTEMATIC DESIGN RUTHLESSNESS TARGETED DEHUMANIZATION OF ME id 91-91 I (iv) (b), 27(b)(c), 46, 47, 48, 118-126 (SEE DKT.IV 94, 206)

128. ON MARCH 16, 2018 THE PLT WAS SUDDENLY MOVED FROM 11-A1-13 TO 11-A1-16 BY ADMINISTRATION WHERE I WAS CONSTANTLY BEING ASSAILED WITH RAT-SNIT-CH IN GRIEVANCE ON STAFF COMMENTS 'MACHO' GOT COPIES OF GRIEVANCES BY THIS LITTLE DWEEB EGO-CENTRIC SOCIO-PATH MOUTH ALMIGHTY SOWELL 05A1355 WHOM BRAGGED AND RANTED ALL DAY EVERY DAY HOW THE WHITE WOMEN HERE AT UPSTATE ARE MESMERIZED WITH GIRTH OF HIS PHALLUS AND SOWELL BRAGGADOCIO OF HOW ALL OF THE GALLERY OFFICERS DUSTIN HOL-LENBECK, NATHAN LOCKE, JESSICA PAGE, JUSTIN RUSSELL AND JONATHAN HOWELL STUCK ON BLAST LIKE OVERKILL OF BAD MUSIC FROM A BROKEN RECORD. THIS LITTLE SMUUH R. SOWELL 05A1355 WAS A REAL PIECE OF WORK TERRORIZING ME ALL DAY EVERY DAY TALKING ABOUT HOW THE PLT IS A RAT SNITCHING IN GRIEVANCES ON 'MACHO' AND STAFF IN GRIEVANCES, AND COMPLAINTS.

129. THIS RAMBLING RHETORIC OF SOWELL IS DILUTED INSIPIDITY MONOLOGUE CARRY OVER OR MONOTONY STARTED BY MICHELLE LABARGE, ROXANNE LECLAIR, DUSTIN HOLLENBECK, JESSICA PAGE, DEBORAH MARSHALL (DEBORAH MARSHALL IS UNDERCOVER WIFEY OF 'MACHO'

41.

THE 'RAT HUNTER' SPANISH INMATE SHE USES WITH STAFF ON THEIR PAYROLL (TOBACCO, FOOD ITEMS AND OTHER CONTRABAND PAYMENTS) TO SPREAD STAFF PROPAGANDA THAT "JESSIE J. BARNES IS A RAT SNITCHING ON MACHO AND STAFF IN GRIEVANCES AND COMPLAINTS" OR SIMPLY JUST "SNITCH ON GON STAFF AND INMATES IN GENERAL IN GRIEVANCES AND COMPLAINTS") AND IS AN UNITED FACILITY WIDE COMMON GOAL UNION OF THE ALL CAUCASIAN STAFF AND ADMINISTRATION HERE AT 'UPSTATE' AGAINST THE MINORITY PLT id 97-97 1 (iii), 4, 24, 25, 27(c)(d), 35, 36, 41 42, 63, 64, 65, 73, 78, 79, 82, 83, 84, 85, 86, 87-88. (SEE ONETRY 1-116, 141, 142, 195-205, 277-327)

130. BOY THIS LITTLE BIG MOUTH PARASITE HAD TO BE PACKING A HELLUVA PISTOL OR WEAPON OUTTA THIS WORLD IN HIS PANTS BECAUSE THE WHITE WOMEN AND MEN ALIKE COULD NOT STAY AWAY FROM HIS CELL. NOT ONLY WAS THEY ALL GIVING R. SOWELL ILLO (2) TRAYS EVERY MEAL, BUT DUSTIN HOLLENBECK, JONATHAN HOWELL, JOSHUA WALRATH, JUSTIN RUSSELL, NATHAN LOCKE, TRANSGENDER PEOPLE JESSICA DUMAS, JESSICA DABLE AND WOMEN FROM ALL OVER JAIL ESPECIALLY SHERRI DEBYAH EVEN WITH GRIEVANCE OFFICER TODD DEBYAH ACCOMPANYING HER AND ERIKA MARSHAL WAS OBSESSED WITH SOWELL IS A EXTREMELY FLAGITIOUSLY UNSAVORY AND NOT OVERLY PHYSICALLY, OVERWEIGHT WOMAN THAT HAS BASK IN THE MOMENT OF HER GLORY OR IN THE LIGHT OF HER OPPORTUNITY TO SEEK OUT ATTENTION OF MEN IN PRISON WITH NO ACCESS ~~~~~ TO WOMEN OTHER THE LIKE OF HER OR MAYBE SEEING A FEW OTHER WOMEN ONCE A MONTH IF THEY LUCKY BY ERIKA MARSHAL FLAUNTING HER ILLUSIONAL BEAUTY IN LURID TASTELESSNESS A TIME LIKE FIVE (5) OR TEN (10) INCHES HIGH HEEL BLACK STACK SHOES WITH RED LEOTARDS ON OR SOME SKIN-TIGHT OVER-KILL REVEAL POLYESTER PANTS OFTEN PANTI LESS (SEE ONETRY 96-102, 316, 317, 318, 319-320)

131. ERIKA MARSHAL WAS SIMPLY STULLY OBSESSED SOWELL 05A1355 OR MORE INFATUATED WITH SIZE OF HIS PHALLUS STANDING IN FRONT OF 11-A/23 CELL EVERY WEEK WITH HER HAND IN HER POCKET PLAYING IN HER VULVA GETTING OFF RIGHT ON GALLERY SCREAMING "YAH, YAH, YAH" REPEATEDLY EVEN ON OCCASIONS WHEN HER HUSBAND WOULD BE ON BLOCK SITTING APPROXIMATELY SEVENTY-FIVE FEET AWAY IN OCTAGON AREA BY THE CONSOLE. THE LADY WAS PERVERSE AND JUST GOT BAD OPENLY CALLING ME RATS ON GALLERY WITH SOWELL OR IGNORING ME JUST TREATING LIKE A BAD DISEASE OR SOMETHING. IT WAS BAD (96-102, 316, 317, 318, 319-320, 322, 324-327)

132. WHEN I WAS HOUSED IN 11-A1-13 BETWEEN TIME ERICA MARSHALL REQUESTED TO BE ASSIGNED TO 11-A-BLOCK AS ASSIGNED COUNSELOR SHE WAS MILDLY BAD IN COMPARISON TO HER FUTURE SHOCKINGLY OUTRAGEOUSNESS CONDUCT. THE LADY ERIKA MARSHALL WOULD COME ON GALLERY PLAYING WITH HER-SELF IN FRONT OF ALL OF THE INMATES CELLS AND MASSES OF INMATES WOULD BE CALLING ME RATS AND SCREAMING "JESSIE BARNES IN #13 CELL IS A RAT STOP SNITCHING ON FEMALES IN GRIEVANCES" REPEATEDLY OR THEY WOULD BE INSULTING ME WITH VILE COMMENT ABOUT MY MOM WHOM IS DECEASED.

133. IN ADDITION WHEN I WAS IN 11-A1-13 ERIKA MARSHALL WOULD COME ON GALLERY TALKING LOUDLY TO ME ABOUT MY DAD HAVING CANCER SITUATION TO TRANSMIT INFORMATION TO INMATES AROUND ME SO THE VERBALLY ABUSE AND ANTAGONIZE ME FOR HOURS UNENDING ARMED WITH SUCH SENSITIVE INFORMATION. (SEE DRCTV 312, 313).

134. FROM TIME I WAS PLACED IN 11-A1-16 ON 3/16/13 TIL I GOT MOVED ON OR ABOUT APRIL 11 2016 SHERRI DEBRAH CAME ON GALLERY LIKE TWO (2) OR THREE (3) CONSECUTIVE WEEKS IGNORED ME ON CALLING ON (2) SEPARATE OCCASIONS AND OTHERS ON THESE DATES ALSO ONLY TO NEGLECT US OR DISREGARD US AS HUMAN BEINGS ALTOGETHER TO PROCEED DIRECTLY TO 'ONLY' SOWELLOS A1355 CELL 11-A1-23 WHERE SHE WOULD REMAIN FOR FIFTEEN (15) TO THIRTY (30) MINUTES BEFORE LEAVING 11-A1-GALLERY CELLS 14-25. THE SAME ACTIONS OR CONDUCT OCCURRED WITH JESSICA DUMAS ON HER ROUNDS ON 11-A1-GALLERY CELLS 14-25 SHE IGNORED OR DID NOT GIVE A THOUGHT TO COMMING TO MY CELL 11-A1-16 OR ANY OTHER PRISONERS CELL WHEN WE CALL HER AND PROCEED DIRECTLY TO INMATE SOWELL CELL 11-A1-23 WHERE SHE WOULD REMAIN THEN LEAVE OFF GALLERY AFTER 20 OR 30 MINUTES AT HIS CELL (DRCTV 96)

135. THIS FLAGITIOUS LADY ERICA MARSHALL ACTIONS OR CONDUCT WAS A REPREHENSIBLE ABOMINATION TO HER HUSBAND ERIC MARSHALL AND SHAMEFUL DISGRACE TO HER FAMILY TO BE WALKING AROUND "GETTING HER POCKET PLEASURE DELIGHT GROOVE ON" IN FRONT OF ALL OF THE INMATES CELLS AND MOREO HER FLIRTATION WITH INMATE SOWELL BASED ON HIS PHALLUS SIZE TO THOUGHTLESSLY WITH NO REGARDS FOR ME, MY LIFE, HEALTH, SAFETY OR WELLBEING TO BE USING HER FEMINITY OR FEMALE

43

GENITALIA TO MANIPULATE, INCITE AND PROMOTE PHYSICAL VIOLENCE AGAINST ME AND ANTAG-ONISTIC VERBAL ABUSE RANT ATTACK ASSAULTS FOR MANY MANY HOURS ABOUT MY DECEASED MOTHER OR AILING FATHER THAT WAS GRUELINGLY AGONIZINGLY PAINFUL BY SOWELL AND OTHER INMATES ERIKA MARSHALL WAS ENCOURAGING TO DO THIS OUTR-AGEOUS STUFF TO ME JUST TO APPEASE HER OWN SICK TWISTED SELFISH SEXUAL FANTASIES OR FEROCIOUS SEXUAL APPETITE AT MY EXPENSE AND IF GIVEN OPP-ORTUNITY TO CONDUCT DISCOVERY I CAN PROVE HOW VILE THIS LADY ERIKA MARSHALL TRULY IS BECAUSE SHE NEVER DONE ANYTHING TO HELP ANY INM-ATES 'ONLY' USE THEM AS SEX OBJECTS OR SUBJECTS TO SATISFY HER SEXUAL PROWESS (DR CTRY 96,316)

136. ON OR ABOUT APRIL 10, 2018 ERIC MARSHALL WAS IN BACK OF MY CELL WITH GENERAL CONSTRUCTION COMPANY WHILE WORK WAS BEING DONE ON FOUR-MAN RECRE-ATION PENS UNDER CONSTRUCTION AND HEARD ME ARGUING WITH SOWELL AND HIS WIFE ERIKA MARSHALL. WHEN I WALKED OUTSIDE IN MY EXERCISE PEN ERIC MARSHALL STATED "DANN I HEARD WHAT YOU SAID TO MY WIFE, IT IS NONE OF YOUR BUSINESS WHAT SHE IS DOING, BECAUSE SHE IS NOT GONNA LET YOU JERK-OFF YOU BLACK MONKEY SNITCH RAT." (DR CTRY 97)

137. ON MORNING OF APRIL 4, 2018 THE PT SUBMITTED GRIEVANCE UST-63117-18 ABOUT ERIKA MARSHALL SHOCKINGLY OUTRAGEOUS ON JOB CONDUCT AND HER EGREG-IOUSLY ROTTEN DEHUMANIZATION OF ME. (DR CTRY 96)

138. UPON INFORMATION AND BELIEF NATHAN LOCKE IS IN A RELATIONSHIP WITH JESSICA PAGE (TRANSGENDER) THAT WOULD MAKE HIS SEXUAL PREFERENCE GAY OR BISEXUAL, ON APRIL 5, 2018 NATHAN LOCKE WHOM WERE LUSTING AFTER THIS BISEXUAL SPANISH INMATE JONATHAN SALVA WHICH IS AN UNDER-COVER INSPECTOR GENERAL ON ME BETWEEN JANUARY 2014 - APRIL 2014 FOR NO-REASON THEN DUPED EVERYBODY TO BELIEVE IT WAS ME AND IT WAS HIM ALL ALONG. ANYWAY ON 4/5/18 LOCKE HAD A COPY MY COMPLAINT TO DENISE SAUTHER'S, LOCKE AND JOSHUA WALRATH HAD TAKEN OUT OF MAIL BOX TO SHOW THE A-BLOCK INMATES AND THERE DOUBLE AGENT FLUNKY 'MACHO' IN B-BLOCK, SOMETIME LATER ON MORNING OF 4/5/18 JONATHAN SALVA STARTING SCREAMING WORD FOR WORD SPECIFIC DETAILS FROM THE COMPLAINT I HAD PUT IN MAIL BOX THAT MORNING TO DENISE SAUTHER'S AND THEN SALVA BEGAN BRAGGING "OH LOCKE AND JESSICA PAGE IS ME AND MACHO PEOPLES AND THEY BRING US COPIES OF ALL HIS COMPLAINTS TO SHOW US THAT JESSIE BARNES IS SNITCHING TO ADMINISTRATION." (DR CTRY 96, 98, 317)

139. DONALD UHLER HAS EVEN TAKEN COLD-BLOODED PERSONAL AIM AT ENDANGERING PLT'S LIFE, HEALTH, SAFETY OR WELLBEING WITH INMATES BY PARTICIPATING id ¶¶ 1(iii), 4, 25, 26, 27(c)(d), 28, 35, 61, 62, 63, 64, 73, 82, 83, 84, 85, 86, 87, 88, 129, 130, 131, 132, 133, 134, 135, 136, 137-138 IN THE GN-ARLY SPECTACLE MELEE OR RUCKUS OF UPSTATE STAFF AND ADMINISTRATION MEN AND WOMEN ALIKE WIDE SPREAD LONG STANDING FREE-FOR-ALL LABEL OF "JESSIE BARNES IS A RAT SNITCHING ON STAFF AND INMATES IN GRIEVANCES AND COMPLAINTS" IMPROM-PTU FRAY SYSTEMATIC DEBACLE OR FIASCO PROMOTION OF INMATE VIOLENCE "KNOCK-DOWN-AND-DRAG OUT OF THE PLT BY UHLER PERSONALLY APPROACHING DOUBLE AG-ENT RAT HUNTER GANG LEADER MACHO CELL 11-B1-5 OR 11-B1-6 AT THAT TIME BETW-EEN MARCH 16, 2018 – APRIL 11, 2018 AND TELLING MACHO THAT "JESSIE BARNES IS A RAT." (SEE DKT/RY 96, 97, 98)

140. I KNOW WHAT MACHO WAS OUTSIDE SCREAMING IS TRUE BECAUSE MACHO HAS BEEN HERE AT UPSTATE SINCE JUNE 13-20 2013 WHEN HE ARRIVED FROM GREAT MEADOW CORRECTIONAL FACILITY WHERE HE ALLEGEDLY STABBED A CORRECTION OFFICER SO MACHO HAS INFLUENCE OVER INMATES ON BASIS OF STABBINGS ON HIS JACKET AND HIS STATUS AS A RAT HUNTER GANG LEADER NO INMATES WOULD THINK OR SUSPECT MACHO TO BE A DOUBLE AGENT FOR CORRECTION OFFICERS AND ADMINISTRATION CIR-CULATING GRIEVANCES OR COMPLAINTS AND RAT SNITCH LABEL TO INFLUENCE MASSES OF INMATES AGAINST PLT FOR THE EXTRA FOOD PAYMENT AND THE TOBACCO OR OTHER CONTRABAND STAFF IS LETTING THE JAMAICA CADRE FLOOD MACHO CELL WITH DAILY TO MAKE IT APPEAR MACHO IS IMPORTANT id ¶ 139 (SEE DKT/RY #96).

141. INITIALLY ON APRIL 6, 2018 AROUND 2am I HEARD THIS LITTLE JON AYERS AT R. SOWELL 05A1355 11-A1-23 AND JON AYERS STATED "YOU KNOW WHAT TIME IT IS HE IS SNITCHING ON US." (DKT/RY 96)

142. ON 4/6/18 STEVE DEBYAH, GRIEVANCE COORDINATOR AND TODD DEBYAH, GRIEVANCE OFFICER FOR 11-BLD6. CARRIED ON THE UPSTATE STAFF AND ADMINISTRATION COLD-HEARTED PROMOTION OF VIOLENCE AGAINST THE PLT WITH OTHER INMATES BY BRINGING A COPY OF THE APRIL 4 2018 GRIEVANCE I SUBMITTED TO GRIEVANCE OFFICE AGAINST ERIKA MARSHALL FOR HER TWISTED VOYEURISM WITH INMATE SOWELL 05B1355 id ¶¶ 134, 135, 137 AND GAVE IT TO SOWELL BETWEEN 2:30pm-3:30pm BECAUSE THEY WAS AT HIS CELL LIKE TWENTY (20)-THIRTY (30) MINUTES PASSING PAPERS BACK AND FORTH THROUGH "FPHC" ON SOWELL CELL DOOR (DKT/RY 96-97).

45

143. ON MORNING OF APRIL 4, 2018 PAUL WOODRUFF WAS ON GALLERY WHILE ERIKA MARSHALL WAS PRANCING AROUND INFRONT OF SOWELL CELL 11-A1-23 AND I WAS TELLING THE LADY TO STOP ANTAGONIZING, HUMILIATING OR DEGRADING ME ON GALLERY WITH THIS LITTLE MORON SOWELL SHE WAS OVERLY INFATUATED, POSSESSED OR SPELLBOUND SO SELFISHLY WITH HIS PHALLUS, BUT WOODRUFF AS USUAL LIKE ALL UPSTATE ADMINISTRATIVE OFFICIALS **I**'S HEARTLESS, AND COVER UP ALL WRONG THEIR ALL PREDOMINANTLY WHITE MEN AND WOMEN STAFF DO TO MINORITY PLT WITH A CULPABLE STATE OF MIND DISREGARD "ALL ALLEGATIONS OF PLT UNSUBSTANTIATE RATISFICATION" OR "ALL STAFF ARE PERFECT PEOPLE INNOCENT AND NOT CAPABLE OF DOING ANY WRONG TO THE PLT PERIOD." (DR.CTRY 96, 316-320)

144. HOWEVER THE 4/4/18 VIDEO TAPE OF WOODRUFF AND MARSHALL ERIKA BEING ON 11-A1 GALLERY CELLS 14-25 AT SAME TIME DISAPPEARED I REQUESTED.

145. THE PLT PERSONALLY SPOKE TO DENISE SAWTHER, CATHLEEN COOK AND DONALD QUINN, AS WELL AS FILE GRIEVANCES, COMPLAINTS AND TIMELY PRESERVATION OF VIDEO TAPES DEPICTING UNSAVORY CONDUCT OF ERIKA MARSHAL ON GALLERY AND SHERRI DEBYAH AND TODD DEBYAH GIVING INMATE SOWELL PLT'S GRIEVANCE id ¶ ¶ 128, 129, 130, 132, 133, 134, 135, 137 AND COUNTENANCE WITH UPSTATE PRISON OFFICIALS HEARTLESSNESS COVER UP OF ALL WRONG DOING OF SUBORDINATE STAFF MISTREATMENT OF PLT WITH OTHER INMATE WAS RATISFIED WITH A CULPABLE STATE OF MIND DISREGARD OF "UNSUBSTANTIATED" OR " NO STAFF IS CAPABLE OF COMMITTING ANY WRONG TO AN AFRICAN AMERICAN INMATE," ~~STAFF~~ (SEE DR.CTRY 96, 97, 98, 316 ~~327~~, 354, 363, 391, 397)

146. ON APRIL 18 2018 THE PLT WAS INVIDIOUSLY CALLED "A NIGGER RAT MONKEY" BY ERIC MARSHALL AND CALLED "A SNITCHING RAT" BY ERIKA MARSHALL TO INMATE OPENLY ON APRIL 18-19 2018 ON GALLERY OF MY NEW HOUSING LOCATION 11-A1-6 CELL THE PLT WERE MOVED TO ON OR ABOUT APRIL 10-11, 2018 AS WELL AS DUSTIN HALL ENBEEK APPROACHING MY CELL 11-A1-6 ON MORNING OF APRIL 22, 2018 AND SCREAMING LOUDLY "JESSIE NOW YOU ARE SNITCHING ON COUNSELOR MARSHALL? (SEE DR.CTRY 99)

147. ON APRIL 25, 27, 29, 30, 2018, MAY 2, 4, 10, 14, 16, 18, 20, 21, 23, 28, 29, 2018, JUNE 6, 11, 12, 21-22, 2018 THIS FATIGLOUS MANIPULATIVE OPPORTUNIST 54H25H LADY WITH COLD BLOODED CULPABLE STATE OF MIND DISREGARD FOR PLT LIFE, HEALTH, SAFETY OR WEL-

46

BEING INSISTENCE USE OF INMATES R. SOWELL, JONATHAN SALVA AND OTHERS TO SAT-
ISFY FEROCIOUS DEVIATE PERVERSE-SEXUAL APETITE AN AID AND ABET OF STAFF AND
ADMINISTRATION FREE-FOR-ALL COMMON GOAL ENTICEMENT OF INMATE-VIOLENCE
KNOCK-DOWN-DRAG-OUT OF ME BY INVIDIOUSLY CALLING PLT "SNITCHING
RAT", "NIGGER MONKEY" AND SHOWING OR GIVING INMATES COPIES OF GRIEVANCES
OR COMPLAININT's TO CIRCULATE id 9T-9T I(iii), 4, 25, 26, 27(c)(d) 28, 35, 61, 62, 63, 64, 73, 82, 83,
84, 85, 86, 87, 88, 129-146. (see INCDY 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 113, 114, 115, 119,
316, 318, 319, 320, 322, 325, 326 ●327, 354, 363, 391, 393, 394, 397)

148. TRACY NELSON COLD CALCULATED SYSTEMATIC-PRECURSOR CUT AND DRY CULPABLE STATE
OF MIND THEN AND NOW id 9T-9T I(iii), 4, 25, 26, 27(c)(d), 28, 35, 61, 62, 63, 64, 73, 78, 79, 80, 81,
82, 83, 84, 85, 86, 87, 88, 129-147 IS MANNED BY BAD FAITH INTENT TO DOOM PLT OF HIS
SUBSTANTIVE DUE-PROCESS TO PRESENT CLEAR AND CONVINCING PROOF VIDEO TAPE EVIDENCE
DEPICTING UPSTATE STAFF FEMALES UNSAVORY ACTIONS AND THEIR UNDERHANDED SCHE-
MING TACTICS IN CAHOOTS THEIR MALE-STAFF COHORTS TO ENDANGER MY LIFE, HEALTH,
SAFETY OR WELLBEING, WITH DROVES OF INMATES AND THE IMMENSE BACKLASH OF
MASSES OF INMATES THREATS ON MY LIFE BASED ON STAFF AND GRIEVANCES (see
INCDY 16, 30, 190, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 316-327, 363, 365, 364, 366,
367, 354, 386, 387, 388, 389, 390, 391, 392, 393, 394, 397) WARRANT COURT IMPOSE
SANCTIONS UPON TRACY NELSON PURSUANT TO FRCP 11 C)(1) FOR PREJUDICE THAT
WILL BEFALL PLAINTIFF DURING THE PROSECUTION OF THIS ACTION ON THE GROUNDS
OF PRISON AUTHORITIES SPOLIATION OF GRAVAMEN VIDEO TAPE EVIDENCE NECESS-
ITATED TO PRESENT CLAIMS CITED HEREIN THIS LAWSUIT. Kounect's v. Sherrer, 529
F. Supp. 2d 503 (2008) ( AN IN DEPENDENT DUTY TO PRESERVE RELEVANT EVIDENCE ARISES WHEN THE PARTY
IN POSSESSION OF THE EVIDENCE KNOWS THAT LITIGATION BY THE PARTY SEEKING THE EVIDENCE IS PENDING
OR PROBABLE AND THE PARTY IN POSSESSION OF THE EVIDENCE CAN FORESEE THE HARM OR PREJUDICE THAT WOULD
BE CAUSED TO THE PARTY SEEKING THE EVIDENCE IF THE EVIDENCE WERE TO BE DISCARDED )

149. ON APRIL 23, 24, 26, 29, 30, 2018, MAY 2, 7, 19, 23 & 18 AND JUNE 11, 2018 DEBORAH MARSHALL THIS
OVER THE-HILL LADY WHOM IS WOMEN OF THE WASHED-UP PARASITE 'RAT HUNTER' GANG-LE-
ADER 'MACHO' FROM 2013 IN 10-BLDG TO 11-BLDG AND IS ONE OF, IF-NOT RING LEADER
OF UPSTATE WOMEN BANDING TOGETHER AGAINST PLT ON HER WANNA BE-DOWN LOYALTY
'MACHO' 'RAT HUNTERS' AND LATINO ████ INMATES FACADE COLD-BLOODED CU-
LABLE-STATE OF-MIND DISREGARD FOR MY LIFE, HEALTH, OR SAFETY MAINSTAY
OF-EXTRA MEALS, TOBACCO OR OTHER CONTRABAND GRATUITIES GRIEVANCES OR

COMPLAINT TO 'MACHO' FOR CIRCULATION AMONGST INMATES TO CARRY-OUT THE UPSTATE PRISON AUTHORITIES OKAY OR THE-GO-AHEAD OR THE-GREEN-LIGHT ENHANCEMENT OF INMATE VIOLENCE KNOCK-DOWN-DRAG-OUT OF ME AS WELL AS INVIDIOUS STATEMENTS ABOUT PLT OF " JESSIE BARNES IS A SNITCH RAT ON STAFF AND INMATES", OR " JESSIE BARNES YOU NIGGER RAT MONKEY" OR " I CANNOT WAITE-TIL WE-START RUNNING OUTSIDE-RECREATION SO WE CAN PUT JESSIE-BARNES OUTSIDE AND EVERY BODY CAN KICK HIS ASS" id 77-129. (DRCTRY 100, 101, 102, 103, 104, 106, 107, 108, 113)

150. ON APRIL 18, 19, 20, 28 AND MAY 11, 2018 TRANSGENDER JESSICA DALE CULPABLE STATE OF MIND DISREGARD FOR PLT'S LIFE, HEALTH OR SAFETY IS A PROLONG CARRY ON OF HER MALCONTENT FOR ME WITH HER 'JAMAICAN CADRE' LOVER, id 77-77 I (iiii), 4, 25, 27(c)(d), 28, 35, 65, 66, 73, 81, 82, 83, 129 COUNTENANCE WITH LICENSE FROM ALL OF UPSTATE STAFF TO PASS TOBACCO OR OTHER CONTRABAND TO 'MACHO' TO CARRY STAFF BY ANY MEANS NECESSARY PROMOTION OF INMATE VIOLENCE " OFF WITH PLT HEAD" EXASPERATED BY JESSICA DALE MAKING INFLAMMATORY STATEMENTS TO INMATE INVIDIOUSLY ABOUT PLT BEING "A SNITCH RAT NIGGER MONKEY" OR " STAFF CANNOT WAITE-TIL OUTSIDE RECREATION BEGINS SO STAFF CAN PUT JESSIE-BARNES OUTSIDE FOR THE INMATES TO KILL HIS ASS" (SEE DRCTRY 2, 4, 6, 7, 17, 20, 21, 22, 23, 25, 26, 28, 37, 43, 45, 47, 49, 96, 100, 102, 195, 196, 197, 188, 199, 200, 201, 202, 203 (59, 60, 61, 87, 88, 90, 91, 82, 96), 204, 205, 288, 289, 290, 291, 293, 298, 303, 304, 309)

151. ON APRIL 26, 27, 29, 2018, MAY 10, 13, 14, 20, 21, 28, 29, 2018 AND JUNE 3, 8, 2018 DUSTIN HOL-LENBECK IS A CRUEL-HEARTED, RUTHLESS, CUNNING, MANIPULATIVE OPPORTUNIST INDIVIDUAL WHOM HAS USED HIS POSITION OF AUTHORITY OVER PLT AS A VANTAGE POINT OR INSIDE TRACK TO PERPETUATE MASSIVE SYSTEMATIC MISTREATMENT OPPRESSION AGAINST ME AS A MINORITY WITH THE ALL WHITE MEN AND WOMEN EMPLOYEES HERE AT UPSTATE ON CELL-SEARCHES OR OTHERWISE WITH INMATES BY ANY MEANS NECESSARY TO PROMOTE INMATE PHYSICAL VIOLENCE OF "OFF WITH PLT'S HEAD" MAKING INVIDIOUS ABOUT PLT OF " YOU ARE A RAT YOU NIGGER MONKEY" OR " I CANNOT WAITE-TIL OUTSIDE RECREATION STARTS SO WE CAN PUT OUTSIDE TO GET YOUR ASS KICKED REAL GOOD"; id 77-77 I (iiii), 25, 27(c)(d), 28, 31, 32, 33, 34, 40, 45, 46, 47, 48, 49, 51, 52, 70, 71, 74, 75, 84, 118, 122 (SEE DRCTRY 2, 3, 5, 6, 9, 10, 13, 15, 18, 17, 24, 25, 28, 29, 30, 32, 33, 37, 38, 44, 45, 53, 67, 68, 69, 70, 82, 88, 89, 91, 92, 93, 101, 102, 104, 106, 107, 109, 110, 112, 115, 118, 119, 141, 142, 143, 144, 145, 158, 159, 161, 162, 163, 164, 202, 203, 205, 192, 193, 207, 210, 212, 215, 283, 284, 285, 286, 287, 291, 292, 293, 294, 303, 315, 323, 327)

48

152. ON APRIL 4-5, 25, 29, 2018 AND MAY 20, 2018 NATHAN LOCKE COLD-BLOODED CULPABLE STATE OF MIND DISREGARD FOR PLT.'S LIFE, HEALTH, SAFETY OR WELLBEING IS PROLRAD CONTINUATION id 77-77 I (;;;), 25, 27(c)(d), 28, 84, 97, 98, 99, 101, 104, 105, 128, 130, 138 BY ANY MEANS NECESSARY ENTICEMENT OF INMATE-VIOLENCE "OFF WITH PLT HEAD" BRINGING COPIES OF GRIEVANCES OR COMPLAINTS TO 'MACHO' AND JONATHAN SALVA PLT HAD PLACED IN MAIL FOR CIRCULATION AMONGST INMATES AND MAKING INFLAMMATORY INVIDIOUS STATEMENTS TO INMATES ABOUT PLT BEING "A SNITCH RAT NIGGER MONKEY" OR " HE CANNOT WAITE UNTIL OUTSIDE RECREATION BEGINS SO HE CAN PUT THE PLT OUTSIDE TO GET HIS ASS KICKED." (SEE DRGRV 3, 21, 71, 76, 95, 96, 98, 100, 102, 106, 317)

153. ON 4/29/18 ▬ 5/2/18 AND 5/6/18 JONATHAN HOWELL COLD BLOODED CULPABLE STATE OF MIND DISREGARD FOR PLT.'S LIFE, HEALTH, SAFETY OR WELLBEING id 77-77 I (iii), 25, 27(c)(d), 28, 84, 121, 122, 128, 130 PROMOTION OF UPSTATE PRISON OFFICIALS OKAY OR THE-GREEN-LIGHT OR THE GO-AHEAD INMATE-VIOLENCE KNOCK-DOWN-DRAG-OUT OF PLT WITH INVIDIOUS STATEMENTS TO INMATES DIRECTED AT PLT OF "JESSE BANKS IS A RAT SNITCHING ON STAFF AND INMATES IN GRIEVANCES AND COMPLAINTS" AND GIVING INMATES EXTRA FOOD TO THREATEN MY LIFE OR SCREAM REPULSIVE ▬▬▬ DEGRADING COMMENTS AT ME ABOUT MY DECEASED MOTHER (DRGRV 96, 101, 103, 107, 118).

154. ON 5/28/18 AND 6/6-7/18 JUSTIN RUSSEL HEARTLESS CULPABLE STATE-OF MIND DISREGARD FOR PLT.'S LIFE, HEALTH, SAFETY OR WELL BEING id 77-77 120, 121, 122, 128, 130 ENCOURAGEMENT OF UPSTATE EMPLOYEES BY ANY MEANS NECESSARY INMATE-VIOLENCE "OFF WITH PLT.'S HEAD" BY MAKING INFLAMMATORY INVIDIOUS STATEMENTS THAT "JESSE BANNES IS A SNITCHING RAT NIGGER" TO INMATES AND GIVING OUT EXTRA TRAYS TO INMATES TO THREATEN PLT LIFE OR SCREAM DEGRADING INSULTS ABOUT MY DECEASED MOTHER (DRGRV 88, 90, 91, 96, 109, 112, 115, 119, 159, 161, 162, 163 164, 192, 193, 215, 314, 323, 329, 354, 365, 396-397)

155. IN ADDITION MAY 28, 2018 INCIDENT BETWEEN 6:45pm - 9:30pm AT 11-A1-6 CELL id 77-154 WAS A "REIGN OF TERROR" CELL-SEARCH RECORDED ON VIDEO TAPE PURSUANT TO TWO (2) MISBEHAVIOR REPORTS ACCORD POLICY 4948 SECTION V B1 INVOLVING DUSTIN HOLLENBECK, MARK BAILEY AND PAUL FLETCHER THREATS OF VIOLENCE ON PLT.'S LIFE AS WELL AS AN INMATE-JUSTIN RUSSEL WAS GIVING EXTRA TRAYS TO THREATING MY LIFE AND LIEUTENANT (LT.) JOHN TATRO BEING AT PLT.'S

CELL 11-A1-6 BETWEEN 8:45pm-9:30pm SCREAMING "JESSIE BANKS YOU ARE A RAT SNITCHING ON STAFF IN GRIEVANCES" id 77-77 151, 154. (SEE DRCTRY 109, 210, 323, ●354, 365, 391(3(iii),10,11,12,19,20,21,24,27,34,35,42,43,44),396-397)

156. FURTHERMORE, TRACY NELSON AND MICHELLE LIBERTY CONTENTIOUS CONDUCT HAS INSISTED WITH A CULPABLE STATE OF MIND IN BAD FAITH SPOLIATION OF GRAVAMIAN VIDEO TAPE EVIDENCE PERTINENT TO PLT'S PRESENTATION OF CLAIMS id 77-77 151, 54, 155 OF THIS LAWSUIT THAT DEPICT STAFF MISCONDUCT AND INMATES THREATS ON PLT'S LIFE ALL CENTERED ON GRIEVANCES OR COMPLAINTS THE PLT FILED NAMING MEN OR WOMEN ~~THESE~~ STAFF ALIKE ON JOB INAPPROPRIATENESS WITH INMATES MONTHS AFTER VIDEO TAPE HAD BEEN PRESERVED AND IN SEVERAL INSTANCES PLT, PURCHASED SECRETLY VIEWING VIDEO TAPES IN MY INMATE PERSONAL PROPERTY IN POSSESSION OF INMATE RECORDS OFFICE OF PRISON AUTHORITIES AND THEN CONFISCATING THE VIDEO TAPES FROM MY ~~PERSON~~ INMATE PERSON PROPERTY IN THEIR POSSESSION (DRCTRY 109, 210, 323, 354, 365, 391(3(iii),10,11,12,19,20,21,24,27,34,35,42,43,44), 396-397) UNDER TRACY NELSON AND MICHELLE LIBERTY SELF-RIGHTEOUS, HOLIER-THAN-THOU, SANCTIMONIOUS SYSTEMATIC COVER-UP ASSERTION OF: (a) WOULD IDENTIFY A CONFIDENTIAL SOURCE OR DISCLOSE CONFIDENTIAL INFORMATION; (b) COULD ENDANGER THE LIFE OR SAFETY OF ANY PERSON; AND (c) RECORD AS DES-CRIBED DOES NOT EXIST. (SEE DRCTRY ~~210~~ 205 CLAIM NO. 1,2,7,5,5,9 MOTION NO. M-89381 A.P.8 "CONSPICUOUSLY ABSENT IN NELSON'S AFFIDAVIT IS ANY EXPLANATION AS TO HOW OR WHY THE VIDEO WAS NOT PRESERVED NOTWITHSTANDING HER TIMELY REQUEST TO PRESERVE THE VIDEO. WHILE THE COURT CANNOT SPECULATE AS TO HOW OR WHY SUCH A PRESERVATION REQUEST WAS NOT FULFILLED, THE FAILURE TO PRESERVE THE VIDEO DESPITE THE PROPER PROCEDURE BEING FOLLOWED IS CERTAINLY TROUBLING, 4 AND WARRANTS A SPOLIATION SANCTION.")

157 MOREOVER ON OR ABOUT JUNE 10,2018 ALBERT GRAVLIN COMMENCED A TIER III SUPERINTENDE-NT'S HEARING ON BOTH MAY 27, 2018 MISBEHAVIOR REPORTS AT 6:45 pm AND 9:04 pm FILED BY JUSTIN RUSSELL AGAINST THE PLT, BASED ON CELL SEARCH AND HAD A ZIP-LOCK POUCH WITH TWO (2) VIDEO TAPES IN IT AND I PERSONALLY HANDED GRAVLIN COPIES OF LETTERS AND FOIL REQUEST WS7-0838-18 FOR VIDEO TAPE FROM 6:45-9:30 pm INFR-ONT OF 11 A1-6 CELL DEPICTING COURSE OF ACTIONS id 77-77 154, 151, 155-156. THE PLT, HAS TUMULTUOUS PAST HISTORY WITH ALBERT GRAVLIN BASED ON PREVIOUS SETTLE-MENT STIPULATION OF LITIGATION HE WAS LEAD PARTY OF SETTLEMENT OF IN THIS COU-RT SO CONSIDERING OVERALL CIRCUMSTANCES HE HAD SINISTER PREMEDITATED MOT-IVES IN RETALIATION TO SPOLIATE GRAVAMEN VIDEO TAPE EVIDENCE TANTAMOUNT

FOR PLT TO PRESENT CLAIMS SET FORTH SUPRA WITHIN THIS LAWSUIT GIVING RISE TO 5/27/18 AT
6:45PM- 9:30PM INCIDENT AGAINST JUSTIN RUSSELL, DUSTIN HOLLENBECK, MARK BARRY AND JOHN
TATRO, CENTRAL TO THE PLT PROSECUTION OF THIS ACTION WHICH HAS BADLY SUBSTANTIALLY
COMPROMISED ME PREJUDICIALLY OF ANY OR ALL OF MY SUBSTANTIVE DUE PROCESS OF
EQUAL PROTECTION OF LAW TO A FAIR TRIAL PROCEEDINGS BARRING PRECONCEIVED
CULPABLE STATE OF MIND IN BAD FAITH SPOLIATION OF CRITICAL EVIDENCE BY
GRAVLIN TO DETRIMENT OF PLT WITH DAMAGING AFFECT IMPACT ON COURT DE-
CISION UPON OUT-COME OF MAY 27 2018 INCIDENT AND WARRANTS SPOLIATION SANCTIONS
BE IMPOSED IN LIGHT OF THE DUTIES OF A CAPTAIN AS OUTLINE IN POLICY 4940 § §
V(B)(4)(a)(a)(b)(c), D(1)(2)(3), E(1) PURSUANT TO FR.C.P RULE 11(C)(1). (DIR.DEV 109, 135,
210, 323, 354, 360, 365, 391(3 i, ii), 10, 11, 12, 19, 20, 21, 24, 27, 34, 35, 42, 43-44), 396, 397, 399) SEE
KOUNELES V. SHEARER 529 F.SUPP. 2d AT 519 (D.N.J JAN. 03, 2008) ("SPOLIATION OF EVIDENCE OCC-
URS WHEN A PARTY HAS INTENTIONALLY OR NEGLIGENTLY BREACHED ITS DUTY TO PRESERVE POTENTIALLY
DISCOVERABLE EVIDENCE.")

158. ON MORNING OF 4/27/18 WHILE ON 11-A1-GALLERY CELLS #1 - #13 ACTING DONALD
UHLER STOPPED AT INMATE-R. SOWELL 05A1355 AND DONALD UHLER CONSISTENT WITH HIS
HEARTLESSNESS AND MALEVOLENCE TOWARD PLT STATED "I RETIRE IN SIX (6) YEARS
I BET YOU WILL BE RIGHT HERE IN THIS CELL WHEN I RETIRE, YOU GOT EVERY WO-
MEN IN THIS JAIL MAD AT YOU FOR WHATEVER YOU DID WITH COUNSELOR MARSHALL
ON GALLERY THAT IS CAUSING BARNES TO SNITCH ON YOU AND HERE I TIE
THAT EVERY DAY IN THESE GRIEVANCES AND COMPLAINTS" id. ¶¶-¶¶ 1(iii), 4,
23(iii), 25, 26, 27(c)(d), 28, 139-140 (SEE DIR.DEV 96, 102)

159. ON JUNE 7, 2018 CONSISTENT WITH HER MANY YEARS OF CALLOUS DISREGARD FOR THE PLT'S LIFE,
HEALTH, SAFELY OR WELBEING id ¶¶-¶¶ 1(iii) 4, 25, 27(c)(d), 28, 35, 36, 61, 62, 63, 64, 78, 79,
85, 129 ROSANNE LECLER CURRENTLY LISTED AS SENIOR COUNSELOR AT ALTONA CORRECTION AL FACIL-
ITY (PERHAPS HERE AT 'UPSTATE' CONDUCTING A DISCIPLINARY HEARING, HEARING OFFICER ASSIGN-
MENT) APPROACHED MY CELL 11-A1-6 HERE AT 'UPSTATE' AND STATED " I SEE YOU STILL
SNITCHING JESSE, IT IS MRS. MARSHALL NOW WHO IS NEXT," AND WALKED
AWAY ABRUPTLY (DIR.DEV 113).

160. ON OR ABOUT MAY 17, 2018 PAUL FLETCHER WAS TAKING GRIEVANCES HE WAS CONDUCTING INV-
ESTIGATIONS ON TO THIS DRIED UP OLD RACIST PUBLICITY COP KILLER
"BUCKEY PHILLIPS" AND OTHER INMATES ON UP 11-PR-GALLERY SHOWING IT TO

THEM IN FURTHERANCE OF DISSEMINATING UPSTATE STAFF PROPAGANDA OF PLT. "BEING A RAT SNITCHING ON STAFF AND INMATES IN GRIEVANCES," ON NUMEROUS DATES LEADING UP TO CULMINATION OF JUNE 21, 2018 PREMEDITATED "REIGN OF TERROR" CELL SEARCH AND APPLICATION OF EXCESSIVE USE-OF-FORCE WERE GROUNDED ON MINORITY PLT. ● CONSTITUTIONALLY PROTECTED CONDUCT IN BOTH ADMINISTRATIVE AND JUDICIAL FORUMS CHALLENGING PAUL FLETCHER OR THE ALL OTHER WHITE MEN AND WOMEN UPSTATE STAFF "RULE WITH A HEAVY HAND" OF THE WEAK-SIMPLY A SYSTEMATIC DIS-ABLE OR ATROCITY CONSIDERING OBJECTIVELY AND SUBJECTIVELY THE COMPONENTS THAT LEAD UP TO THE OCCURRENCE OF THE PRISON AUTHORITIES'S JUNE 21, 2018 SENSELESS APPLICATION OF EXCESSIVE FORCE UPON ME: id. ¶¶ 77 151, 154, 155, 156, 157 (SEE DR. CLRY 105, 109, 115, 118, 135, 137, 156, 158, 159, 161, 162, 163 323, 365, 366, 354 386, 387, 388, 389, 390, 391 (3ciii)(v), 10, 11, 12, 16, 17, 18, 19, 20, 21, 22, 24, 25, 27, 34, 35, 37, 38, 39, 42), 397)

161. ON 6/20/18 JONATHAN HOWELL DURING LUNCH TRAY MEAL PICK-UP STATED OR MADE AN INVIDIOUS STATEMENT TO PLT IT FOLLOWING: "I AM SICK OF YOU NIGGER ALL YOU DO IS SNITCH ON STAFF IN GRIEVANCES, MAN YOU ARE A SCUM-BAG AND FIRST CH-ANCE I GET I AM GONNA GET YOU."

162. ON 6/21/18 JONATHAN HOWELL AFTER BREAKFAST MEAL CAME TO MY CELL 11 A1-6 TO PICK-UP MY RAMADAN SAHUR BAG CONTAINING TRASH WITH MY BREAK-DAY-LIGHT MEAL LEFT-OVERS, BUT INSTEAD OF OPENING SITHUR BAG LOOK IN IT TO MAKE SURE THE TWO (2) CEREAL BOWLS AND TWO (2) EMPTY MILK CONTAINERS WERE THERE AND DISCARD THE SAHUR BAG IN BIG PLASTIC GARBAGE-BAG HOWELL HELD STEADFAST TO THE THREAT HE MADE id 97-162 BY PUTTING HIS FACE ON TOP OF BAG SMELLING IT AND STATED "JESSE DID YOU DO IT, DID YOU DO IT, AH JESSE YOU DID IT." HE THEN PUT SAHUR BAG WITH EMPTY BREAKFAST CONTAINER REMNANTS IN IT AND STATED "HEY HOLLENBECK WHAT DO YOU WANT ME TO DO THIS TRASH JESSE GAVE ME SMELLS LIKE SHIT."

163. AUSTIN HOLLENBECK APPROACHED MY CELL ~~AND~~ LOOKED IN BAG AND STATED "YOU WIPED YOUR ASS ON THE TOILET PAPER IN THAT BAG OF GARBAGE AND I AM GOING TO SEARCH YOUR CELL NOW, ARE YOU COMMING OUT FOR CELL-SEARCH AND I AM TAKING YOU OFF OF RAMADAN" HOLLENBECK THEN CALL PAUL FLETCHER ON RADIO. HOLLENBECK THEN STATED "YOU ARE ONE STUPID NIGGER." (SEE DR. CLRY 118, 119, 135, 136, 137, 156, 158, 159, 161, 162, 163, 164, 329, 323, 354, 358, 360, 365, 366, 376, 386, 387, 388, 389, 390, 391, 397, 399)

52.

164. ON MORNING OF 6/21/18 MOMENTS AFTER BEING RADIO'ED JOHN FLETCHER APPROACHED MY CELL 11-A1-6 AND STATED "OH WE WILL BE SEARCHING YOUR CELL YOU SPOOK RAT" (DACTRY 118) AND LEFT MY CELL.

165. SOMETIME LATER ON MORNING OF 6/21/18 ERIKA MARSHAL APPROACHED PLT CELL 11-A1-6 AND STATED "JESSIE YOU KNOW YOU ARE COMMING OUT AND YOU ARE GONNA PUSSY OUT SO YOU MIGHT AS WELL BRING YOUR RAT ASS OUT NOW MONKEY" (DRday 118-119).

166. ON MORNING HOURS (HRS) OF 6/21/18 THIS COLD-BLOODED, ROTTEN, LAWLESS, SHREWD AUTHORITARIAN STEVEN SALLS JR. APPROACHED MY CELL 11-A1-6 AND OUT OF ILL-WILL, MALEVOLENCE OR IN RETALIATION STATED "I WANT TO SEARCH YOUR CELL AN I CAN SEE AN APPLE CONTRABAND NOW AND I DONOT CARE ABOUT YOUR LAWSUIT IT DONOT MEAN NOTHING TO ME I CAN DO WHATEVER I WANT TO DO TO YOU NIGGER YOU ARE AN INMATE". SALLS THEN VICIOUSLY AND HEARTLESSLY IN UNISON WITH DAHL FLETCHER IN A COLD-CALCULATED STATE-OF-MIND DISREGARD TO MY LIFE HEALTH OR SAFETY BY MOVING THE INMATE OUT OF 11-A1-10 CELL TO WANTONLY AND RECKLESSLY MOVE PLT BACK ONE (1) CELL AWAY FROM RASELL REEDER 94A6388 WHERE I HAD JUST REMAINED (1) CELL AWAY IN 11-A1-16 FROM INMATE RASELL REEDER IN 11-A1-14 KICKING ON STEEL DOOR OR BANGING ON STEEL DESK STOOL OF DESK, BED, SINK OR DOOR TO RECREATION PEN ALL NIGHT EVERY NIGHT FOR OVER TWO (2) CONSECUTIVE YEARS: id 97-99 1(i)(iii)(iv)(a)(b)(c), 2(i)(iii), 3, 23(i)(ii)(iii), 25, 27(b)(c), 28, 123, 124, 125, 127, 162, 163, 164-165. THE MOVE OF PLT FROM 11-A1-6 TO 11-A1-10 WAS STRICTLY THE ILL-WILL MOTIVES OR SINISTER, DESPOTIC, CYNICISM OF STEVEN SALLS JR. AND DAHL FLETCHER TO INFLICT CONTINUOUS SHOCKING AND OUTRAGEOUS PAIN AND SUFFERING UPON PLT AND UNRELATED TO ANY LEGITIMATE JUSTIFIABLE PENOLOGICAL INTEREST, CORRECTIONAL GOALS OR INSTITUTION SAFETY AND SECURITY CONCERNS. (DRday 118, 119, 136, 137(22)(37) (38)(39)(45)(49)(126), 136, 157, 158, 159, 161, 162, 163, 164, 192, 206, 212, 215, 329, 354, 361, 366, 376, 386, 387, 388, 389, 390, 391[(3)(v), 16, 17, 18, 21, 22, 24, 25, 37, 38, 39, 42)(397)

167. ON 6/21/18 ALDGAT GRAYZIN APPROACHED MY CELL 11-A1-6 CONCERNING THE TIER III SUPERINTENDEN'S HEARING FOR THE MAY 27, 2018 CELL SEARCH MISBEHAVIOR REPORT INCIDENT id 97-157 THAT I DIDNOT ATTEND HEARING BUT TO THIS DATE I NEVER RECEIVED ANY SANCTIONS OR GIVEN A COPY OF ANY DISPOSITION FOR

THE PROCEEDINGS OF THIS HEARING. ON THIS 6/21/18 DATE ME AND GRAVLIN HAD AN EXTENSIVE CONVERSATION ABOUT THIS OUTLANDISH "REIGN OF TERROR" CELL SEARCH BUT GRAVLIN WAS CLEARLY IN CAHOOTS WITH THIS LAWLESSNESS AND WAS RUDE TO ME ADAMANTLY OFFERING UP PROTRACT JUSTIFICATION FOR THIS SYSTEMATIC DEBACLE AN ENABLED THE SENSELESS AND UNCALLED FOR BRUTALIZATION OF PLT (ONCTAY 118, 135, 158, 159, 161, 162, 163, 164, 206, 211, 212, 215, 329, 354, 360, 366, 376, 386, 387, 388, 389, 360, 390, 391 (3(V), 16, 17, 18, 21, 22, 24, 25, 37, 38, 39, 40,) 397, 399)

168. ON 6/21/18 AT APPROXIMATELY 11:30AM ALBERT GRAVLIN, STEVEN SALLS JR. AND ~~RICHARD~~ ~~JONES~~ PAUL FLETCHER APPROACHED THE PIT CELL 11-A1-6 AND PROPELLED A CHEMICAL AGENT IN MY CELL UNNECESSARILY ~~USING~~ USING APPLICATION OF BRUTE EXCESSIVE PHY-SICAL FORCE TO EXTRACT ME FROM MY CELL ON A "REIGN OF TERROR CELL SEARCH" SYSTEMATIC DEBACLE BASELESSLY UNRELATED TO ANY LEGITIMATE REASONABLE PENALOGICAL INTEREST OR CORRECTIONAL GOAL INSTITUTION SAFETY OR SECURITY JUSTIFICATION FOR THIS DEHUMANIZATION OF ME BEHOND THEIR RETALIATORY MOTIVES AGAINST ME AND/OR THEIR DESPOTIC SELF-RIGHTEOUS APPLICATION OF RULES UNDER ASSENT OF BOTH DONALD UHLER AND PAUL WOODRUFF AS CLEARLY EXEMPLIFIED IN TT-TT I (i)(iv)(a)(b)(c), 2(i)(iv), 3, 23(i)(xii)(xiv), 27(a)(c), 28, 112, 113, 114, 115, 115, 123, 124, 125, 127, 157, 162, 163, 164, 165, 166-167. (SEE ONCTAY 118, 135, 136, 137(3)(7H)(88)(9a)(103)(104X145)-(146), 138, 139, 140, 141, ~~156~~ 157, 158, 159, 161, 162, 163, 164, 191, 206, 212, 215, 329, 354, 358, 360, 361, 366, 368, 376, 386, 387, 388, 389, 390, 391 (3(V), 16, 17, 18, 21, 22, 24, 25, 37, 38, 39, 40,) 396, 397, 398, 399.)

169. ON 6/21/18 AFTER BEING RETURNED TO 11-A1-10 FOLLOWING CELL EXTRACTION DURING LUNCH MEAL DELIVERY, I HELD MY HAND OUT WHILE REQUESTING TO SEE MENTAL HEALTH AND DUSTIN HOLLENBECK RADIO'ED ASSISTANCE AND NEIL ATKINSON AND CHARLES J. CHAMPAGNE APPROACHED ACCOMPANIED BY PAUL FLETCHER (DNCTAY 118)

170. UPON APPROACHING PLT CELL 11-A1-6 ON THIS 6/21/18 DATE FLETCHER STATED: "HEY JESSIE IF YOU WANT TO SEE MENTAL HEALTH THE 'ONLY' WAY YOU CAN SPEAK TO THEM IS YOU GOT TO GET DRESS AND THEY TOLD US TO BRING YOU UP TO MEDICAL AND THE DOCTOR IS GOING TO SPEAK TO YOU WHEN YOU GET UP THERE" (SEE ONCTAY 118, 354, 366, 376, 386, 387, 388, 389, 390, 391 (3(V), 16, 17, 18, 21, 22, 24, 25, 27, 38, 39, 40) 397) (SEE ALSO ONCTAY 273 OMH 6/21-22/18 RECORDS)

171. ON 6/21/18 UPON MY ARRIVAL ON INFIRMARY I WAS STRIPPED WITHOUT SPEAKING TO ANY STAFF FROM OFFICE OF MENTAL HEALTH (OMH) AS REPEATEDLY STATED id ¶ 170 BY SERGEANT (SGT) PAUL FELCHER (SEE DIARY 118, 354, 366, 376, 386, 387, 388, 389, 390, 391 (300), 16, 17, 18, 21, 22, 24, 25, 27, 38, 39, 42) 397)

172. ON 6/21/18 WHILE BEING STRIPPED IN 'OMH' ROOM THIS [███] WICKED EVIL DOER PAUL FELCHER WITH A COLD CALCULATED PREMEDITATED DISREGARD FOR PUT HIS LIFE HEALTH SAFETY OR WELLBEING FOR SAKE OF CAMERA PUT ON A FRAUD-ULENT FACADE DISPLAY OF DECADENCE REPEATEDLY STATING: "INMATE IS BEING PUT IN A STRIP CELL FOR BEING VIOLENT AND OUT OF CONTROL." (SEE DIARY 118, 354, 366, 376, 386, 387, 388, 389, 390, 391 (3LV), 16, 17, 18, 21, 22, 24, 25, 27, 38, 42) 397)

173. ON OR ABOUT 1:30pm ON 6/21/18 AS I WAS IN STRIP CELL ON INFIRMARY WHERE I WAS CONFRONTED BY DONALD UHLER ON ROUNDS WITH FOLLOWING STATEMENT: "OH YOU ARE A JOKE I JUST LAUGH AT YOU STUPID NIGGER, YOU ARE GONNA DIE HERE IF I CAN HELP IT SO FILE A LAW SUIT ABOUT THAT TOO LET'S, SEE WHERE IT GET'S YOU OTHER THAN HERE." (DIARY 118) (SEE DIARY 137 (103), 358)

174. SOMETIME LATER ON MORNING OF 6/21/18 OR RATHER IN AFTER-NOON ARDU-NO 3pm I SPOKE TO [███] PAUL WOODRUFF ABOUT OCCURRENCES WHICH TOOK PLACE EARLIER THAT DAY AND HE WOODRUFF BECAME RUDE SARCASTICALLY ST-ATING: " YOU ARE AN INMATE PROPERTY OF STATE AND MY STAFF CAN DO WHATEVER THEY WANT TO DO TO YOU." (SEE DIARY 118)

175. ON MORNING OF 6/22/18 I WAS REMOVED FROM OMH STRIP-CELL SUICIDE WATCH ROOM BY ERIC MARSHALL, RONALD BOYCE AND MARSHALL BUSH WITH ERIC MARSHALL ROUGH HOUSE PAT-FRISKING ME AND MUMBLING UNDER HIS BREATHE OR WHISPERING " I GOT YOUR GRIEVANCE YOU LYING RAT BITCH." THE WAIST CHAIN APPLIED AND THEN I WAS ESCORTED BACK TO 11-A1-GALLERYAND PLACED IN 11-A1-10 WITH MY DEMOLISHED 90,000-100,000 PAGES OF LEGAL DOCUMENTS.

176. UPON ENTERING MY CELL I NOTICED ON THIS 6/22/18 DATE THAT MY LEGAL DOCUMENTS WAS TOTALLY ANN-IHILATED THERE WAS PILES OF DOCUMENTS UNDER BED AND THE INMATE IN #1 WHOM WAS OUT OF CELL 11-A1-1 FOR A CELL SEARCH ON 6/21/18 AS WELL AS OTHER INMATES THAT DUSTIN

55

HOLLENBECK AND JUSTIN RUSSELL WAS GOING IN AND OUT OF 11-A-6 FROM TIME I LEFT GALLERY TIL LIKE 6PM AT NIGHT AND ON 6/21/18 BETWEEN 6:30pm - 7:30pm THE JOHN DOE OR ~~KEITH FRESHO~~ #4 OFFICER ON 3pm-11pm SHIFT WITH CRIME □ WORKER IN TOWER ENTERED 11-A-6 CELL AND DISPOSED THREE (3) FULL BAGS OF PAPERS THAT WAS LEFT BEHIND IN MY CELL. (DKT.7 118-119) SEE ALSO DKT.7 142,143,144,145,148,156, 158,159,161,162,163,164,182,183,207,210,212,215,315,323,329,354,364,386,387,388,389,390 391,346-397)

177. UPON THE 6/22/18 RETURN TO MY ▬ NEW CELL 11-A-10 MARSHALL BUSH GAVE HIS JUSTIFIED VERSION WHY MY LEGAL DOCUMENTS WAS DESTROYED LIKE THAT NO PAPERS PUT BACK IN ENVELOPES IN CONTRAVENTION "DOCS' OWN REGULATIONS OF POLICY 4910 SECTIONS B(1) F(2)(4) (NOTE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK. IN ADDITION TO THE POTENTIAL CRIMINAL CHARGES, KNOWINGLY MAKING A FALSE STATEMENT COULD LEAD TO DEPARTMENTAL DISCIPLINARY ACTION.) id ¶-176 (SEE ALSO DKT.7 400-401), M.BUSH LEFT 11/13 CELL.

178. ON 6/22/18 THE DAY AFTER HAVING REQUESTED TO SEE MENTAL HEALTH, JESSICA DUMAS, OMH COUNSELOR OR SOCIALWORKER APPROACHED AN OBSERVED CONDITION OF MY CELL WITH A LOOK OF DISENFRANCHISED DELIVIDERED SHOCK ON HER FACE AND STATED: "GEE WHO DID THAT TO YOUR CELL IT IS IN A MESS, I HAVE NEVER SEEN YOUR CELL IN SUCH A MESS, YOU ALWAYS KEEP YOUR CELL NEAT AND IN ORDER, YOUR CELL IS IN A COMPLETE MESS, THAT IS WRONG AND BAD WHAT HAPPEND TO YOU, BUT I AM MENTAL HEALTH AND CAN "ONLY" ADDRESS WHETHER OR NOT YOU ▬ ARE GOING TO HURT YOURSELF." (DKT.7 273)

179. ON 6/22/18 SOMETIME LATER IN THE MORNING HOURS (HRS) MARSHALL BUSH APPROACHED MY CELL TO CONDUCT AN INVESTIGATION ON GRIEVANCE UST-63481-18 AGAINST C.O. MARSHALL (SEE DKT.7 ▬ 116, 119).

180. ON 6/22/18 I REFUSED to CLOSE MY RECREATION PEN DOOR BECAUSE I NEEDED FOR PRISON AUTHORITIES TO DOCUMENT THE COMPLETE ANNIHILATION OF MY LEGAL PAPERS EVERY SINGLE PIECE OF PAPER 80,000 - 100,000 LETTERS EVERYTHING WAS OUT OF ENVELOPES IN TOTAL DISARRAY, MORE LIKE CONTENTS OF MY CELL HAD GOT CAUGHT UP IN MIDDLE OF A HURRICANE ▬ AFTER J.RUSSEL AND O. HOLLENBECK GOT FINISHED id ¶- ¶-176-177 (DKT.7 118,119,142,143,144,145,148,156,158,159,161,162,163,164,192,193,207,210,212,215,315, 323,329,354,366,386,387,388,389,390,391,396,377,400-401)

181. ON 6/21/18 I SPOKE ABOUT DESTRUCTION OF MY LEGAL DOCUMENTS AND VIDEO TAPE ON GALLERY DEPICTING D. HOLLENBECK AND J. RUSSELL MISHANDLING OF MY LEGAL MAILED DURING MOVE OF THEM FROM 11-TH-6 TO 11-TH-10 ON 6-21-18 id ¶¶ 162, 163, 164, 165, 166, 167, 168, 169, 170, 176, 177. I SPOKE TO THIS TEDIOUS CLANDESTINE MIDDLEMAN DEN-ISE SAUTHERS AND THOMAS J. SMITH AMONG OTHERS CONCERNING CLOSING MY RECR-EATION DEN DOOR, BUT D. SAUTHER, THOMAS J. SMITH AMONGST OTHERS GAVE ME COLD SHOULDER WITH A CULPABLE STATE OF MIND INDIFFERENCE DISREGARD FOR ME MY LIFE, HEALTH, SAFETY OR CONDITION OF MY ANNIHILATED LEGAL DOCUMENTS AND THEIR DUTY TO PRESERVE VIDEO TAPE EVIDENCE DEPICTING COURSE OF ACTIONS THAT TOOK PLACE WITH PLT LEADING [ao] PRISON AUTHORITIES USE OF CHEMICAL AGENT UPON ME AS WELL AS MY PROPERTY BEING MOVED FROM 11TH-6 TO 11-TH-10 AND/OR THE CADRE WORKERS WITH #4 OFFICER LEAVING OUT OF 11TH-6 WITH THREE BAGS OF MY LEGAL DOCUMENTS DISCARDED (SEE DINCTRY 118, 119, 136, 137(a)(b2)(37)(38)(39)(45)(49)(82)(116)(123)(124)(125), 156, 158, 159, 161, 162, 163, 164, 212, 213, 214, 215, 349, 354, 355, 361, 366, 369, 376, 386, 387, 388, ⬛, 389, 390, 391((30v), 16, 17, 18, 21, 22, 24, 25, 37, 38, 39, 40, 41, 42), 397)

182. ON 6/22/18 STEVEN SALLS APPROACHED PLT'S CELL 11-TH-10 AND STATED "CLOSE YOUR REC-DEN DOOR RIGHT NOW YOU PIECE OF SHIT AND DON'T PUSSY OUT WHEN I COME TO EXTRACT YOU FROM CELL." (DINCTRY 119)

183. ON 6/22/18 AT APPROXIMATELY 12:30PM STEVEN SALLS TO, A JOHN DOE LIEUTENANT (LT), MARSHALL BUSH, ERIC MARSHALL AND THREE (3) OTHER JOHN DOE OFFICERS DRESSED IN RIOT GEAR (THE SUPERINTENDENT DONALD UHLER AND ALL OF HIS DESIGNEES HAVE WITHHELD ALL NAMES AND OTHER INFORMATION RELATED TO THIS INCIDENT AND 6/21/18 OCCURRENCES) APPROACHED THE PLT'S CELL WITH MARSHAL BUSH IMPEL OF A CHEMICAL AGENT IN MY CELL AT BEHEST OF STEVEN SALLS, TO UNNECE-SSARILY IN AN APPLICATION OF EXERCISE OF USE OF BRUTE EXCESSIVE PHYSICAL FORCE TO EXTRA-CT ME FROM MY CELL ON A "REIGN OF TERROR CELL SEARCH" SYSTEMATIC DEBACLE BASELESSLY UNRELATED TO ANY LEGITIMATE REASONABLE PENOLOGICAL INTEREST, CORRECTIONAL GOALS, OR INSTITUTION SAFETY AND SECURITY JUSTIFICATION BASIS FOR THIS DEHUMANIZATION OF ME BEHIND THEIR RETALIATORY MOTIVES AGAINST ME AND/OR THEIR IMPERIOUS DESPOTIC SELF-RIGHTEOUS APPLICATION OF RULES UNDER ACQUIESCENCE EXTENUATING CIRCUMSTANCES COVER-UP BY DONALD UHLER AND PAUL WOODRUFF id ¶¶ 1(i)(iv)(a)(b)(c), 2(i)(v), 3, 23(i)(ii)(iii), 27(a)(c), 28, 112, 113, 114, 115, 123, 124, 125, 127, 157, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 176, 177, 178, 179, 180, 181-182. (SEE DINCTRY 118, 119, 135, 136, 137(aa)(37)(39)(45)(49)(73)(74)(82)(105)(104)(116)(123)(126)(145)(146), 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 152, 153, 154, 155, 156, 157, 158, 159, 161, 162, 163, 164, 183, 184, 185, 191, 358, 360, 361, ⬛ 354, 366, 376, 377, 380, 386, 387, 388, 389, 390, 391 (3(v), 16, 17, 18, 21, 22, 24, 25, 37, 38, 39, 40, 41, 42), 397, 399, 400-401)

184. On 6/22/18 after I was sprayed with the chemical agent I was removed from my cell 11-A1-10 in hand-cuffs behind my back and escorted to octagon area to slop-sink room equip with a shower, where I was decontaminated (d). Then I was escorted to 11-Bldg lower holding pen to be examined by Heath Baker where I complained of experiencing chest pains. The use-of-force photographs was taken and restraints were re-applied for me to be escorted back 11-A1-10. (see doc.inj.y 119)

185. On 6/22/18 after I was seen by medical initially in 11-Bldg. lower holding pen, the plt was escorted by S. Sauls Jr, M. Bush, John Doe Lieutenant (LT) Eric Marshall and three (3) other John Doe officers dressed in riot gear back to my cell 11-A1-10 while still under hand-held cam-corder and the fixed camera video recording system. (see doc.inj.y 118,119,354,366,369,376,386,387,388,389,390,391(3(u),16,17,18,21,22,24,25,37, 38,39,40,41,42) 397.)

186. On 6/22/18 after hand-cuff restraints were removed the plt held his hands inside of (FME) and without any legitimate reason justification or provocation Eric Marshall motivated-ed by racial animus, ill-will or in retaliation id 77-77 175, 177, 179 grabbed my right-hand obnoxiously and unconscionably bending my ring finger repeatedly until I heard it crack as I screamed in pain "oh marshall you are braking my finger." This little five feet (5FT) tall John Doe officer in riot gear intently stared at me menacingly with a look of death in his eyes while repeatedly viciously and maliciously slamming the sliding door of tray slot in my forearm. (see doc.inj.y 118,119,354,366,369,376,386, 387,388,389,390,391(3(u),16,17,18,21,22,24,25,37,38,39,40,41,42) 397).

187. Sauls, Bush, John Doe (LT) and the other (2) two John Doe officers in riot gear all intently watched with reckless disregard abandon for my life, health, safety or well-being systematic debacle to intervene or protect from Eric Marshall and John Doe, (5FT) officer wanton and reckless application of excessive use-of-force upon plt inflicting permanent injury to my right ring finger id 77-186. (see doc.inj.y 269,270,271)

188. On 6/22/18 following this second use-of-force incident d 77-77 186 187 a considerable amount of time Heath Baker approached my cell 11-A1-10 and was exponentially highly rude and disrespectful refusen to treat me with a deliberate and indifference to my life, health, safety, well-being and serious medical needs invidiously stating: "you stupid nigger monkey nothing is wrong with you, you have full movement and there is no swelling," and abruptly walked away. (doc.inj.y 269,270,271, 367.) (dr.inj 134(95(a)(14)(c),96) 135,347)

189. ON 6/22/18 AROUND 1pm-1:30pm THE PLAINTIFF (PLT) REQUESTED HE BE PROVIDED WITH MEDICAL CARE FOR MY INJURED RIGHT RING FINGER id TT-186 FROM DUSTIN HOLLENBECK WHOM STATED "OH YAH RIGHT WAIT ON IT YOU SAYID NIGGER." (DKT/N 119)

190. THOMAS J. SMITH AND DARRIN JEFFERY BROUGHT A BIG GIANT PLEXIGLASS CONTRAPTION AND PUT IT INFRONT OF MY CELL DOOR BETWEEN 1:30pm - 2pm ON 6/22/18. D. JEFFERY WAS HIDING BEHIND BACK OF MY CELL DOOR SO HE CAN CLOSE MY TRAY SLOT. HOWEVER DESPITE MY PLEA WITH BOTH DARRIN JEFFERY AND THOMAS J. SMITH TO BE PROVIDED WITH MEDICAL CARE FOR MY RIGHT RING FINGER id TT-186 AND BOTH WERE MORALLY UNCONCERNED WITH DISCONTENT FOR THE PLT MY LIFE, HEALTH, SAFETY, WELLBEING OR SERIOUS MED-ICAL NEEDS CRUELLY DELIBERATELY AND INDIFFERENTLY TO COVER-UP ABUSE.

191. ON 6/22/18 THE PLT, AT APPROXIMATELY 2:15pm SPOKE JUSTIN JONES REQUESTING MEDICAL CARE FOR MY FINGER WHICH SEEMED BROKEN FROM USE OF FORCE id TT-186. JONES CALLED ON RADIO BUT NO MEDICAL PERSON CAME.

192. ON 6/22/18. JESSICA DUMAS OMH COUNSELOR APPROACHED MY CELL AND THE PLT REPEATEDLY REQUESTED MEDICAL CARE FOR MY FINGER THAT WAS INJURED id-TT-186. HOWEVER, JESSICA DUMAS WAS NOT LEAST BIT CONCERNED WITH ME OR MY SERIOUS MEDICAL NEEDS FOR TREATMENT OF MY FINGER WITH A CULPABLE STATE OF MIND DELIBERATE AND INDIFFERENCE DISREGARD (DKT/N 271, 273, 274, 275)

193. MICHAEL EDDY (LT) AND MARSHAL BUSH WITH DARRIN JEFFERY IN TOW HOLDING HAND HELD CAMCORDER FOR ESCORT OF PLT TO OMH SUICIDE WATCH ROOM ON INFIRM-ARY ON THIS 6/22/18 DATE AT APPROXIMATELY 3am WERE DELIBERATE AND INDIFFERENT WITH A CULPABLE STATE OF MIND DISREGARD FOR PLT LIFE, HEALTH OR SAFETY AND MY SERIOUS MEDICAL NEEDS WHEN I REQUESTED MEDICAL CARE FOR FINGER INJURY id TT-186 CONTINUANCE WITH PRISON AUTHORITIES MASSIVE COVER-UP OF 6/21-22/18 VIOLATION OF PLT'S CONSTITUTIONAL RIGHTS GUARANTEED BY FIRST, FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS (DKT/N 119, 269, 270, 271)

194. UPON PLT'S 6/22/19 ON INFIRMARY SOMETIME LATER ON IN EVENING HOURS (HRS) TAMI HANRIGAN GENERATED AN INMATE INJURY REPORT DELIBERATELY AND INDIFF-ERENTLY WITH A CULPABLE STATE OF MIND TO MY LIFE, HEALTH, SAFETY WELLBE-ING OR SERIOUS MEDICAL NEEDS AND PAIN OR SUFFERING FALSIFICATION OF M.H

AMBULATORY HEALTH RECORDS PROGRESS NOTES (AHR) CALCULATEDLY DOWN PLAYING EXTENT OF INJURY OF MY RIGHT RING FINGER, ITS CONDITION AND SWELLING OF IT INVIDIOUSLY, id ¶¶-186. IN ADDITION NANCY SMITH, TRACY NELSON, SANDRA DANFORTH AND MICHELLE LIBERTY HAVE COMPLETELY OBSTRUCTED PLT. OF ALL OR ANY ACCESS TO A COPY OR ACCESS OF THE JUNE 22, 2018 INMATE INJURY REPORT GENERATED BY TARA HARRIGAN WHICH THIS COURT HAS A LAWFUL DUTY TO HOLD THEM ACCOUNTABLE (ON JULY 403,404 404 405 406)

195. IN CASE AT BAR, THE OCCURRENCES ON BOTH JUNE 21-22,2018 OF COURSE OF ACTIONS LEADING UP TO AND DURING CELL EXTRACTION INSTANCES WAS UNDER CONTINUOUS SURVEILLANCE OF 11-BUILDING (BLDG) FIXED VIDEOTAPE MONITORING SYSTEM AND HAND HELD CAMCORDER PER MANDATE OF POLICY 4942, id ¶¶ 162,163,164,165,166,167,168,169,170,171,172,175,176,177, 178,179,180,181,182,183,184,185,186,187,188,189,190,191,192-193 WHICH INVOLVED HIGH RANKING PRISON AUTHORITIES FROM SECURITY DEPARTMENT A CAPTAIN (CAPT.) AND LIEUTENANTS (LT'S WHOM) ARE SIMPLY RESPONSIBLE FOR VETTING ALL OF THE VIDEOTAPES THAT ARE 93% OF THIS LITIGATION TO NOT HAVE ALL BEEN WITHHELD WITH A CULPABLE STATE OF MIND IN BAD FAITH BECAUSE VIDEO TAPES ARE UNFAVORABLE EVIDENCE TO PRISON OFFICIALS AN IN ABSENCE OF SUCH CLEAR AND CONVINCING PROOF EVIDENCE THE PLT WILL FOREVER BE DOOMED DEPRIVED OF CORE PROOF EVIDENCE NECESSITATED TO PRESENT CLAIMS HEREINBEFORE ALLEGED TO BIAS AFFECT OR PREJUDICE OF PLT. RIGHTS GUARANTEED BY FIFTH, SIXTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION WARRANTING IMPOSITION OF SANCTIONS PURSUANT TO FRCP 11(C)(1) PRECLUDING ALL TESTIMONY AND AN ADVERSE INFERENCE BE GRANTED FOR JUNE 21-22, 2018 INCIDENTS THAT OCCURRED IN 11-BLDG (SEE ON JULY 158,159,161,162,163,164,354,366,376,386,387,388,389 ▓▓ 390,391(3(0),16,17,18 ▓ 21,22,24,25,37,38, 39,40,41,42,), 397,403,404,405,406)

196. THE PLT SPECIFICALLY REMEMBER SPEAKING TO DONALD QUINN ABOUT GETTING VIDEO TAPES PRESERVED IN 11-BLDG ON 6/21-22/18 OF COURSE OF ACTIONS AND EVENTS WHICH OCCURRED WHILE QUINN WAS AT MY CELL ON INFIRMARY ON 6/22/18 AND ON 6/25/18 AS WELL AS SHOWED HIM MY ▓ INJURED ▓ RING FINGER, id ¶¶-¶¶ 194-195

197. ON 6/29/18 AT THE OMH CELL I WAS HOUSED IN THE PLT SPOKE TO THIS VINDICTIVE TYRANN PAUL WOODRUFF IN DETAIL ABOUT OCCURRENCES id ¶¶-¶¶ 162-172,175-193 AND WOODRUFF WAS VEHEMENTLY RUDE, NASTY AND DISRESPECTFUL GIVING ME HIS PROXIMAT JUSTIFICATION FOR THE COMPLETE ANNIHILATION OF THE 80,000-100,000 LEGAL DOCUMENTS BY HOLLEN-BECK AND JUSTIN RUSSELL ON 6/21/18. PAUL WOODRUFF WAS PARTICULARLY UNRELENTINGLY ADAMANT IN HIS REFUSAL TO PRESERVE THE VIDEOTAPES ON 11-A1-6 GALLERY OF HOLLENBECK

AND Russell moving the piles of Trashed Legal Documents from 11-A1-6 to 11-A1-10 and John Doe #4 officer or _____ premo leave out of 11-A1-6 cell with three (3) bags of legal papers the cadre workers discharged that was left behind in 11-A1-6 an also warrant sanctions be imposed pursuant to FRCP 11(C)(1) as set forth id ¶ ¶ 195-196. (Directly ¶ 118, 119, 158, 159, 161, 162, 163, 164, 357, 366, 376, 386, 387, 388, 389, 390, 391(3rd), 16, 17, 18, 21, 22, 24, 25, 32, 38, 39, 40, 41, 42) 397)

198. HIGH RANK Security officials Albert Gravlin, Steven Sails, Jr. Michael Guoy and John Doe (LT) all alleged to have Directly participate in the violation of the PLT's constitutional rights is task with duty under policies 4962, 4943 to vet and preserve Gravamen filed video tape evidence in Lt's entirely within 11-Bldg. for Both 6/21-22/18 Incidents Respectively of course of action of the following: ● (a) the course of actions, infront of 11-A1-6 cell leading up to "cell extraction" incident, id ¶ ¶ 162, 163, 164, 165, 166-167; (b) 6/21/18 course of actions of PLT actually being extracted from 11-A1-6 cell ● id ¶ 168; (c) 6/21/18 escort of PLT from 11-A1-6 to SLOG SINK in Octagon Area to be Decontaminated, to 11-Bldg. lower holding pen for Medical care examination (by non Abby Matthew Rushfand) through use of force photographs being taken per policy 4949 and the ● escort of me from 11-Bldg. holding pen to 11-A1-10; (d) both 6/21/18 hand held camcorder recordings of actual cell extraction incident, decontamination me, medical care-treatment in lower holding pen through photographs being taken to my escort from lower holding pen to be secured in 11-A1-10 cell and the actual escort of PLT to OMH or infirmary by Neil Atkinson, Charles Champagne and Paul Fetcher id ¶ ¶ 169, 170, 171-172; (e) Yo Hembeck and Justin Russell moving of the legal documents they trashed from 11-A1-6 to 11-A1-10 and John Doe #4 officer or _____ premo leave out of 11-A1-6 cell with three (3) bags of legal papers the cadre workers discharged that was left behind in 11-A1-6 id ¶ ¶ 176-177; (f) 6/22/18 course of actions infront of 11-A1-10 cell leading up to "cell extraction" incident, id ¶ ¶ 178, 179, 180, 181, 182-183; (9) 6/22/18 course of actions of PLT actually being extracted from 11-A1-10 cell id ¶-183; (h) 6/22/18 escort of PLT from 11-A1-10 SLOG SINK in Octagon Area to be Decontaminated, then to 11-Bldg. lower holding pen for Medical care-examination by Heath Baker through use of force photographs being taken and escort of PLT from 11-Bldg. lower holding pen back to 11-A1-10 cell id ¶ ¶ 184-185; (i) the placement of PLT in 11-A1-10 and occurrence of second use-of-force with Eric Marshall and John Doe (5FT) officer ] through all course of actions, thereafter at 11-A1-10 until PLT removal from cell to be escorted ● to OMH or infirmary by LT Michael Guoy, Marshall Bush, John Finazzo, Nathan Lock and Darren Jeffery id ¶-¶ 186, 187, 188, 189, 190, 191, 192, 193; (j) (k) both 6/22/18 hand held camcorder recordings of actual cell extraction

INCIDENT, ESCORT OF PLT. TO OCTAGON AREA TO BE DECONTAMINATED IN SHOWER IN SLOG STINK ROOM, THEN TO 11-BLDG. LOWER HOLDING PEN FOR MEDICAL CARE EXAMINATION BY HEATH/BAXCA THROUGH THE USE OF FORCE PHOTOGRAPHS BEING TAKEN AND THE ESCORT OF ME FROM 11-BLDG. HOLDING PEN TO 11-A1-10 WHERE SECOND USE OF FORCE OCCURRED WITH/PLT GAIL MARSHALL AND JOHN DOE (SFT) OFFICER #1 ¶¶ 184, 185, 186, 187, 183, ¶93. HOWEVER ALL OFFICIALS DONALD UHLER, PAUL WOODRUFF, DONALD QUINN, SANDRA DANFORTH, MICHELLE LIBERTY, ALBERT GRAVLIN, STEVEN SALLS JR., MICHAEL EDDY ___ TRACY NELSON AND JOHN DOE (LT) IN A COMPLETE SYSTEMATIC DEBACLE NON-COMPLIANCE WITH STATE AND FEDERAL REGULATIONS WITH A CULPABLE STATE OF MIND IN BAD FAITH CALCULATED SCREENING OF ALL DOCUMENTATION AND SANITIZATION OF ALL CRITICAL VIDEO TAPE EVIDENCE TANTAMOUNT OF OR TO 6/21-22/18 COURSE OF ACTIONS OF LISTLESS BRUTALITY INCIDENTS BASIS OF PLT'S CLAIMS SET FORTH, id ¶¶ 194, 185, 186-197 TO REFLECT AFFECT OF PREJUDICE OF PLT'S SUBSTANTIVE DUE PROCESS OF LAW TO A FAIR TRIAL PROCEEDING AS GUARANTEED BY THE FIFTH, SIXTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONST. FURTHER WARRANT COURT ISSUE A COMPLETE PRECLUSION OF TESTIMONY ON ISSUES RAISED AND AN ADVERSE INFERENCE BE GRANTED PURSUANT TO FRCP 11(C)(1) (SEE DKT# 158, 159, 161, 162, 163, 164, 354, 354, 366, 376, 382, 397, 388, 389, 390, 391(30), 16, 17, 18, 21, 22, 24, 25, 37, 38, 39, 40, 41, 42) 397, 403, 404, 405-406)

199. IN ADDITION THE JUNE 21-22, 2018 "REIGN OF TERROR CELL EXTRACTION" APPLICATION OF LISTLESS EXCESSIVE USE OF FORCE WAS INSTIGATED IN RETALIATION id ¶ ¶ 1(1), 3, 23(ii)(iii), 25, 27(C) 28 BY DONALD UHLER AND STEVEN SALLS JR. FOR PENDING LITIGATION (SEE BARNES V. FISCHER 2018 U.S. DIST. LEXIS 44503 (N.D.N.Y MARCH 16, 2018); RECOMMENDATION AND REPORT ADOPTED BY BARNES V. FISCHER, 2018 U.S. DIST. LEXIS 167506 (N.D.N.Y SEPT. 28, 2018)) BASED ON SAME, SIMILAR OR ALIKE ISSUES RAISED HEREIN. (DKT# 118, 119, 158, 159, 161, 162, 163, 164, 358, 361)

200. FURTHERMORE, THIS COURT IS FAMILIAR WITH FACTS THAT ALL "CELL EXTRACTIONS" HERE AT UPSTATE ARE RECORDED ON HAND HELD CAMCORDER PURSUANT TO REVIEW OF JUNE 15, 2010, JULY 31, 2010 AND MAY 25, 2011 INCIDENTS BY DANIEL J. STEWART, UNITED STATES MAGISTRATE JUDGE AND HON. GARY L. SHARPE, CHIEF JUDGE id ¶ ¶ 199. SEE BARNES V. FISCHER SUPRA

201. MOREOVER THE ASSIMILATION OF HOWELL, HOLLENBECK, FLETCHER AND GRAVLIN id ¶ ¶ 1(1), 3, 23(iii), 25, 28, 151, 157, 160, 161, 163, 167, 168, 169, 170, 172, CLOSE PROXIMITY OF THE PLT ENGAGEMENT OF HIS LIBERTIES PROTECTED BY FIRST AMENDMENT OF FILING GRIEVANCES OR COMPLAINTS AND INVESTIGATIONS ASSOCIATED THEREWITH BASED ON HORRENDOUS ACTS OF MISTREATMENT OF ME INCLUDING GROUNDED ON MAY 27, 2018 "REIGN OF TERROR CELL SEARCH" WERE CAUSAL

CONNECTION BEHIND THEIR MOTIVES TO TAKE ADVERSE ACTIONS AGAINST ME ON JUNE 21,2018 SENT FRIDGE TREMOR FEAR THROUGH MY BODY CAUSING ME TO SHUDDER AT HOW RUTHLESS, VILE, GRUESOME AND CRUEL HEARTED ALL WHITE PRISON AUTHORITIES CAN AND WILL BE TO A MINORITY PRISONER FOR FILING A GRIEVANCE ~~██████████~~ WHOM IS HOPELESSLY AT MERCY OF THEIR EVERY COMMAND, BECK AND CALL IS SIMPLY AN ATROCIOUS ATROCITY OBLITERATION OF THE PLT'S SUBSTANTIVE DUE PROCESS. (see DR CTR¶ 104,105,107,109,110,112,115,118,135,140,143,145,148,156,158,159,161,162,163,164,318,321, 329,360)

202. ON JUNE 25,2018 THE PLT PERSONALLY SPOKE TO DOCTOR VIJAYKUMARS MANDALAYWALA SHOWED MY FINGER AND HOW IT BENDS TO SIDE AS A RESULT OF USE OF FORCE ON 6/22/18 THAT WAS APPLIED EXCESSIVE. I EXPLAINED DETAILS OF HOW OFFICER HAD INJURED MY FINGER AND THE INJURY REPORT GENERATED BY THAT HORRIGAN ON 6/22/18 id ¶¶ 77-77, 186, 194. HOWEVER, IN LIGHT OF THESE FACTS AND DR MANDALAYWALA DUTY OF CARE OWE TO PLT PER HEALTH SERVICES POLICY MANUAL (HSPM) SECTION 161 AND PLT'S RIGHT TO BE FREE FROM INFLICTION OF UNNECESSARY INJURY OR WANTON PAIN AND SUFFERING AT HANDS OF PRISON AUTHORITIES AND HE WAS DELIBERATE AND INDIFFERENT WITH A CULPABLE STATE OF MIND DISREGARD FAIL-URE ⁵ᵗTREAT MY RIGHT RING FINGER UNTIL AUGUST 1,2018 UNDER SCRUPULOUS CIRCUMSTANCES OF PENDING COURT LITIGATION BASED ON NON TREATMENT OF PLT'S FINGER VIOLATED THE PLT'S RIGHTS TO BE FREE FROM INFLICTION OF CRUEL AND UNUSUAL PUNISHMENT CLAUSE PROTECTED BY EIGHTH AMEND TO THE U.S. CONST. (DR CTR¶ 119,120,122,125,158,159,161,162,163,164,246,248,251,253,258,263,269,270-277,403,404, 405,406,407,408)

203. DR MANDALAYWALA WAS PARTICULARLY CRUEL WITH HIS CULPABLE STATE OF MIND DISREGARD FOR PLT'S LIFE HEALTH, SAFETY OR WELLBEING NOT CALLING THE PLT OUT FOR EXAMINATION DESPITE NUMEROUS LETTERS, GRIEV-ANCES OR COMPLAINTS UNTIL 8/1/18 UNDER PRE-DISPOSED MOTIVES ON BASIS OF PENDING SCRUTINY OF COURT LITIGATION AND WITH A WILLFUL PURPOSEFULNESS DID NOT NOTE HIS OWN STATEMENT TO PLT OF " YOU INJURED YOUR FINGER IT WILL BE SWOLLEN AND HURT FOR LIFE" AND DR MANDALAYWALA DID NOT MAKE ANY INJURIOUS UNDERHANDED FALSE STATEMENT SUBMITTED BY CANDY ATTOKSEN TO COURT AFTER BEING PRESENT IN EXAMINATION ROOM INTENTLY LISTENING AND WATCHING ON 8/1/18 WITH A CALCULATED PREDILECTION PLAN OF SUBMITTING A PERJURIOUS STATEMENT TO COURT FOR RELIANCE id ¶¶ 202.

~~████████████████████~~

204. ON 6/22/18 I SPOKE TO JOANNE WALDRON PRIOR TO LEAVING OMH ON INFIRMARY AND I ASKED J. WALDRON HOW SHE COULD HAVE ME PLACED ON A SUICIDE WATCH ON 6/22/18

WITHOUT SPEAKING TO ME OR MAKING ANY ASSESSMENT OF ME AND MY MENTAL HEALTH CONDITION OR STATE MIND OR WELFARE AND TO MY DISMAY OF SERIOUS SHOCK TO ME WALDRON WITH A CHOPABLE STATE OF MIND DELIBERATE AND INDIFFERENCE DISREGARD TO MY LIFE, HEALTH, SAFETY OR WELBEING STATED FOLLOWING: "BECAUSE WHAT YOU SAY DONOT MATTER ME IF ANY STAFF FROM SECURITY SAYS YOU ARE SUICIDAL, I ONLY BELIEVE THEM NO MATTER WHAT YOU ARE JUST AN INMATE NOW DO YOU HAVE ANY OTHER OMH ISSUES BEFORE I SEND YOU BACK TO BLOCK NOT RELATED TO STAFF 'ONLY' YOUR MENTAL HEALTH IS MY CONCERN, IF NOT THEN I GUESS WE ARE DONE." WALDRON THEN TOLD OFFICERS TO HAVE ME TAKEN BACK TO BLOCK ON MORNING OF 6/22/18. (DOC.INJ.120)

205. ON 6/22/18 id ¶-192 JESSICA DUMAS CONFRONTED THE PLT WITH BOTH DOCS AND OMH EMP-LOYEES JOINTLY TOGETHER "SYSTEMATIC DEBACLE DEFACTO GOVERNMENTAL CUSTOM, POLICY OR PRACTICE DELIBERATE AND INDIFFERENCE TO A PRISONER LIFE, HEALTH, SAFETY OR WELBEING DISREGARD DENIAL OF MEDICAL CARE TREATMENT FOR A SERIOUS INJURY THEY SUSTAINED AT THE HANDS OF CORRECTION OFFICERS WHILE UNDER CARE OF OMH." JESSICA DUMAS STATED: "I AM MENTAL HEALTH AND THERE IS NOTHING I CAN DO ABOUT STAFF CAUSING INJ-URY TO YOU, THAT IS A MEDICAL CARE ISSUE, UNLESS YOU ARE GOING TO HURT YOUR-SELF THERE IS JUST NOTHING I CAN DO FOR YOU."

206. THIS STATEMENT BY JESSICA DUMAS id ¶-205 JUST SET IN MOTION FOR ME TO MAKE THE FOLL-OWING STATEMENT: "IF I AM NOT PROVIDED WITH medical care FOR THE BROKEN FINGER ON MY RIGHT HAND I AM GOING TO KILL MYSELF." REPEATEDLY LIKE THREE (3) OR FOUR (4) TIMES.

207. JESSICA DUMAS Responded TO THE PLT STATEMENT id ¶-206 BY STATING: "HE MUST BE TAKEN UP TO INFIRMARY AND PLACED ON SUICIDE WATCH BECAUSE HE NEEDS SAYING THAT HE IS GOING TO HURT HIMSELF." (DOC.INJ. 120, 273, 274, 275, 342, 352)

208. ON MORNING OF 6/22/18 THE PLT WAS DRIVEN FROM 'UPSTATE' TO 'CLINTON' TO BE PLACED IN 'OMH' OBSERVATION HEALTH UNIT (OHU) OR OBSERVATION MENTAL HEALTH UNIT (OMHU) AND I WAS SEEN BY A MEDICAL REGISTERED NURSE COURTNEY L. MALARK WHOM I SHOWED MY RIGHT RING FINGER TO HER AND REQUESTED MEDICAL CARE TREATMENT FOR I THEN C. MALARK UNDER DOCS AND OMH "SYSTEMATIC DEBACLE DEFACTO GOVERNMENTAL CUSTOM POLICY OR PRACTICE DELIB-ERATE AND INDIFFERENCE TO A PRISONER LIFE, HEALTH OR SAFETY DISREGARD DENIAL OF MEDICAL CARE TREATMENT FOR A SERIOUS INJURY THEY SUSTAINED AT THE HANDS OF CORRECTION OFFICERS WHILE UNDER CARE OF OMH." BY COURTNEY MALARK STATING: "THERE LOOKS LIKE SOMETHING

64.

IS GOING ON WITH IT, I CAN GET YOU IN TO SEE PROVIDER, BUT I MUST WARN YOU THAT A PERSON CONCERNED ABOUT HIS HEALTH HAS NO OBVIOUS OR SERIOUS MENTAL HEALTH ISSUES, BUT IF YOU WANT ME TOO I WILL GET YOU SEEN BY OUR PROVIDER." THEN TO MY DISMAY OF SERIOUS SHOCK TO ME COURTNEY MALINAK STATED "WHEN THE NEXT PERSON COMES IN TO SPEAK TO YOU IT WILL NOT BE IN YOUR BEST INTEREST TO MENTION YOUR FINGER BECAUSE THEY WILL BE MENTAL HEALTH AND OMH DOES NOT ADDRESS MEDICAL CARE ISSUES." (OMCTRY 119.);(OMCTRY 270.)

209. ADDITIONALLY COURTNEY MALINAK DELIBERATELY AND INDIFFERENTLY WITH A CULPABLE STATE OF MIND DISREGARD FOR ME MY HEALTH OR PAIN AND SUFFERING, COLD HEARTEDLY AND CALLOUSLY DID "WEED OUT" OR OMIT ALL REFERENCE OF CONVERSATION is 77-205 FROM WITHIN THE PLT.'S MEDICAL RECORDS (see OMCTRY 270).

210. BETWEEN 6/27/18 - 7/2/18 THE PLT SPOKE TO ALL OF THE JANE DOE OR JOHN DOE, MEDICAL NURSES DELIVERING MY MEDICAL MEDICATIONS ABOUT MY RIGHT RING FINGER AND IF THEY CAN PUT ME IN TO SEE THE DOCTOR, BUT BOTH THE MORNING AND EVENING DELIVERY NURSES WERE COLD AND GAVE ME COLD SHOULD OR BRUSH OFF WITH DELIBERATE AND INDIFFERENCE CULPABLE STATE OF MIND IN CONNOTATION WITH OR OF id 77-77 205, 208 DOCS AND OMH EMPLOYEES CUSTOM. (OMCTRY 119, 270).

211. ON 6/27-28/18 AT CLINTON I SPOKE TO THIS OMH COUNSELOR JEANLUC B. FORTIN, ABOUT TREAT- MENT FROM MEDICAL DEPARTMENT FOR MY INJURED RIGHT RING FINGER HE WAS EXTREMELY OUTRAGEOUSLY RUDE NASTY AND GROSSLY DISRESPECTFUL TO ME CALLING ME A FILTHY DIRTY STINK NIGGER AND THREATENED MY LIFE WITH A CULPABLE STATE OF MIND REGNUANTANT DISRE- GARD FOR ME AS A HUMAN BEING IN VOLITION WITH OR CONSENTUAL OF DOCCS AND OMH STAFF CUSTOM, POLICY OR PRACTICE id 77-77 205, 208, 210. HE FORTIN THEN WROTE FRAUDULENT BIZARRE REFERENCE STATEMENTS IN PLT.S OMH RECORDS. (OMCTRY 120, 273, 274, 275, 342, 352)

212. ON OR BETWEEN 6/27/18 - 7/2/18 AT CLINTON I SPOKE TO ON TWO (2) SEPARATE OCCASIONS WHOM I BELIEVE TO BE RACHEL A. BRYANT OR DOE BRYANT OMH MEDICATION DELIVERY NURSE REQUESTING MEDICAL CARE FOR FINGER AND TO MY DISMAY IN CONSENT OF DOCCS AND OMH CUSTOM id 77-77 205, 208 WITH A DELIBERATE AND INDIFFERENCE STATE OF MIND DISREGARD FOR MY LIFE, HEALTH, SAFETY OR WELLBEING STATED: "WHERE DO YOU THINK YOU ARE AT A FIVE (5) STAR HOTEL ON FIFTH AVE IN NEW YORK CITY, OH WELL NO! SO MUCH WELCOME TO CLINTON (OMHU) GOOD LUCK WITH GETTING TREATMENT FOR YOUR FINGER OR ANYTHING ELSE FOR THAT MATTER WHILE UP HERE, WE JUST DON'T TREAT INMATES FOR THAT UP HERE." (OMCTRY 120, 273, 274, 275, 342, 352).

213. THE DOCS AND OMH CUSTOM id ¶¶ 205, 208 IS EMBEDDED DEEP THROUGHOUT BOTH SECULUMS OF EACH AGENCY VASTLY WIDESPREAD AMONG ALL STAFF DOCTORS (DR.), REGISTERED NURSES (RN), COUNSELORS, CORRECTION OFFICERS (C.O.), SERGEANTS (SGT) LIEUTENANTS (LT.) CAPTAINS (CAPT.) SUPERINTENDENT (SUPT), DEPUTY SUPERINTENDENT OF SECURITY (DSS), DEPUTY SUPT ADMINISTRATION (DSA), DEPUTY SUPT OF PROGRAMS (DSP) AT CLINTON AND DEBORAH McCULLOCH EXECUTIVE DIRECTOR, TATYANA ROZENFELD OF CENTRAL NEW YORK PSYCHIATRIC CENTER (CNYPC) AND THEIR DESIGNEES AT CLINTON WITH A SHOCKINGLY REPUGNANT TO CONSCIENCE CONTEMPORARY STANDARDS OF DECENCY OF MODERN MAN AND AN ADVANCED EVOLVING TECHNOLOGICAL SOCIETY BY SUBJECTING 'OMH' OBSERVATION PRISONERS TO REPARISIVELY AND UNCONSCIONABLY UNDER DEHUMANIZING CONDITIONS OF:

(i) CONSTANT UNENDING ILLUMINATION OF TWO (2) SIX FEET (6FT) LONG FLUORESCENT LIGHTS TWENTY-FOUR HOURS (24HRS) A DAY SEVEN (7) DAYS A WEEK (WK) NEEDLESSLY AND EXCESSIVELY BY A BUNCH CRUEL HEARTLESS DESPOTIC PEOPLE STRICTLY ON BASIS THAT ALL OBSERVATION CELLS ARE (8FT) WIDE WITH TOILET ON ONE WALL AND BED ON OTHER WALL BY (10FT) LONG VISIBLE PLEXIGLASS WALL OPENING WALK WAYS IN FRONT AND BACK OF CELL WITH DOOR ENTRIES FROM FRONT AND BACK OF CELL THAT ARE ALL EQUIP WITH A SMALL BUILT IN SURVEILLANCE BUBBLE CAMERA IN EACH CELL AND AT NIGHT THE LIGHTS OUTSIDE OF CELLS IN HALLWAYS ARE TURNED OFF BUT THE TWO (6FT) FLUORESCENT LIGHTS ARE LEFT BLAZING IN OUR EYES, NO NIGHT LIGHTS ARE INSTALLED, NOR IS THERE ANY DIMNESS OF THESE TWO GIGANTIC FLUORESCENT LIGHTS THE LEAST BIT TO LEVIATE EXCRUCIATING HEAD ACHES AND PAINFUL BURNING OF EYES THIS PERPETUAL ILLUMINATION CAUSES;

(ii) CONSTANT EXPOSURE TO FRIDGE TEMPERATURES IN A SLEEVELESS SMOCK;

(iii) REMAINING FORTUITOUSLY UNDER BARBARIC LIVING CONDITIONS WITHOUT ANY OF LIFES ESSENTIAL NECESSITIES SUCH AS SOAP, TOOTHPASTE TOOTH-BRUSH, TOILET PAPER, WASH CLOTH, TOWEL, CLOTHING, ANY RECREATION OR ANY OTHER NORMAL ACTIVITIES SOME FOR MANY WEEKS (WKS) OR MONTHS (MOS) AND HOURLY IN LIMBO DOORMAT TO SOME PHANTOM TREATMENT TEAM ARBITRARY AND CAPRICIOUSLY THEY NEVER SEE AND SIMPLY HAVE NO IDEA WHOM THIS TREATMENT EVALUATION TEAM IS COMPRISED OF;

(iv) NOT GIVEN NO RAG OR NOTHING TO CLEAN THE REPULSING CREEPY, CRAWLY, ITCHINESS OF FLESH FILTHY CONDITION OF THE OBSERVATION UNIT OMH CELLS THE CELL MATTRESS COVERED WITH FECES, URINE, MUCUS AND OTHER CRUD AND WALL AND TOILET COVERED WITH URINE, FECES, EXCREMENT SPEW AND GOD ONLY WHAT ELSE IS SMEARED THERE AND FLOOR JUST FILTHY WITH CRUD IT IS AWFUL.

214. ADDITIONALLY, THE PLT. ON TWO SEPARATE OCCASIONS HARSHLY AND EXCESSIVELY UNNECESSARILY WITH A CULPABLE STATE OF MIND WANTON AND RECKLESS DISREGARD ABANDON BY DMH AND PRISON AUTHORITIES AT CLINTON EXPOSED FORCEFULLY TO ALDEFULLY NAUSEATING STENCH OF STRONG ODOR EYE BURNING REMNANTS OF MY NEIGHBOR LESS THAN SEVEN FEET AWAY BEING SUBJECTED TO SEVEN (7) BLASTS OF CHEMICAL AGENT FROM A AEROSOL CANNISTER AND A DAY OR SO LATER AN INMATE ONE CELL AWAY WAS HIT WITH FIVE (5) BURSTS OF CHEMICAL AGENT. THE DOCS AND DMH AUTHORITIES CONDUCT IS SO REPUGNANT ON BASIS THESE OBSERVATION OF CELLS ARE INCLOSED IN AREA THE TOP AND BOTTOM OF FRONT AND BACK OF CELLS ARE OPEN AND THEY TURN OF VENTS WHEN THEY SPRAY CHEMICAL AGENT ON A TARGET INMATE FOR IMPACT AND SUFFERING BUT IT HAS A DRASTIC EFFECT ON US IN SURROUNDING CELLS EXPONENTIALLY ALIKE OR SAME.

29
215. ON 6/6/18 THE PLAINTIFF SPOKE TO THIS RUDE ABUSIVE AUTHORITARIAN THEODORE ZERNIAK, (DSS) OF CLINTON AND IN RETALIATION TO MY DISMAY BLUNTLY SHOCKINGLY HE ZERNIAK STATED: "THAT LAWSUIT YOU FILED AGAINST ME NIGGER BOY DON'T MEAN SHIT TO ME AND OH BY THE WAY I SPOKE TO MILLER AND I HAVE SPOKE TO DOCTOR HERE SO YOU WILL BE GOING BACK TO UPSTATE CORRECTIONAL FACILITY I PROMISE YOU THAT." (INCRV 119)

216. ON JULY 2, 2018 THE PLT. SPOKE TO A JOHN DOE, MENTAL HEALTH DOCTOR WHOM MADE INVIDIOUS STATEMENTS, RACIAL SLURS AND THREATS OF ME RETURNING TO 'UPSTATE' AS REFERENCED BY DSS id ¶-215 WITH A CULPABLE STATE OF MIND WANTON AND RECKLESS DISREGARD TO MY LIFE, HEALTH OR SAFETY THAT THE PLT. MUST RELY ON GRIEVANCE UST-63711-18 FOR THE VERBATIM STATEMENT BY JOHN DOE, DOCTOR (DR) (DR. TRY 120) THAT CAN AND WILL BE REVEAL DURING DISCOVERY UPON RECEIPT OF A COPY OF GRIEVANCE.

217. ON EVENING OF JULY 2, 2018 THE PLT. WAS RETURNED TO UPSTATE.

218. MOREOVER, ON 6/21-26/18 HERE AT UPSTATE ON INFIRMARY IN DMH SUICIDE WATCH ROOM THE PLT WAS SUBJECTED TO CONSTANT UNENDING (24 HRS) OF ILLUMINATION OF TWO (2) FT) FLUORESCENT LIGHT CASINGS CONTAINING TWO (2 FT) FLUORESCENT LIGHT BULBS IN EACH FIXTURE HARSHLY AND EXCESSIVELY UNDER DOCS AND DMH POLICY id ¶¶ 205, 208, 213 (i) (ii) WITH A CULPABLE STATE OF MIND RECKLESS AND CALLOUS DISREGARD FOR PLT.'S LIFE HEALTH OR SAFETY BY DONALD MILLER AND IVANNE WALDREN AND THEIR DESIGNEES ON BASIS THAT A CORRECTION OFFICER IS DESIGNATED TO SIT DIRECTLY INFRONT THE HUMONGOUS PLEXES GLASS WINDOWS OF OBSERVATION ROOM AND OBSERVE PLT.'S EVERY MOVE CONTINUOUSLY. (DR. TRY 120, 213, 214, 275-276)

219. THE PLT SINCE MY RETURN TO UPSTATE id ¶¶ 1(ii) 5, 23(iii) 28 on JULY 08, 2018-CURRENT DATE-OF-FILING OF THIS LAWSUIT AND MY PLACEMENT IN NINE-BUILDING (9-BLDG) I HAVE PERSISTENTLY BEEN OSTRACIZED BY GERALDINE WILSON OF: (A) RIGHT TO BE FREE FROM BEING ASSAILED BY RACIAL SLURS OR RACIALLY SUGGESTIVE OVERTURES ON NUMEROUS OCCASIONS; (B) DENIED OF ALL MEDICAL CARE AS I'M IS OFT OF LEFT AN ALL THE AILMENT IS STRICTLY DRINK MORE WATER OR USE SOAP AND WATER AND OR THERE IS NEVER ANYTHING WRONG WITH ME; (C) ALL AMBULATORY HEALTH RECORD PROGRESS NOTE (AHR) ENTRIES ARE DISTORTED UNDER A MONOPOLY OF HER INDOCTRINATED FALSIFICATION IN VIOLATION PLT'S RIGHTS PROTECTED BY STATE AND FEDERAL REGULATIONS WITH INVIDIOUS ASSERTIONS OF MY CHARACTER AND DOWNPLAYING MY RIGHT RING FINGER COMPLAINTS TO UNDERHANDEDLY UNDERMINE ME, MY CONDITION, OF PAIN AND SUFFERING AND; (D) EMBARKING ON A VILE COLD-BLOODED CAMPAIGN IN RETALIATION WITH A HEARTLESS CULPABLE STATE-OF-MIND RECKLESS DISREGARD ABANDON FOR MY LIFE, HEALTH, SAFETY OR WELLBEING SUBMISSION OF MULTIPLE CALCULATED AND MALICIOUSLY FALSE MENTAL HEALTH REFERRALS TO FORESHADOW ME AS BEING A MENTALLY UNSTABLE SOCIOPATHIC OR PATHOLOGICAL FEIGNER OR THE SORT OF ABSOLUTELY NO CREDIBILITY (DACTRY 119,120,125, 134(95(a)(b)(c), 96), 135, 246, 248, 250,251,253,255, 256, 258, 263, 268, 270, 271, 272, 347)

220. THE PLT SINCE MY RETURN TO UPSTATE; id ¶¶ 1(ii) 5, 23(iii) 28 ON JULY 2 2018-CURRENT HEREIN 9-BLDG. ELIZABETH WHITE IN A PARTNERSHIP INDOCTRINATION MONOPOLY OF ALL OF 9-BLDG. PRISONERS MEDICAL CARE BEING STRICTLY UNDER SOLE CONTROL OF HER AND G. WILSON FOR MANY WEEKS CONSECUTIVELY IN SOME STINTS A MONTH OR MORE UNDER SAME IDENTICAL CALLOUS AND RECKLESS DISREGARD IN RETALIATION id ¶¶-219 (a)(b)(c) RE-ALLEGED HEREIN. (DACTRY 120,125, 134(95(a)(b)(c), 96), 135, 246, 248, 250, 251, 253, 255, 256, 258, 263, 268, 270, 271, 272, 347).

~~221. SUGGESTIVE AUTHORITIES ABOUT SMITH, SANDRA CARVERITY, VERNON BREENE, AND GATES-KOZNIC JMANN~~

221. IN ADDITION FOLLOWING 2/13/17 USE-OF-FORCE INCIDENT THE PLT WAS STRUCK IN EYE BY A HUGE CORRECTION OFFICER. id ¶¶ 106-107 HEALTH-STAFF EXAMINED THE PLT AT HIS CELL AND WITH A CULPABLE STATE-OF-MIND DELIBERATE AND INDIFFERENT DISREGARD TO MY LIFE HEALTH OR SAFETY ~~FAILED~~ FALSIFIED PLT'S MEDICAL RECORDS NOT EVEN NOT THE PLT'S EYE THAT WAS SWOLLEN SHUT THE CORRECTION OF ADMIT SLICING AT IN. (See DACTRY 76, 235, 236)

222. THE SUPERVISING MEDICAL AUTHORITIES CARL J. KOENIGSMANN, VERNIN BALLWIN, SHAW-NA DANFORTH AND NANCY SMITH OUT OF RACIAL ANIMUS OR IN RETALIATION FOR THE MINORITY PLT IN SOLE CONTROL AND POSSESSION OF ALL WHITE MEN AND WOMEN CHALLENGING THEIR LAWLESSNESS IN BOTH ADMINISTRATIVE AND JUDICIAL FORUMS HAVE ALL WITH A CULPABLE STATE OF MIND WANTON AND RECKLESS DISREGARD FOR MY LIFE, HEALTH, SAFETY OR WELLBEING SYSTEMATIC FAILED OR DECLINE TO INTERVENE OR TAKE ANY OR DISCIPLINARY ACTIONS TO DETER THE SHOCKING, OUTRAGEOUS AND REPULSIVE CUSTOM POLICY OR PRACTICES OBLIGATION OF PLT'S CONSTITUTIONAL AND PATIENT BILL OF RIGHTS TO ADEQUATE MEDICAL CARE FROM THEIR SUBORDINATE MEDICAL PERSONNEL ¶ 81, 91, 54, 55, 56, 57, 58, 188, 194, 202, 203, 208, 209, 219, 220, 221 WHOM THIS PURPOSEFULLY SUBJECTED ME TO DELIBERATE AND INDIFFERENT UNNECESSARY COLD-CALCULATED PAIN AND SUFFERING AND ALL MEDICAL CARE SUPERVISING AUTHORITIES HAVE MONOPOLISTICALLY SYSTEMATICALLY UNQUESTIONABLY RATIFIED ALL OF THEIR SUBORDINATE MEDICAL PERSONNEL ABUSE OF PLT REGARDLESS HOW BLATANT OR EGREGIOUS THEIR CONDUCT MAY LITERALLY BE (DAILY) 119, 120, 121, 122, 125, 134 (85 (a) (b) (c)), 91, 100, 101), 158, 159, 161, 162, 163, 164, 243, 235, 236, 76, 243-272, 347, 356)

223. THE LAW LIBRARY CORRECTION OFFICER DAVID VIAU HAS BEEN PARTICULARLY CRUEL ¶ 177-71, 1 (V), 28 WITH A DELIBERATE INDIFFERENT CULPABLE STATE OF MIND ~~EXPRESS~~ DISREGARD OF MINORITY USING RACIAL EPITHETS OR DEROGATORY REMARKS TOWARD PLT, AND USING ITH AND SE LITIGANT PLT'S INDIGENCY AS A SPRING-BOARD TO BIAS AND PREJUDICE AFFECT INFRINGEMENT OF MY SUBSTANTIVE DUE PROCESS TO COMPLETE ACCESS TO COURT ARBITRARILY AND CAPRICIOUSLY ABORTING PLT RIGHT OF-ALL ACCESS TO ALL PHOTO COPIES PER SE COURT ORDER UNREASONABLY. (DAILY) 111, 117, 126, 129, 194, 208, 216, 220, 231, 334, (335, 385). I ASK THAT COURT ISSUE AN INJUNCTION, PURSUANT TO FRCP 65 PROHIBITING, PROHIBITING PRISON OFFICIAL FROM DEPRIVING PLT OF COPIES OF OFFICIAL DOCUMENTS NEED FOR PENDING LITIGATION.

224. THE DISCRIMINATORY PRACTICES AT THIS FACILITY IS TRULY A "DIFFERENT BEAST". HERE I AM WITH THIRTY FIVE (35 YRS) YEARS TO LIFE TAMMY FEBI, A OFFICE SECRETARY, CHERYL OWENS, AN ACCOUNTANT, LISA BARSE AND CYNTHIA FLSH, BOTH MAIL CLERKS ALL OF WHOM ARE ACTING OUTSIDE OF THEIR JOB CRITERIA ABUSIVELY WITH MALCONTENT TO OBSTRUCT MY ACCESS TO COURT OR LEGAL PHOTO COPIES FROM LAW LIBRARY AND ARE NOT QUALIFIED TO BE DELIBERATELY INDIFFERENTLY DICTATING THE VERY MEAN TO THE CORE ESSENCE OF KEY TO MY LIFE AND MY FREEDOM IF ACCESS TO COMMENCE AN ACTION, MEET A DEADLINE

AND FILE AMENDMENT OR SUPPLEMENTAL PLEADING ON BASIS OF MY CLASS AS AN INDIGENT ELDERLY MINORITY PRO SE-LITIGANT WITH NUMEROUS PENDING LITIGATIONS CHALLENGING THE CORRUPTION OF MILSON AUTHORITIES AT THIS FACILITY IS SIMPLY AN OUTRAGEOUS ARBITRARY AND MALICIOUS DESECRATION OF MY SUBSTANTIVE DUE PROCESS OF LAW OF ACCESS TO PHOTO-COPIES AND COURT W/ ADAMANT COURT IMPOSE AN INJUNCTION ON THE DEFENDANTS IN THIS CASE PURSUANT TO FRCP 65 AN ORDER TO CEASE FROM DESISTING TO EXIST MILON AUTHORITIES PREJUDICIAL PRACTICE OF DENIAL OF ACCESS TO COPIES OF ALL DOCUMENTS FROM LAW LIBRARY AND MAILING OUT OF ANY OR ALL ENVELOPES ADDRESSED TO COURT STATE OR FEDERAL BEHIND THE FIVE (5) AVAILABLE TO ALL INMATES SIMPLY BECAUSE I HAVE NO FUNDS. (DKT RY 123, 133, 222, 223, 227, 226, 228, 229, 333, 340, 344, 346, 349, 350, 353, 355, 370, 377, 378). SEE ALSO ¶, id ¶¶ 1(VI)(a)(b)(C)

225. JOANNE FLICHETTE WAS INSTIGATOR OF PHOTO COPIES FROM LAW LIBRARY BEING DENIED ALTOGETHER AND IMPEDIMENT OF ME NOT BEING ALLOWED TO MAIL NO ENVELOPES OUT TO COURT BEHIND # 2. SO AVAILABLE ON BASIS OF MY INDIGENCY IN RETALIATION OR PURPOSE OF REVENGE FOR A COMBINAT-ION OF A COMPLAINT PLT SUBMITTED ON MAY 30 2018 AND A GRIEVANCE # 63 540 18 FLICHETTE BECAME ENRAGED BENT WITH A CULPABLE STATE OF MIND OBSESSED REPUGN-ANT DISREGARD TO MAKE ME SUFFER OR PUNISH ME BY ANY MEANS NECESSARY WITH "ALL HANDS ON DECK" AUTHORIZATION FOR SUBORDINATES id ¶¶ 1(VI)(a)(b)(c) 223-224 TO IMPEDE OR OBSTRUCT PLT OF ANY OR ALL ACCESS TO PHOTO COPIES FROM LAW LI-BRARY AND ANY MAIL TO COURT BEHIND IN ACCESS OF # 2. SO WEEKLY POSTAGE, VIOLATE THE ALL GUARANTY UNDER FIRST, FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION AND FURTHER WARRANT PLT BE GRANTED INJUNCTIVE RELIEF. (DKT RY 111, 117, 129, 131, 216, 217, 220, 221, 224, 225, 230, 324, 328, 330, 333, 335, 341, 337, 349, 345, 377, 385, 378).

226. IN ADDITION, THE PLT WILL SUFFER IRREPARABLE HARM IF BEING DOOMED WITH 35 YRS TO LIFE TERM, IF THIS COURT DOES NOT INTERVENE ON THIS MADNESS AN ISSUE INJUNCTIVE RELIEF NEEDED FOR PLT TO OBTAIN PHOTO COPIES FROM LAW LIBRARY OFFICIAL DOCUMENTS AND ALL MY MAIL ADDRESSED TO COURTS BE MAILED OUT WITHOUT ANY DELAY ON THE GROUND THAT BARNES V. UHLER 18-CV-6428 IS MY HABEAS CORPUS THAT MY STATUTE OF LIMITATIONS ONE (1) YEAR FILING DEADLINE EXPIRES IN JUNE 2019 AND THERE IS OVER 3,000 PAGES OF DOCUMENTS IN RECORD WHICH 1300 PAGES OF ARE TRIAL MINUTES (DKT RY 348).

227. FURTHERMORE, THE PLT WILL BE EXPOSED TO FURTHER BIAS AND PREJUDICE IRREPARABLE HARM IN MY EFFORTS TO PROSECUTE THIS BEHEMOTH LAWSUIT AND OTHER CASES SET FORTH HEREIN IF COURT DOES NOT GRANT PLT INJUNCTIVE RELIEF (DKT RY 189, 199, 202, 203, 204 349, 376, 386, 397).

228. THE DOC'S OFFICE OF COUNSEL MEMBERS KEVIN P. BRUEN, CHARLES QUACKENBUSH, KEVIN KORTRIGHT, SAMATHA KOUSH, AND ~~RICHARD~~ ORIANNA L. CARRAVE-TTA HAVE BEEN CY-NICALLY CRUEL STICKLERS UNFLAPPABLE WITH A CALLOUSE STATE OF MIND RUTHLESS DISREGARD FOR PROFOUND ESSENCE OF THE PLT RIGHT OF ACCESS TO PHOTOCOPIES FROM LAW LIBRARY AND ABILITY TO REACH COURTS WITH OUT DELAY TRULY ENTAIL ME AS A PRO SE LITIGANT 52 YRS OLD INDIGENT MINORITY WITH IRREPARABLE HARM PREJUDICE STATUTE OF LIMITATIONS RAPIDLY APPROACHING MY "BE-ALL AND END ALL" CHALLENGE OF 35 YRS TO LIFE TERM LOOM, GLOOM, DOOM W/JUST HINGE ON OR IS AT MERCY OF THESE VIN-DICTIVE PEOPLE TYRANNIZE MONOPOLIZED CONTROL WHOM NOT ONE (1) OF THEM "GIVE A GOOD GAHOOT" IF I LIVE OR DIE RIGHT NOW NAMELESS WHETHER IN OR OUT OF PRIS-ON JUST DOES NOT MATTER TO THEM AND IS ANUNCIOUSLY FLAGRANT TO PLT'S GET IMMUNITY UNDER FIRST, FIFTH AND FOURTEENTH AMENDMENT TO THE U.S. CONST. THAT WOULD MANIFEST INJUSTICE IF COURT DOES NOT INTERVENE TO PROTECT PLT FROM THE FATAL OUTCOME AT STAKE WITHOUT GRANT OF INJUNCTIVE RELIEF Pd ¶¶ 223, 224 225, 226, 227 ACCORD FED. R. CIV. PROC RULE 65(a) (SALTRY 111, 129, 131, 217, 218, 220, 221, 223, 224, 225, 226, 230, 235, 331, 339, 341, 343, 344, 351)

229. TRACY NELSON AND MICHELLE LIBERTY HAVE ENGAGED IN OBSTRUCTION OF JUSTICE COVER UP OF VIDEOTAPED EVIDENCE OF STAFF MISCONDUCT WITH SPOLIATION OF VIDEO TAPE DEPICTING DAVID VIAU CONDUCT ON 8/15/18 BETWEEN 6:40PM-7:50AM Pd ¶¶ 223 ESSENTIAL TO OUT COME OF PROCEEDING OF THIS ACTION IN BASIS OF BEING MALICIOUSLY AND ~~POLICE~~ PREJUDICELY BEING DENIED ACCESS TO PHOTO COPIES FOR COURT ORDERED DOCUMENTS THAT HAS BEEN USED AGAINST PLT AS A DEFENSE BY ASSIS-TANT ATTORNEY GENERAL'S OFFICE IN MATTER OF BARNES V. LIBERTY INDEX NO. 218-527 WARRANTING COURT IMPOSE SANCTIONS PURSUANT TO FRCP 11(c)(X1) (DRCTRY 199, 353, 355, 371, 583, 385, 392).

230. HEREIN 9-BLDG ANDREW MARTIN HAS BEEN PROMOTING VIOLENCE AGAINST PLT WITH INTIMATE THAT IS MEMORIALIZED ON VIDEOTAPE #ST-1337-18 BETWEEN 11:05 AM-12:15PM THAT WARRANT AN ORDER OF PRECLUSION AND ADVERSE INFERENCE BE GRAN-TED ON THIS ISSUE PURSUANT TO FRCP 11(c)(X1) FOR TRACY NELSON AND MICHELLE LIBERTY CONTENTIOUS INSISTENT ROTT SPOLIATION IN BAD FAITH OF MASSIVE NUMBER OF CRITICAL VIDEO TAPES DEPICTING STAFF MALFEASANCE (DRCTRY 393, 394, 404, 405, 406, 408)

231. THE PLT ON JULY 31,2018, AUGUST 15 AND 18,2018 WAS SUBJECTED TO THREAT IN
RETALIATION OF A "REGION OF TERROR CELL SEARCH" THAT WERE ORCHESTRATED BY
ANDREW MARTIN, CLARENCE LABARGE, STEVEN SILLS, JR., JOHN TATRO AND CRAIG C.S.
ROWE THAT WAS ALL CAPTURE OR MEMORIALIZED ON GERMANE VIDEO THAT EVIDENCE
CENTRAL TO OUTCOME OF PROCEEDINGS OF THIS ACTION ON DEFENDANTS RETALIAT-
ORY MOTIVES, OPPORTUNITY, INTENT, PREPARATION, PLAN, KNOWLEDGE, IDENTITY OR ABSENCE OF
MISTAKE OR ACCIDENT" ALCORD F.R.E. RULE 404(b) WHICH WARRANT COURT BE VIGL-
ANT IN THIS INSTANCE PURSUANT TO F.R.C.P. RULE 11(C)(1) AND IMPOSE SANCTIONS UPON
TRACY NELSON ← MITCHELL LIBERTY AND THE OTHERS BECAUSE THESE SAME LIEUTEN-
ANTS SILLS, TATRO AND ROWE WHOM CAUSE VIOLATION OF PLT ██████ CONSTIT-
UTIONAL RIGHTS ARE VERY PERSONS IN POSSESSION OF VIDEOTAPES AND TASK WITH
VETTING THEM PER POLICY 4942. (SEE DR. CTRY 1,2,3,126,127,354,367,368,391(3(G)(13,14,15,19,20,
24,25,36,37,42), 397)

232. THERE HAS GOT TO BE SOME ACCOUNTABILITY ON PART OF CENTRAL OFFICE EXECUTIVES ANTHONY J AN-
NUCCI, DOUGLAS BUTGERO, JEFF McKOY AND JOSEPH BELLINGER ARE ALL AWARE OF THE TOXIC
SITUATION WITH PLT AND THE HORRIC INJURIES I HAVE SUSTAINED HERE AT UPSTATE
AT HANDS OF STAFF AND ADMINISTRATION ← id ¶¶ ¶ I (iv)(a)(b)(c). 28. THE TOXICITY IS
"ONLY" GETTING WORSE ESPECIALLY IN THE LIGHT OF THE FACT THAT I ARRIVED IN UPSTATE
ON 10/27/09 WITH NINE (9) MONTHS IN SPECIAL HOUSING UNIT SANCTIONS. I HAVE
FILED LAWSUITS NAMING ANNUCCI AND BELLINGER AS PARTIES AND THEY HAVE CONTINU-
ED TO BE WANTON AND RECKLESS WITH A CULPABLE STATE-OF-MIND DISREGARD TO MY
LIFE HEALTH SAFETY OR WELLBEING SYSTEMATIC FAILURE TO MAKE ██ OR TAKE ANY
REMEDIAL ACTIONS TO REMOVE ME FROM THIS ATROCIOUSLY TOXIC BRUTAL SITUATION
DESPITE DOCCS BEING A LAW ENFORCEMENT AGENCY BND BY LAW TO INFORMATION
FROM PRISONERS LEGAL SERVICE (PLS), PLT OR COURT OF THE CONTINUOUS THREAT OF
DANGER TO PLT LIFE HEALTH OR SAFETY HERE AT UPSTATE IS A VIOLATION OF THE PLT
SUBSTANTIVE DUE PROCESS AT LAW TO BE FREE FROM INFLICTION OF CRUEL AND UNUSUAL
PUNISHMENT TO BE AS AFFECT OF PREJUDICE OF MY GUARANTY UNDER FIFTH, EIGHTH AND
FOURTEENTH AMENDMENTS OF THE U.S. CONST. (ONCIV 135, 136,137,138,139,158,██159,██ 161,
162,163,164,183,184,185,196,197,198,199, 200,201,202,203,204,205, 332,357, 407).

233. ON 7/23/16 AT 7:15 AM I WAS WRITTEN A MISBEHAVIOR AT FIVE POINTS CORRECTIONAL
FACILITY BY EVA M. TANIS WHILE I WAS BEING HELD THERE TEMPORARY FOR A COURT OF CLAIMS
TRIAL. THE PLT WAS CHARGED WITH RULE-VIOLATIONS 101.22 INMATE SHALL NOT STALK AN EMPLOYEE
AND 107.11 INMATE SHALL NOT HARASS AN EMPLOYEE. I WAS ONLY TRYING TO GET SO DESPERANT

72.

I DONOT KNOW THIS LADY SHE GAY WITH RACIST TATOO'S ALL OVER HER ARMS. SHE DOES NOT LIKE MEN ESPECIALLY BLACK MEN. THIS IS BIZARRE AND SHE IS EXAGGERATING.

234. ON 8/4/16 AT 9:15 AM A HEARING WAS COMMENCED HERE AT UPSTATE BY LAWRENCE FALOT FOR 7/28/16 MISBEHAVIOR REPORT WHEN I APPROACHED L. FALOT WAS STANDING IN HEARING ROOM HAVING A DISCUSSION WITH ROXANNE LECLAIR. I ENTERED ROOM AND R. LECLAIR EXITED ROOM. L. FALOT OFF RECORD STATED: "WHAT IS UP WITH YOU AND MS. LECLAIR JESSE, WHAT ARE WE GOING TO DO ABOUT THIS TICKET WHAT SHOULD I GIVE YOU BEFORE I FIND YOU GUILTY OF CHARGES, CAUSE YOU PICK WRONG PERSON JESSE SHE DOES NOT EVEN LIKE MEN, PERIOD RACELESS BLACK MEN."

235. THE PLT. RESPONDED "I KNOW THE LADY IS A LESBIAN AND DON'T LIKE BLACK MEN FROM THE HATE TATOOS ON HER ARM, I WILL PLEAD GUILTY TO THE HARASSMENT CHARGE AND YOU CAN GIVE ME 60 DAYS, BUT YOU MUST DISMISS THIS BOGUS STALKING CHARGE." (ON JULY 37)

236. L. FALOT THEN STATED: "OKAY YOU PLEAD GUILTY I WILL DISMISS STALKING RULE VIOLATION CHARGE." MOMENTS LATER FALOT ASK THE ESCORT OFFICERS "HEY IS THERE ANY PHOTO RECORDING IN THIS ROOM."

237. ON 8/4/16 ONCE THE PLT. REQUESTED TO BE RETURNED TO HIS CELL FALOT OFF RECORD STATED: "JESSE YOU KNOW WHAT I DONOT LIKE SLOBS LIKE YOU THAT HARASS WHITE WOMEN, AND I HAVE KNOWN MS. LECLAIR FOR MANY MANY YEARS SHE TOLD ME EVERYTHING YOU HAVE DONE TO HER AND YOU WILL PAY IF I CAN, HELP IT."

238. THE HEARING OFFICER (H.O.) LAWRENCE FALOT HAD A PREDILECTION OF WILL PURSUANT TO OFF-RECORDS TO BIAS AND AFFECT OF PREJUDICE OF MY DUE PROCESS OF LAW. THIS MAN ALSO RELIED ON EVIDENCE OUT SIDE OF RECORD WHEN HE USED MY DISCIPLINARY HISTORY UNDER A DIFFERENT SENTENCE AND NUMBER WHEN HE WAS SENIOR COUNSELOR AT ELMIRA IN 2007 IS UNCONSTITUTIONAL. IN ADDITION L. FALOT MADE AN INVIDIOUS RACIAL SLUR TO PLT, ¶ 177-237. (SEE DICTNY 409)

239. ON 8/15/16 ROBERT MARLE WITHOUT ANY JUSTIFICATION OPENED MY MAIL IN RETALIATION FOR PENDING LITIGATION id 97-77 90-91 SETTING THE STAGE FOR J.R. BLAIR TO FILE A MISBE-HAVIOR REPORT ON 09-15-16 AT 8:25 PM CHARGING PLT WITH RULE VIOLATIONS 113.10 WEAPON, 114.10 SMUGGLING, 180.11 FACILITY CORRESPONDENCE VIOLATION. I MAIL OUT TWO OTHER LETTERS ON THAT DATE AND ALL OF THE CONTENTS WAS NEVER DISCLOSED BECAUSE THERE IS A MASSIVE COVER UP OF STAFF AT UPSTATE PERPETUATION OF VIOLENCE AGAINST PLT WITH INMATES.

73

240. ON 9/26/16 AT 12:45pm LISA A. STICKNEY (H.O) COMMENCED A SUPERINTENDENT'S TIER III HEARING THE MISBEHAVIOR Report i'd 97-239 AT THIS HEARING I STOOD NO CHANCE 'HO' STICKNEY WAS RUDE AND NASTY TO ME AT OUTSET OF PROCEEDING DEPRIVING ME OF MY RIGHT TO SUMMON EVIDENCE CRITICAL TO MY DEFENSE BEFORE FOR EXPELLING ME FROM PROCEEDINGS OF HEARING AND CONDUCTING REMAINDER OF HEARING IN ABSENTIA IN VIOLATION OF MY DUE PROCESS OF LAW BASELESSLY BECAUSE I RAISED AN OBJECTION. THIS BEING THE THIRD CONSECUTIVE HEARING THAT 'HO' STICKNEY HAS EJECTED THE PLT FROM A HEARING FROM FOR SAME MISCELLANEOUS MUMBLE JUMBLE SHE PREMEDITATED FURTHER OBLITERATES THE PLT Due Process. (DRCI(Y 4)0)

241. THIS IS NOT SOMETHING A PERSON CAN MAKE-UP AND IS MY REALITY THAT IS SURREAL REVOLTING AND SHOCKING TO DISMAY OF ME HOW REPULSIVELY OUTSIDE GRID OF LAW THIS MADMAN RANDAL SMITH REALLY WAS i'd 97-86. THERE IS MORE THAN JUST A CASUAL CONNECTION OF CLOSE PROXIMITY AND R. SMITH EGREGIOUS ADVERSE ACTIONS. THE PLAINTIFF FILED GRIEVANCE DATED 10/9/16 COMPLAINING SPECIFICALLY OF R. SMITH ABUSE CONDUCT ON INVESTIGATION OF GRIEVANCES THAT WAS FILED IN 'UPSTATE' GRIEVANCE OFFICE ON 10/14/16 UST-59372-16 AND RANDAL SMITH POSSESSED WITH MALEVOLENT RETALIATION ON OCTOBER 14, 2016, OCTOBER 19, 2016, AND NOVEMBER 17, 2016 WROTE A TRIO OF 'COPY CAT' MISBEHAVIOR REPORTS ON INVESTIGATIONS IS JUST REPUGNANT TO CONSCIENCE HOW PRISON AUTHORITIES HAVE RATIFIED THIS MAN REPREHENSIBLE ACTIONS IS AN ATROCITY (DRCI(Y 49, 51, 53, 55, 56, & 57, 58, 59, 60, 61, 64, 66, 37 80); (SEE ALSO 411)
                                    374

242. ON 10/19/16 AT 11:33AM A HEARING WAS COMMENCED BY MICHELLE LIBERTY FOR OCT. 14, 2016 AT 12:11pm MISBEHAVIOR Report FILED BY RANDAL SMITH IN RETALIA-TION ON AGRIEVANCE INVESTIGATION; i'd 97-241 CHARGING THE PLT WITH RULE VIOLATIONS REGARD (OR) 101.20 LEWD CONDUCT, 102.10 THREATS, 104.13 CREATING A DISTURBANCE, 106.10 REFUSING DIRECT ORDER, 107.10 HARASSMENT. THE HEARING WAS concluded on 10/31/16 AT 3:35pm. (DRCIXY 411)

243. PRIOR TO THE 10/31/16 AT 3:35pm THE PLT WAS NOT AFFORDED ANY OF HIS CONSTITUTION OR DUE PROCESS MANDATES AT THIS HEARING BECAUSE IT WAS GROUNDED ON UNCONSTITUTION-ALITY i'd 97-241 MICHELLE LIBERTY WAS BIAS AND THE PLT WAS DENIED ACCESS TO EXCULP-ATORY VIDEO TAPE EVIDENCE. HIS RIGHT TO A FAIR AND IMPARTIAL HEARING OFFICER, WHOM HAS NOT PREDETERMINED OUTCOME VIOLATES MY SUPRAMLY TO DUE PROCESS OF BOTH FIFTH AND FOURTEENTH AMENDMENTS TO U.S. CONST. (DRCIY 411)

244. ON 10/19/16 AT 10:06AM A HEARING WAS COMMENCE BY THIS RUTHLESS TYRANN PAUL WOODRUFF FOR THE 10/18/16 AT 7:15AM MISBEHAVIOR REPORT WROTE BY RANDON J. SMITH ON ANOTHER GRIEVANCE INVESTIGATION IN RETALIATION, #97-341 CHARGING ME WITH RULE VIOLATIONS 101.10 SEX OFFENSE, 101.20 LEWD CONDUCT, 102.10 THREATS, 104.13 CREATING A DISTURBANCE, 106.10 REFUSING DIRECT ORDER, AND 107.11 HARASSMENT. THE HEARING WAS CONCLUDED ON 10/31/09 AT 3:09PM (CATEGRY 4a)

245. IT WOULD BE REPREHENSIBLY UNCONSCIONABLE TO BELIEVE OR THINK THAT THIS DESPOTIC MAN WHOM HAS PROMOTED ALL THE ATROCIOUS ABUSE OF PLT FOR 2½ OR 3 YEARS NOW :# 97-97 59, 60, 62, 110, 111, 112, 113, 114, 115, 119, 123, 174 AND 17 WOULD BE REPUGNANT TO CONSCIENCE OF ANY PRUDENT PERSON IN LIGHT OF THE CIRCUMSTANCE OF FACT OF THIS CASE TO POSSIBLY FATHOM THIS MAN BEING FAIR AND AFFORDING ME MY DUE PROCESS AT THIS HEARING AS MANDATED BY THE DUE PROCESS OF LAW PRIOR TO CONCLUSION OF THIS HEARING ON 10/31/09 AT 3:09 PM.

246. I AM REPULSED HOW VILE UNGODLESS AND RACIST PRISON AUTHORITIES ARE AND ARE CONSTANTLY ABSOLVED OF THEIR DEHUMANIZATION OF AFRICAN-AMERICAN MEN. P. WOODRUFF DENIED ME ACCESS TO EXCULPATORY VIDEO TAPE EVIDENCE, I WAS DENIED MY RIGHT TO A FAIR AND IMPARTIAL HEARING OFFICER THAT HAS NOT PREDETERMINED GUILT, DENIED MY RIGHT TO INTRODUCE CRITICAL GRIEVANCE EVIDENCE :# 97-241 AND PROCEEDING DEPRIVED ALL OF HIS SUBSTANTIVE DUE PROCESS AT THIS RULE HEARING PROCEEDING.

247. BOTH HEARING OFFICER CAME DOWN TO 11-BLDG. TOGETHER TO CONCLUDE HEARINGS ON 10/31/16 AND BOTH IMPOSE IDENTICAL PREMEDITATED (6) SIX MONTHS PENALTY.

248. THERE MUST BE ACCOUNTABILITY ON PART OF ANTHONY RODRIGUEZ FOR HIS CULPABLE STATE OF MIND WILLFUL AND RECKLESS DISREGARD SUBSTANTIVE DUE PROCESS AFTER REVIEWING BOTH HEARINGS :# 97-97 241, 242, 243, 244, 245, 246 AND FAILED TO REMEDY WRONG OF THE FLAGRANT VIOLATION OF THE PLT CONSTITUTIONAL RIGHTS.

249 THE PLT DEMANDS A JURY BY TRIAL IN THIS 42 U.S.C. § 1983 CIVIL RIGHTS ACTION COMPLAINT.

AMENDED RELIEF

WHEREFORE, PLAINTIFF DEMANDS:

(a) COURT GRANT COMPENSATORY DAMAGES JUDGMENT AGAINST
DEFENDANTS JOINTLY IN SUM OF EIGHT-MILLION-DOLLARS
($8,000,000);

(b) COURT GRANT PUNITIVE DAMAGES AGAINST DEFENDANTS JOINTLY
IN SUM OF EIGHT-MILLION-DOLLARS ($8,000,000)

(c) COURT GRANT SANCTIONS PURSUANT TO FRCP 11(c)(1) PRECLUDING
TRIAL TESTIMONY AND AN ADVERSE INFERENCE UPON CLAIMS
RAISE id ¶¶-¶¶ 1(i)(iv)(a)(b)(c),3,4,6,52,59,62,76,77,79,81,
82,138,141,142,143,144,145,148,155,156(a)(b)(c),157,162,163,
164,165,166,167,168,169,170,171,172,175,176,177,179,180,181,182,
183,184,185,186,187,188,189,190,191,192,193,195,196,197,
198(a)-(j),199,200,229,230-231 UNLESS ALL VIDEOTAPES
ARE PRODUCED AT TIME TO BE DESIGNATED COURT;

(d) COURT GRANT INJUNCTIVE RELIEF PURSUANT TO FRCP (c) TO
PROHIBIT DEFENDANTS USE OF REPORTS GENERATED BY NAMED
DEFENDANTS AND THEIR NON-PARTY AGENTS FOR OFFENSIVE OR
NEGATIVE REFERENCE REVIEW AGAINST PLAINTIFF DURING
ANY NON-DISPOSITIVE, OR DISPOSITIVE MOTION S AND TRIAL
PROCEEDINGS OF THIS ACTION UPON PLEADING OF CLAIMS
RAISED id ¶¶-¶¶ 1(i)(iv)(a)(b)(c),3,4,6,21,52,59,62,76,77,79,
155,156(a)(b)(c),157,162,163,164,166,167,168,169,170,171,172,
176,177,178,179,180,181,182,183,184,185,186,187,188,189,190,
191,192,193,195,196,197,198(a)-(j),199,200,229,230-231 OR
HENCE UNDER DOCTRINE OF COLLATERAL ESTOPPEL OR RES
JUDICATA EFFECT (SEE BARNES V. LIBERTY INDEX NO. 2018-698;
SEE BARNES V. LIBERTY INDEX NO. 2018-901; SEE ALSO BARNES V. KELLY
INDEX NO. 2018-810);

(e) COURT GRANT INJUNCTIVE RELIEF PURSUANT TO FRCP 65(a) TO PROHIBIT DEFENDANT PRISON AUTHORITIES FROM DEPRIVING THE PLAINTIFF OF ACCESS TO PHOTOCOPIES OF OFFICIAL DOCUMENTATION FROM LAW LIBRARY FOR PENDING LITIGATION OR OF AMOUNT OF POSTAGE NEEDED BEYOND THE FIVE (5) FREE LEGAL MAIL POSTAGE LETTERS AVAILABLE TO ALL NEW YORK STATE PRISONER EQUIVALENT TO SUM OF $ 2.75 IN POSTAGE FOR PLAINTIFF TO MAIL ENVELOPES OUT TO ANY STATE OR FEDERAL COURT IN THE UNITED STATES OF AMERICA BECAUSE OF MY INDIGENCY OR INABILITY TO PAY FOR PHOTOCOPIES OR POSTAGE FEES ON GROUNDS OF BIAS TO AFFECT OF PREJUDICE IRREPARABLE HARM POSED TO PLAINTIFF ABILITY OR EFFORTS TO DILIGENTLY PROSECUTE THIS BEHEMOTH ACTION OR MEET STATUTORY ONE (1) YEAR FILING DEADLINE FOR HABEAS CORPUS PETITION TO CHALLENGE 35 YEARS TO LIFE TERM SET FORTH IN PLEADING OF CLAIMS id ¶¶ 91 1 (vi), 6, 223, 224, 225, 226, 227, 228-229;

(f) COURT GRANT INJUNCTIVE RELIEF PURSUANT TO FRCP 65(a) DECLARING IMMINENT THREAT OF DANGER OF BIAS TO AFFECT OF PREJUDICE IT WOULD POSE TO PLAINTIFF LIFE, HEALTH, SAFETY OR WELLBEING IT WOULD BE FOR PLAINTIFF TO REMAIN AT UPSTATE CORRECTIONAL FACILITY CONSIDERING THE EXTENSIVE PERMANENT INJURIES I HAVE SUSTAINED OVER COURSE OF TEN (10) YEARS AT HANDS OF STAFF, THE REOCCURRENCES OF FACTORS OF VOLATILE OVERWHELMING TOXICITY OF PLAINTIFF WITH STAFF AND ADMINISTRATIVE OFFICIALS AS WELL AS ENTIRE EXECUTIVE TEAM OF PRISON AUTHORITIES MASSIVE COVER-UP OF STAFF PHYSICAL ABUSE OF PLAINTIFF AND STAFF OR ADMINISTRATION WIDE SPREAD PROMOTION OF VIOLENCE WITH MASSES OF INMATES AGAINST ME SET FORTH IN PLEADING OF CLAIMS; id ¶¶ 1 (i)(ii)(iii)(iv)(a)(b)(c)(v)(vi), 3, 4, 6, 21, 23(i)(ii)(iii), 24, 25, 26, 27(a)(b)(c)(d), 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132

133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148,
149, 150, 151, 152, 153, 154, 155, 156, (a)(b)(c), 157, 158, 159, 160, 161, 162, 163,
164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180
181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197
198 (a)-(g), 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210
211, 212, 213 (i)-(iv), 214, 215, 216, 217, 218, 219, 220, 221, 222,
223, 224, 225, 226, 227, 228, 229, 230, 231, 239, 240, 241, 242,
243, 244, 245, 246, 247-248 ;

(9) COURT GRANT INJUNCTIVE RELIEF PURSUANT TO FRCP 65(a)
ORDERING HAND HELD CAMCORDER RECORDING OF CONDITION OF
PLAINTIFF'S CELL BEFORE A CELL SEARCH OF PLAINTIFF LEGAL
DOCUMENTS OR PROPERTY IS CONDUCTED AND AFTER WITH FULL
NAME AND TITLE IDENTITIES OF ALL STAFF WHOM ARE TO
CONDUCT THE SEARCH ON BASIS OF IMMINENT THREAT OF
DANGER OF BIAS TO AFFECT OF PREJUDICE OF IRREPARABLE PHYSICAL
HARM POSED TO PLAINTIFF'S LIFE, HEALTH, SAFETY, WELLBEING OR WELFARE
IF UPSTATE CORRECTIONAL FACILITY PRISON AUTHORITIES ARE LEFT TO
CONTINUE THEIR UNMONITORED AND UNBRIDLED AUTHORITY CONTROL
"REIGN OF TERROR CELL SEARCH" VIOLENCE CUSTOM, POLICY OR ATTITUDE
COVER-UP AGAINST PLAINTIFF BY STEVEN SALLS JR., DONALD UHLER AND
ALL OTHER PRISON OFFICIALS AS ON JUNE 15, 2010, MAY 19, 2011, MAY 25,
2011, JANUARY 15, 2017, FEBRUARY 13, 2017, FEBRUARY 13, 2018, MAY 27,
2018, JUNE 21-22, 2018, JULY 31, 2018, AUGUST 15 AND 18, 2018 IS
DETRIMENTAL TO PLAINTIFF AND COULD PROVE TO BE FATAL IF NOT DETERRED
BY COURT TO PROTECT THE 53 YEARS OLD PLAINTIFF FROM THE
DISASTEROUS REOCCURRING CIRCUMSTANCES CERTAINLY TO GIVE RISE
AGAIN IF COURT DOES NOT INTERVENE AS SET FORTH CLEARLY AND
CONVINCINGLY WITHIN CLAIMS OF PLEADINGS ¶ ¶ 1(i)(iv)(a)(b)(c),
3, 6, 21, 72, 93, 97, 102, 103, 120, 155, 157, 163, 167, 168, 169, 180, 183, 198(a)-(g),
199, 200, 231, 186, 184, 185, 187, 188, 189, 190, 191, 192, 193, 195 (SEE BARNES
V. FISCHER 2018 U.S. DIST. LEXIS 44503 AT *21-*28, *41-*48, *56-*62,
*79-*82 (N.D.N.Y MARCH 16, 2018)) ;

(h) COURT GRANT ATTORNEY FEES AND COSTS OF BRINGING THIS ACTION; AND

(i) COURT GRANT SUCH OTHER AND FURTHER RELIEF AS MAY BE
    JUST AND PROPER UNDER THE CIRCUMSTANCES.

DATED: FEBRUARY 12, 2019
        MALONE NEW YORK

                                    RESPECTFULLY SUBMITTED
                                    Jessie J. Barnes
                                    JESSIE J. BARNES 09B2161
                                    UPSTATE CORR. FAC.
                                    P.O. BOX 2001
                                    MALONE NEW YORK 12953

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JESSIE J. BARNES,
                    PLAINTIFF

VS                                          COMPLAINT DECLARATION

ANTHONY J. ANNUCCI et al,
                    DEFENDANT

"I" JESSIE J. BARNES, DECLARE UNDER PENALTY OF OF PEALJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT:

THAT I AM THE PLAINTIFF IN THE WITHIN COMPLAINT; THAT I HAVE READ THE FOREGOING CIVIL RIGHTS ACTION COMPLAINT PURSUANT TO 42 USC § 1983 AND § 1985 (3); AND KNOW ITS CONTENTS; AND ALL OF THE INFORMATION OF THIS COMPLAINT IS BASED ON MY PERSONAL KNOWLEDGE OR BELIEFS ALLEGED HEREIN.

EXECUTED ON: JANUARY 23, 2019
              MALONE NEW YORK

BY Jessie J. Barnes
   JESSIE J. BARNES 09B2767
   UPSTATE CORRECTIONAL FACILITY
   P.O. BOX 2001
   MALONE NEW YORK 12953