# United States District Court

NORTHERN DISTRICT OF NEW YORK

SUMMONS IN A CIVIL CASE

JESSIE J. BARNES,

       Plaintiff,

       v.                   CASE NUMBER:   9:19-CV-109

DONALD UHLER; STEVEN SALLS; JOHN DOE I; VIJAY KUMAR S. MANDALAYWALA; HEATH BAKER; BRETT J. DEROUCHIE; BRUCE TRUAX; SCOTT SANTAMORE; RANDAL J. SMITH; RICHARD SCOTT; WILLIAM HOFFNAGLE; MARSHALL BUSH; DUSTIN HOLLENBECK; JUSTIN RUSSELL; JONATHAN HOWELL; AUSTIN HELMS; MARK BAILY; BENJAMIN PAGE; ELIAS GUARIN, III; ERIC MARSHALL; JARROD COOK; WES LINCOLN; JAMES TROMBLEY; JON AYERS; ROBERT LAMICIA, II; ERIC W. LABOMBARD; NATHAN LOCKE; RONALD PRYCE; CORY LAW; JOHN DOE II; JOHN DOE III; JOHN DOE IV; JOANNE M. WALDRON, and TATYANA ROZENFELD,

       Defendants.

TO: Rozenfeld; Waldron; Law; Pryce; Locke; Labombard; Lamicia; Ayers; Trombley; Lincoln; Cook; Marshall; Guarin; Page; Baily; Helms; Howell; Russell; Hollenbeck; Bush; Hoffnagle; Scott; Smith; Santamore; Truax; Derouchie; Baker; Mandalaywala; Salls; Uhler

a lawsuit has been filed against you.   Within 60 days after service of this summons on you (not counting the day you received it) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       **Jessie J. Barnes** 09-B-2707
       Upstate Correctional Facility
       P.O. Box 2001 Malone, NY 12953

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

*[signature]* Clerk of Court

June 11, 2019
DATE

Nancy A. Steves
(BY) DEPUTY CLERK