

Jessie J. Barnes 08624724
Upstate Corr. Fac.
P.O. Box 2001
Malone N.Y. 12953
July 15, 2019

Hon. Letitia James, Attorney General
The Capitol
Albany New York 12224

Re: Barnes v. Annucci 9:19-cv-0109

Dear Hon. Letitia James

Please take notice, that write this letter for preliminary discovery requests of use of force reports or unusual incident reports of the following incidents involving Lieutenant Steven Salls Jr. so I can obtain names of John Doe, defendants that physically caused injury to me or intently watched and failed to intervene. Lt. Steven Salls Jr. was also involved in another use of force on me recently that they have withheld names. By this letter I request that defendants Donald Uhler, superintendent and designee, inmate records coordinator, Donna Manville produce for discovery and inspection within next ten (10) days following documents:

1. Any or all use of force, unusual incident and to-from reports relevant occurrence on June 21, 2018, June 22, 2018 and June 18, 2019 involving the plaintiff and Steven Salls Jr. with other defendants here at Upstate Correctional Facility.

2. An opportunity to view an inspect any hand-held or fixed surveillance camera evidence which depict course of actions of occurrences on June 21-22, 2018 and June 18, 2019 incidents.

cc: Hon. Andrew T. Baxter, U.S.M.J.
J. Barnes, Plt.

Very Truly Yours
Jessie J. Barnes

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: J. Braines   DIN: 08B2727

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
JUL 18 2019

Upstate Correctional Facility

neopost
07/16/2019
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 12953
041L11251145

To: Clerk of Court
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

13261861000 C061